AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____ Delaware _____

ALVIA LACY

V.

NATIONAL RAILROAD PASSENGER CORP.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 06CV68 JJF

TO: (Name and address of Defendant)

NATIONAL RAILROAD PASSENGER CORPORATION
60 Massachusetts Avenue, N.E.
Washington, DC 20002

FILED
JUL 0 6 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

1306 Jervis Sq.
Belcamp, Maryland  21017

an answer to the complaint which is served on you with this summons, within ___30___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO                                    3/9/06

CLERK                                                            DATE

_Monica Mosley_
(By) DEPUTY CLERK

∾AO 440 (Rev. 8/01) Summons in a Civil Action

| | RETURN OF SERVICE | |
|---|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 6-26-06  4:50pm | |
| NAME OF SERVER (PRINT) Andre' W. Keith | TITLE Process Server | |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Served Yvette Jones, Executive Asst, Legal Dept, employee authorized to accept service of process

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  6-27-06
            Date

*Signature of Server*

1115 Mass Ave, NW
Wash, DC 20005
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.