IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ALVIA LACY, | * | |
| Plaintiff, | * | |
| v. | * | Civil Action No.: 1:06-cv-00068-JJF |
| NATIONAL RAILROAD PASSENGER CORPORATION ("AMTRAK"), | * | |
| | * | |
| Defendant. | | |
| | * | |

\* \* \* \* \* \* \* \* \* \*

## MOTION TO PERMIT OUT-OF-STATE COUNSEL TO FILE ELECTRONICALLY

Defendant, National Railroad Passenger Corporation ("Amtrak"), by counsel, moves for the Court to permit its Maryland-based counsel to file documents in the above-referenced case through its electronic case filing (ECF) system. The pertinent circumstances concerning this request are as follows:

1. Amtrak has engaged the services of Darrell R. VanDeusen, Clifton R. Gray and the law firm of Kollman & Saucier, P.A., located in Baltimore, Maryland, to represent it in the matter concerning *pro se* Plaintiff Alvia Lacy. Messrs. VanDeusen and Gray have applied to this Court to be admitted *pro hac vice* to the Bar of this Court in order to represent Amtrak in this matter, and have read and will act in accordance with the Local Rules of this Court.

2. Virginia A. Zrake, a member of the Delaware Bar and admitted to practice in the United States District Court for the District of Delaware, has been retained to serve as local counsel for Amtrak in this matter and, as such, will act in accordance with the Local Rules of this Court, particularly that concerning local counsel in Local Rule 83.5.

3.  Although Virginia A. Zrake is admitted to practice before the United States District Court for the District of Delaware, her practice before it has been infrequent and she has not as of the date of this motion been registered to use the ECF system of the Court.

4.  Amtrak's Maryland-based counsel is both registered and has experience using the federal ECF system in a number of federal district courts, and seeks, with the association of Virginia Zrake as local counsel, to file documents involved in the matter concerning *pro se* Plaintiff Alvia Lacy through that system.

WHEREFORE, Amtrak asks that the Court GRANT its motion to permit its out-of-state counsel, with the association of its local counsel, to file electronically on the ECF system.

Respectfully submitted,

*-s-*
Virginia A. Zrake, DE Bar No. 4054
Law Office of Virginia A. Zrake, LLC
34382 Carpenters Way
P.O. Box 247
Lewes, DE 19958
(302) 644-6770
vzrake@zrakelaw.com


*-s-*
Darrell R. VanDeusen, #08231 MD
Clifton R. Gray, #27895 MD
Kollman & Saucier, P.A.
Sun Life Building, 8th Floor
20 South Charles Street
Baltimore, MD 21201
(410) 727-4300
dvand@kollmanlaw.com

Counsel for National Railroad

-2-

Passenger Corporation

Case 1:06-cv-00068-JJF     Document 8     Filed 07/26/2006     Page 3 of 5

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on this 25th day of July, 2006 a copy of Amtrak's Motion to Permit Out-of-State Counsel to File Electronically, was mailed first class, postage prepaid to Ms. Alvia Lacy, 1306 Jervis Square, Belcamp, Maryland 21017, Plaintiff *pro se*.

 

                                           *-s-*
                                      Virginia A. Zrake

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| ALVIA LACY, | * | |
| Plaintiff, | * | |
| v. | * | Civil Action No.: 1:06-cv-00068-JJF |
| NATIONAL RAILROAD PASSENGER CORPORATION ("AMTRAK"), | * | |
| | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \*

**<u>ORDER</u>**

Upon consideration of Amtrak's Motion to Permit Out-Of-State Counsel to File Electronically, it is this _____ day of _____, 2006, hereby ORDERED that Amtrak's Motion is GRANTED.

_____
Joseph J. Farnan, Jr.
United States District Court Judge