IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ALVIA LACY, | * | |
| Plaintiff, | * | |
| v. | * | Case No. 1:06-CV-00068-JJF |
| NATIONAL RAILROAD PASSENGER CORPORATION, | * | Judge: Joseph J. Farnan, Jr. |
| | * | |
| Defendant. | | |
| | * | |

\* \* \* \* \* \* \* \* \*

**MOTION AND ORDER FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of Darrell R. VanDeusen to represent the National Railroad Passenger Corporation in this matter.

Respectfully submitted,

_____
Virginia A. Zrake, #4054
Law Office of Virginia A. Zrake, LLC
34382 Carpenters Way
P.O. Box 247
Lewes, Delaware  19958

Counsel for National Railroad Passenger Corporation

**<u>ORDER</u>**

      IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.


Date:_____   _____
                                                      United States District Judge

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| ALVIA LACY, | * | |
| Plaintiff, | * | |
| v. | * | Case No. 1:06-CV-00068-UNA |
| NATIONAL RAILROAD PASSENGER CORPORATION, | * | Judge: Joseph J. Farnan, Jr. |
| | * | |
| Defendant. | | |
| | * | |

\* \* \* \* \* \* \* \* \*

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Maryland and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

Respectfully submitted,

Date: 07/24/06

_-s-_
Darrell R. VanDeusen, #08231 MD
Kollman & Saucier, P.A.
Sun Life Building, 8th Floor
20 S. Charles Street
Baltimore, Maryland 21201
(410) 727-4300

Counsel for National Railroad Passenger Corporation

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 25th day of July, 2006 a copy of the aforegoing Motion and Order for Admission Pro Hac Vice on behalf of Darrell R. VanDeusen was mailed, first class, postage prepaid to Ms. Alvia Lacy, 1306 Jervis Square, Belcamp, Maryland 21017, Plaintiff *pro se*.

_____
Darrell R. VanDeusen