IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ALVIA LACY, | * | |
| Plaintiff, | * | |
| v. | * | Civil Action No.: 1:06-cv-00068-JJF |
| NATIONAL RAILROAD PASSENGER CORPORATION ("AMTRAK"), | * | |
| | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \*

## ORDER

Upon consideration of Amtrak's Motion to Permit Out-Of-State Counsel to File Electronically, it is this ___2___ day of ___August___, 2006, hereby ORDERED that Amtrak's Motion is GRANTED.

_____
Joseph J. Farnan, Jr.
United States District Court Judge