**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

CHAMBERS OF
JOSEPH J. FARNAN, JR.
JUDGE

LOCKBOX 27
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6155

August 15, 2006

Ms. Alvia Lacy
1306 Jervis Square
Belcamp, MD 21017

Virginia A. Zrake, Esquire
Law Office of Virginia A. Zrake, LLC.
P. O. box 247
Lewes, DE 19958

        RE:    Lacy v. Nat'l Railroad Passenger Corp.
                Civil Action No. 06-068 JJF

Dear Ms. Lacy and Ms. Zrake:

      Enclosed is the scheduling order which I have entered in this case pursuant to Federal Rule of Civil Procedure 16(b) and Local Rule 16.2. Unless further ordered by the Court, a scheduling conference will not be necessary.
      Please direct any requests or questions regarding the scheduling and management of the above matter to my Case Manager Debbie Krett at (302) 573-6168.

                                      Sincerely,

                                      JOSEPH J. FARNAN, JR.

JJFjr:dk
Attachment
cc: Clerk, U.S. District Court

```
               IN THE UNITED STATES DISTRICT COURT

                  FOR THE DISTRICT OF DELAWARE
```

| | |
|---|---|
| ALVIA LACY, | : |
| | : |
|     Plaintiff, | : |
| | : |
|     v. | : Civil Action No. 06-068-JJF |
| | : |
| NATIONAL RAILROAD PASSENGER | : |
| CORPORATION, | : |
| | : |
|     Defendants. | : |

## RULE 16 SCHEDULING ORDER

IT IS ORDERED that:

1. **Pre-Discovery Disclosures.** The parties will exchange by **August 23, 2006** the information required by Fed. R. Civ. P. 26(a)(1) and D. Del. LR 16.2.

2. **Joinder of other Parties.** All motions to join other parties shall be filed on or before **February 16, 2007**.

3. **Settlement Conference.** Pursuant to 28 U.S.C. § 636, this matter is referred to Magistrate Judge Thynge for the purposes of exploring the possibility of a settlement. If the parties agree that they would benefit from a settlement conference, the parties shall contact Magistrate Judge Thynge to schedule a settlement conference so as to be completed no later than the Pretrial Conference or a date ordered by the Court.

4. **Discovery.**

    (a) Exchange and completion of interrogatories, identification of all fact witnesses and document production

shall be commenced so as to be completed by **November 9, 2006**.

   (b) Maximum of **25** interrogatories by each party to any other party.

   (c) Maximum of **25** requests for admission by each party to any other party.

   (d) Maximum of **5** depositions by plaintiff and **5** by defendant.  Depositions shall not commence until the discovery required by Paragraph 4 (a, b and c) are completed.

   5. **Discovery Disputes.**

   (a) A party seeking discovery which the opposing party refuses to provide shall file a motion (no brief) pursuant to Rule 37 of the Federal Rules of Civil Procedure and Local Rule 37.1. Said motion shall not exceed a total of four (4) pages. An Answer to the Rule 37 motion, not to exceed four (4) pages, shall be filed within five (5) days of service of the motion. No reply is permitted.

   (b) All papers shall set forth in a plain and concise manner the issue(s) in dispute, the party's position on the issue(s), and the reasons for the party's position.

   (c) Upon receipt of the Answer, the movant shall notify Chambers by e-mail at jjf_civil@ded.uscourts.gov that the parties have completed briefing.

   (d) Upon receipt of the movant's e-mail, the Court will determine whether a conference is necessary and advise the parties accordingly.

    (e) There is no limit on the number of Rule 37 motions a party may file, unless otherwise ordered by the Court.

  6. **Amendment of the Pleadings.**  All motions to amend the pleadings shall be filed on or before **September 9, 2006**.

  7. **Case Dispositive Motions**.  Any case dispositive motions, pursuant to the Federal Rules of Civil Procedure, shall be served and filed with an opening brief on or before **December 9, 2006**.  Briefing shall be pursuant to D. Del. LR 7.1.2.  No case dispositive motion may be filed more than ten (10) days from the above date without leave of the Court.

  8. **Applications by Motion.**

    (a) Any applications to the Court shall be by written motion filed with the Clerk of the Court in compliance with the Federal Rules of Civil Procedure and the Local Rules of Civil Practice for the United States District Court for the District of Delaware (Amended Effective January 1, 1995).  Any non-dispositive motion shall contain the statement required by D. Del. LR 7.1.1.  Parties may file stipulated and unopposed Orders with the Clerk of the Court for the Court's review and signing.  The Court will not consider applications and requests submitted by letter or in a form other than a motion.

    (b) No facsimile transmissions will be accepted.

    (c) No telephone calls shall be made to Chambers.

    (d) Any party with a true emergency matter requiring the assistance of the Court shall e-mail Chambers at:

jjf_civil@ded.uscourts.gov. The e-mail shall provide a short statement describing the emergency.

        9. **Pretrial Conference and Trial.**

        a) A Pretrial Conference will be held on **Thursday, March 8, 2007 at 11:30 a.m.,** in Courtroom No. 4B on the 4th Floor, Boggs Federal Building, Wilmington, Delaware. The Federal Rules of Civil Procedure and Rule 16.5 of the Local Rules of Civil Practice for the United States District Court for the District of Delaware (Amended Effective January 1, 1995) shall govern the pretrial conference;

        b) Trial will be scheduled at the Pretrial Conference to commence within 120 days of the pretrial conference. Counsel should be available during the 120 day period for trial.

August 15, 2006
DATE

*Joseph J. Farnan, Jr.*
UNITED STATES DISTRICT JUDGE