DEPOSITION OF ALVIA LYNN LACY
CONDUCTED ON FRIDAY, OCTOBER 6, 2006

167

1    Q    -- I could get a copy of those --

2    A    I will do that.

3    Q    -- I would appreciate it.  Thank you.

4    A    You're welcome.

5    Q    But other than that --

6    A    Yes.

7    Q    -- have we fully addressed all of the

8    issues at Bear?

9    A    Yes, we have.

10   Q    Now let's turn to promotions.  Let me show

11   you a document we'll mark as 13.

12        (Lacy Deposition Exhibit 13 marked for

13   identification and attached to transcript.)

14   BY MR. VANDEUSEN:

15   Q    Ms. Lacy, do you recognize this document?

16   A    Yes.

17   Q    This is a letter from Sarah Ray?

18   A    Yes.

19   Q    March 30th, 2005?

20   A    Yes.

21   Q    Regarding a couple of interviews that you

22   had for positions?

DEPOSITION OF ALVIA LYNN LACY
CONDUCTED ON FRIDAY, OCTOBER 6, 2006

168

1    A    Yes.

2    Q    And do you know why Ms. Ray wrote this?

3    A    Well, I asked her to give me a note so that

4    when I went back to work, I could get paid for the

5    day.

6    Q    Because you had to leave?

7    A    Yes.

8    Q    Obviously --

9    A    I was off that day because it's hard to go

10   from Bear all the way to Washington, D.C.  So

11   normally when I have a interview scheduled, you know,

12   they know, but they want proof.  Just like today, I

13   need some notification from you saying that yes, I

14   was here.

15   Q    Do you have the deposition notice we sent

16   you?

17   A    Yes.  And I gave them that, but they still

18   want -- remember I'm on that -- you're not on that

19   can do list.

20   Q    So you're going to need a note from me?

21   A    Yes.  How about that?

22   Q    Is that what you're telling me?

DEPOSITION OF ALVIA LYNN LACY
CONDUCTED ON FRIDAY, OCTOBER 6, 2006

169

1    A    Yes, I am.  I want to make sure I got that

2    in too.

3    Q    Who am I supposed to send the note to?

4    A    You can do it to who it may concern or Mr.

5    McFadden.  Ms. Lacy was in my office on October 6th

6    for her deposition.  Simple as that.

7    Q    Okay.  Did somebody ask you for that?

8    A    I always make sure I provide it.

9    Q    So nobody's asked you to bring a note from

10   opposing counsel today to justify your deposition?

11   A    Well, Delisa said that I should -- I might

12   want to bring one to show that I was here.  I gave

13   her the notice that -- I had it yesterday, and she

14   said you might want to bring one to show that you

15   were actually there.

16   Q    I'll talk to Mr. McFadden to make sure --

17   A    Okay.  Thank you.

18   Q    -- he knows you were here.

19   A    Okay.  That's even better.

20   Q    So you asked her just to write that just to

21   make sure --

22   A    I always do.

DEPOSITION OF ALVIA LYNN LACY
CONDUCTED ON FRIDAY, OCTOBER 6, 2006

170

1    Q    Okay.  That's fine.  And you did interview

2    for those two positions?

3    A    Yes, I did.

4    Q    And was Ms. Ray involved in the selection

5    process for those two positions?

6    A    Mr. Cannon interviewed me, along with the

7    head of that department, for the employee development

8    officer position and also for the foreman 2.  That

9    was another foreman, because I remember I got there,

10   and we had to wait for them to come over, and there

11   was a tie-up with a train or something, so --

12   Q    And you didn't get either one of those

13   positions?

14   A    No, I didn't.

15   Q    Do you know who got those positions?

16   A    No, I don't.

17       (Lacy Deposition Exhibit 14 marked for

18   identification and attached to transcript.)

19   BY MR. VANDEUSEN:

20   Q    Do you recognize this document?

21   A    Yes, I do.

22   Q    That's a document you created, isn't it?

L.A.D. REPORTING & DIGITAL VIDEOGRAPHY
(202) 861-3410  (800) 292-4789  (301) 762-8282  (703) 288-0026  (410) 539-3664

DEPOSITION OF ALVIA LYNN LACY
CONDUCTED ON FRIDAY, OCTOBER 6, 2006

171

1    A    Yes, it is.

2    Q    And those are positions you applied for

3    between October of 2003 and October of 2004, correct?

4    A    November 2003.

5    Q    All right.  I'm just looking at the thing

6    at the top.

7    A    Yeah.  I went from November 2003 up until

8    2004.  That's when I filed my charge to the EEOC.

9    Q    I'm sorry.  That's what you were presenting

10   to the EEOC?

11   A    Yes.

12   Q    So we're looking at 2004 forward, so let's

13   look at the ones starting with the crew management

14   position January of '04.

15   A    Yes.

16   Q    Number 50124988.

17   A    Yes.

18   Q    And what I'm going to do is I'm going to

19   give you a copy of the job requisition or the job

20   posting, and for each of these I'm going to go

21   through them, and we're going to talk about them.

22   A    Okay.

DEPOSITION OF ALVIA LYNN LACY
CONDUCTED ON FRIDAY, OCTOBER 6, 2006

172

1    Q    That's my plan.

2    A    Okay.  Now, keep in mind when I applied for

3    these positions, I'm going back to the fact that I

4    was a job relief recipient in the McLaurin claim.  Do

5    you understand what I'm saying?

6    Q    No, ma'am, I don't.

7    A    Okay.  I'm looking at it from the

8    perspective that I'm listed as a job relief claimant

9    in the class action suit, and I'm thinking that okay,

10   the consent decree has been issued, and I missed out,

11   so I'm thinking okay, let me put in for the positions

12   that I have the qualifications for and maybe some of

13   the positions that I may not have all the

14   qualifications for, but thinking that they'll say in

15   human resources you know she was supposed to be

16   promoted when the other five candidates were, but she

17   wasn't, so let's consider her for the position.

18   Q    Sort of getting McLaurin relief after --

19   A    Later.

20   Q    -- after the time passed --

21   A    Yes.

22   Q    -- for whatever --

DEPOSITION OF ALVIA LYNN LACY
CONDUCTED ON FRIDAY, OCTOBER 6, 2006

173

1       A    Not knowing why I was overlooked.  Okay?

2       Q    Other than what Mr. Lieder said in his

3   letter in 2004?  Is that what prompted you to start

4   applying for these positions?

5       A    No.  I've always applied for the positions.

6       Q    Let me put it this way.  Did Mr. Lieder's

7   letter in April of 2004, the one we looked at and

8   talked about --

9       A    Yes.

10      Q    -- have any impact on your applying for or

11  not applying for positions?

12      A    Probably after I found that I wasn't going

13  to be considered for -- or the consent decree was

14  closed, and I -- the other five persons were

15  promoted, and I wasn't.  I don't know if I -- I can't

16  remember when I came to the conclusion that let me

17  start back up and putting in because I kind of get

18  discouraged.  I mean after 22 years of service with

19  Amtrak, you're going to have a -- I mean I've gotten

20  to a point -- it used to -- I used to just put in,

21  put in, put in always.  I went back and looked at

22  some of the applications I had put in in '88, '89.  I

DEPOSITION OF ALVIA LYNN LACY
CONDUCTED ON FRIDAY, OCTOBER 6, 2006

174

1    still have those, and denial letters.  So I look at

2    it, and I'm very consistent figuring that maybe one

3    day they'll mess up, they'll slip up and say we're

4    going to give her a promotion that she's earned and

5    desires or is entitled to.  So I kind of put in and

6    --

7        Q    You view that as a slip-up --

8        A    Yeah, I do.

9        Q    -- if they promoted you?

10       A    Because I can't see -- I can't see -- I

11   can't see --

12       Q    Hold on.  Let me just make sure.  You would

13   view Amtrak promoting you now as a slip-up --

14       A    Prior to.

15       Q    -- on their part?

16       A    Prior to now as a slip-up.

17       Q    Why?

18       A    Why?  Because you're not going to sit here

19   and tell me that in 22 years, having a bachelor's

20   degree and my background in the railroad, that I

21   didn't qualify for at least one of those positions

22   when I'm putting in for 20 and 30 positions every

DEPOSITION OF ALVIA LYNN LACY
CONDUCTED ON FRIDAY, OCTOBER 6, 2006

175

1      year.

2          Q      Is it possible there are other people who

3      also had a degree or had more experience in the

4      particular job that you'd applied for that was

5      selected instead of you?

6          A      Yes.  And there's probably a lot of people

7      that weren't qualified just as I may -- or I may have

8      been qualified and them not.  You understand what I'm

9      saying?  I'm sure there's people.

10         Q      What you're suggesting -- and we're going

11     to focus on this with respect to 2004 and 2005.

12         A      Okay.  Okay.

13         Q      But what you're saying is for these

14     positions we're going to talk about, you applied for

15     them?

16         A      Yes.

17         Q      Did you think you were qualified?

18         A      We'll go individually.  I'll have to look

19     at it.

20         Q      Some maybe yes?

21         A      Some of them.

22         Q      Some maybe no?

DEPOSITION OF ALVIA LYNN LACY
CONDUCTED ON FRIDAY, OCTOBER 6, 2006

176

1    A    Probably did, yes.  Some of them I might

2  have been flipping a coin saying you know what?

3  Maybe.

4    Q    Okay.

5    A    To be honest about it.

6    Q    Thank you.  That's what I want you to be.

7  Do you know who was selected when you weren't for

8  these different positions?

9    A    No, I don't.

10    Q    If an individual was selected who also was

11  African-American, for example, would you think that

12  you'd been discriminated against because of your

13  race?

14    A    No, because of their -- if they're

15  African-American, and it's two African-Americans

16  going for the same job, there's no discrimination

17  whoever gets picked unless the person's more

18  qualified than the other one, but see, I don't have

19  access to that information.

20    Q    So if the individual selected was female,

21  would you think it was because of sex that you

22  weren't selected?

DEPOSITION OF ALVIA LYNN LACY
CONDUCTED ON FRIDAY, OCTOBER 6, 2006

177

1      A     No, I wouldn't think that.  I would have to

2    know the whole contents of -- you know, I would like

3    to see, but I don't have access to that.

4      Q     So in having made these allegations that

5    you've been denied promotions --

6      A     Yes.

7      Q     -- in 2004 and 2005 --

8      A     Yes.

9      Q     -- because of your sex and your race --

10     A     Yes.

11     Q     -- which is what you're alleging in this

12   lawsuit --

13     A     Yes.

14     Q     -- do you have any information to suggest

15   that for any of these positions your sex or your race

16   played a role in your failure to be selected?

17     A     I'm going to say yes.  That's why I'm

18   here.  Okay?  But I don't have the information that

19   you have as far as who got the job and what their

20   qualification's for.  And I'm going to say this.

21   Ever since I've applied for positions, they've told

22   me before you even apply for the position, Alvia,

DEPOSITION OF ALVIA LYNN LACY
CONDUCTED ON FRIDAY, OCTOBER 6, 2006

178

1    they already have the person picked out who's going

2    to get it.

3         Q    Who's told you that?

4         A    It's consensus among employees.

5         Q    It's the rumor that goes around?

6         A    There's some rules that aren't written, you

7    know, just like you're on the list, and you're not on

8    the list.

9         Q    And you believe that all of this effort to

10   go through the promotion process here is really a

11   scam because the person who they really wanted has

12   already been picked for the job?

13        A    I feel that way.  I really do.

14        Q    So it would be -- would that explain why

15   you think it would be a screw-up if in fact you were

16   picked?

17        A    Yeah.

18        Q    Because you don't think anybody has any

19   intention to pick you ever?

20        A    I don't.  I don't.  I don't.  They can't.

21   I've put in for jobs that require a high school

22   diploma.  You're telling me as a college graduate, I

DEPOSITION OF ALVIA LYNN LACY
CONDUCTED ON FRIDAY, OCTOBER 6, 2006

179

1   can't walk into a job and successfully do a position

2   and hold a position that would cause a person with a

3   high school diploma to do?  I've had people in my job

4   come up to me and say you should be running this

5   facility.  Had they treated you fairly, you would

6   have been a general foreman.  Had they treated you

7   fairly, you would have been a superintendent.  So

8   there's no way I'm going to sit here and say that I

9   don't -- that I don't think that what they do is

10  discriminatory.  It's no other word for it.

11      Q    Could it be they just don't like you?

12      A    That too, but that shouldn't be a part of

13  that, not when you're trying to run a corporation,

14  but it is.  Unfortunately it is.  For me it is.

15      Q    Okay.  Let's look at the first one, which

16  is 50124988.

17          (Lacy Deposition Exhibit 15 marked for

18  identification and attached to transcript.)

19  BY MR. VANDEUSEN:

20      Q    Take a minute to look at that.  Do you

21  recognize that as the requisition for the director of

22  crew management services?

DEPOSITION OF ALVIA LYNN LACY
CONDUCTED ON FRIDAY, OCTOBER 6, 2006

180

1    A    Yeah.  Our posting has changed.  Yes, it

2    looks -- that's it.

3    Q    All right.  And that was effective January

4    7th of 2004, correct?

5    A    Yes.

6    Q    And it says here that for education,

7    looking for a bachelor's degree in business

8    administration, operations management or other

9    fields.  And you have a bachelor's degree in business

10   administration, correct?

11   A    That's correct.

12   Q    Work experience.  Demonstrated experience

13   in environment involving T and E and/or OBS.  What's

14   T and E?

15   A    I believe it's track -- I'm not sure.  I

16   know OBS is on-board services.

17   Q    On-board services.  Must be conversant with

18   BLE, UTU and ASWC operating agreements.  What are

19   those?

20   A    Those are the unions that are connected

21   with those two units.

22   Q    Now, do you have experience in OBS,

DEPOSITION OF ALVIA LYNN LACY
CONDUCTED ON FRIDAY, OCTOBER 6, 2006

181

1    on-board services, or are you conversant with those

2    union agreements?

3         A    No, but it doesn't say must have.  And when

4    I see something that demonstrate experiences, I look

5    at it, and if I can --

6         Q    I'm sorry, ma'am.  It says must be

7    conversant with the BLE, UTU --

8         A    Okay.

9         Q    -- operating agreements --

10        A    Okay.

11        Q    -- doesn't it?

12        A    Yes.  Okay.

13        Q    So you were not?

14        A    Okay.

15        Q    Is that correct?

16        A    Now, do you have my application?  No.

17   You're correct.  No, I'm not.  But do you have my

18   application that went with this?

19        Q    Don't get ahead of me.

20        A    Okay.

21        Q    I know we want --

22        A    It's just slow.

DEPOSITION OF ALVIA LYNN LACY
CONDUCTED ON FRIDAY, OCTOBER 6, 2006

182

1      Q    -- to move things along.

2      A    Yeah.  It's just so slow.

3      Q    I need to make sure that I get --

4      A    Everything.  I understand.

5      Q    -- everything down.

6      A    I understand.

7      Q    All right.  Well, let me show you a

8  document we're going to mark as number 16.

9           (Lacy Deposition Exhibit 16 marked for

10  identification and attached to transcript.)

11  BY MR. VANDEUSEN:

12     Q    On the front is a letter that you'd

13  received in February suggesting that somebody else

14  had been selected for that position, correct?

15     A    Yes.

16     Q    And if you turn to the second and third

17  pages of Exhibit 16, you're going to see the

18  application that you submitted.

19     A    Yes.

20     Q    And we know it's the application that was

21  submitted because if you look in the top right-hand

22  corner, the posting notice number --

DEPOSITION OF ALVIA LYNN LACY
CONDUCTED ON FRIDAY, OCTOBER 6, 2006

183

1       A      Matches.

2       Q      -- it matches.

3       A      Uh-huh.

4       Q      And you asked me -- although I'm supposed

5   to ask the questions, and you're supposed to answer

6   them, but you asked me if I had your application.

7       A      Okay.

8       Q      And I do.

9       A      There it is.

10      Q      So what about this application suggests

11  that you were qualified for the position of director

12  of crew management services?

13      A      I probably was basing it on the fact that I

14  had a bachelor's degree, and I knew that there had

15  been other positions where I'm sure -- I'm going to

16  say I'm sure there's other positions that a candidate

17  did not have all the experience that they were

18  requesting and may have been promoted to positions.

19  So even though I did not have the BLE and UTU

20  operating agreement knowledge, I probably said let me

21  put it in, and maybe this would be one of those where

22  they'd flip a coin.

DEPOSITION OF ALVIA LYNN LACY
CONDUCTED ON FRIDAY, OCTOBER 6, 2006

184

1      Q    Do you know who was selected for that

2  position?

3      A    No, I don't.  I never do a follow-up to see

4  who's promoted.

5      Q    But if somebody who had been promoted to

6  that position, as you described before, would have

7  been either African-American or female, that would --

8  you wouldn't think then that the selection was based

9  on your race or sex?

10      A    If someone was promoted to this position

11  that was African-American female or male and had all

12  the qualifications that they're asking for, including

13  the bachelor's degree, the experience with the BLE

14  and T and E and on-board services and so forth, then

15  I would feel it was a justifiable denial for me not

16  receiving it as a promotion.

17      Q    But if they didn't have every one of those

18  things, you would think it could be discriminatory

19  even if --

20      A    Yes, I would.

21      Q    -- even if it was an African-American

22  female?  So somebody would have to have all of those

DEPOSITION OF ALVIA LYNN LACY
CONDUCTED ON FRIDAY, OCTOBER 6, 2006

185

1    things even if you didn't?

2        A    Excuse me.  I don't know.  When you say

3    that, I don't like -- it confuses me, so I can't

4    answer it.

5        Q    Okay.  Well, let me --

6        A    It confuses me.  You're saying like if

7    it's a black woman and a black woman, if she gets it

8    and you don't, if she's qualified, I don't have a

9    problem with that.  That's my point.  It's not going

10   to change.  But if she gets it because somebody wants

11   her to get it, and they don't want me to get it, then

12   I have a problem with that.

13       Q    Would you have a problem with that --

14   thinking that it was discrimination based on race and

15   sex?

16       A    No, because it's not race or sex.  It's

17   because I like you, but I don't like her.  I like

18   her, but I don't like Alvia.  So it's not racist.

19   It's a personal opinion.

20       Q    Personality?

21       A    Yes, yes.

22       Q    It would be a personality issue?

DEPOSITION OF ALVIA LYNN LACY
CONDUCTED ON FRIDAY, OCTOBER 6, 2006

186

1      A     Yes.

2      Q     And that's -- in fact, when we talk about

3   Bear and your perception generally, a large part of

4   it is --

5      A     Yes.

6      Q     -- a personality issue?

7      A     Yes.  So a personality issue will keep you

8   from getting promoted, but if you're smart, you're

9   going to find a way to make it look like it's a issue

10  of not being qualified, and there's many ways to do

11  that.

12     Q     And thinking back to the events that have

13  happened in Bear in 2004 and 2005 --

14     A     Yes.

15     Q     -- I think you've described a lot of things

16  where you believe it's personality --

17     A     Yes.

18     Q     -- related?

19     A     And prior to, yes.

20     Q     Let's look at the next one, which would be

21  position number 50175062.

22            (Lacy Deposition Exhibit 17 marked for

DEPOSITION OF ALVIA LYNN LACY
CONDUCTED ON FRIDAY, OCTOBER 6, 2006

187

1    identification and attached to transcript.)

2    BY MS. VANDEUSEN:

3        Q    This was a high speed rail supervising

4    technician.

5        A    Yes.

6        Q    Do you recall applying for this position?

7        A    If I listed it down, yes.  I mean I

8    probably did.

9        Q    Do you recall withdrawing your application?

10       A    No, I never do that.  Is that what's

11   documented?

12       Q    I'm just wondering if you have a

13   recollection of that or not.

14       A    No, I don't.

15       Q    Okay.

16       A    That would be a new move.  That's what I'm

17   asking.

18       Q    Let's look here.  Education, high school

19   diploma.  You have at least that.  Education

20   preferred, technical or trade school.  Work

21   experience, must have some mechanical or electrical

22   experience.  Would you consider you had that?

DEPOSITION OF ALVIA LYNN LACY
CONDUCTED ON FRIDAY, OCTOBER 6, 2006

188

1      A      I think so.  Mechanical, yes.

2      Q      Mechanical?  All right.  And work

3  experience preferred, supervisor experience in

4  electrical or mechanical field.  You don't have that?

5      A      Well, I looked at the 66 days that I was

6  able to hold in the foreman's program as officially

7  some training.

8      Q      So you would say you had some based on the

9  66?

10     A      Yeah.

11     Q      You had 66 days of supervisor?

12     A      Yes.

13     Q      Do you know who was selected for this

14  position?

15     A      No, I don't.

16            (Lacy Deposition Exhibit 18 marked for

17  identification and attached to transcript.)

18  BY MR. VANDEUSEN:

19     Q      Do you recognize that?

20     A      Yes, I do.

21     Q      That would have been the application you

22  submitted for --

DEPOSITION OF ALVIA LYNN LACY
CONDUCTED ON FRIDAY, OCTOBER 6, 2006

189

1      A     That position.

2      Q     -- that position --

3      A     Yes.

4      Q     -- the one we just talked about, number

5    17?  All right.  Now, if I go back and I look at

6    Exhibit 16 and compare it to Exhibit 18, it appears

7    to be identical except for the upper right-hand

8    corner where you identify --

9      A     The position.

10     Q     -- the position.

11     A     Yes.

12     Q     Is that what you would do?  Would you just

13   photocopy or otherwise resubmit the same application?

14     A     Okay.  I guess out of applying so much, I

15   have a folder.  It has the job opportunity

16   application completely finished out.  This is

17   information that's never going to change.  Okay?

18   They're blank.  Then I have page 2, and on page 2 I

19   have four different sheet forms I use.  If the

20   position qualifies more technical skills, I use that

21   sheet.  In other words, where it says please explain

22   how you fill the posted skills and experience

DEPOSITION OF ALVIA LYNN LACY
CONDUCTED ON FRIDAY, OCTOBER 6, 2006

190

1    requirements for this position, if the position

2    requires experience from a track or mechanical

3    abilities or FRA, that paragraph will focus in on

4    those duties that I have obtained and knowledge I

5    have.  I have another sheet, the second page, and on

6    it it may have I basically fill the requirements of

7    this position because I have a bachelor's degree.  It

8    may be brief.  So I have like four different number

9    page 2s, page number 2 in my file that I have.  And

10   when a position comes up, and I want to put in for

11   it, I go in my folder, and I say now, which one best

12   matches and fits the requirements, and I pull it.  So

13   you're going to find that to either be the same on

14   quite a few or maybe different.

15        Q     Or marginally different?

16        A     Yes.

17        Q     Because obviously a lot of this information

18   is the same.

19        A     Yes.

20        Q     Okay.  Thank you for clarifying that.

21        A     You're quite welcome.

22        Q     Do you know who got that position?

DEPOSITION OF ALVIA LYNN LACY
CONDUCTED ON FRIDAY, OCTOBER 6, 2006

191

1      A     No, I don't.

2      Q     And we can go through each of these, but

3   would it be accurate to say you don't know who got

4   any of these positions?

5      A     For the most part I don't.  Some of them,

6   like, for instance, there's a position at Bear, it

7   was the transportation facilitator or something of

8   that nature, and I know one of the ladies in the

9   office got that.

10     Q     Let's look at the next one, which would be

11  50171836.

12         (Lacy Deposition Exhibit 19 marked for

13  identification and attached to transcript.)

14  BY MR. VANDEUSEN:

15     Q     Do you recognize that?

16     A     Yes.

17     Q     If we look at education here, high school

18  diploma or equivalent, you had at least that.  Work

19  experience, prior customer service experience either

20  in an on-train capacity or in a service center

21  environment.  Did you have that?

22     A     Yes, I did.

DEPOSITION OF ALVIA LYNN LACY
CONDUCTED ON FRIDAY, OCTOBER 6, 2006

192

1      Q      You did?  How did you have that?

2      A      I used to work at the Military

3   Communications Center on the Aberdeen Proving Ground

4   as a customer service rep.  I worked there part-time

5   for about six years while I was employed at Amtrak.

6      Q      So when would that have been?

7      A      That would have been -- where is one of my

8   current applications?  There it is.  CRS MCC,

9   Military Communications Center, from 1997 to '99.

10  That's specifically why I did that.  I did that

11  part-time job to get out of the technical rim.  Maybe

12  Amtrak would say well, she's doing some customer

13  service.  And I was doing computer work and closing

14  and night closings and accounting and things of that

15  nature, things that related to my degree.  So I

16  thought if maybe they saw me in that capacity, you

17  know, they would kind of put the connection there.

18     Q      When you submit a job opportunity

19  application as an internal candidate at Amtrak, are

20  you able to submit other things in addition to that

21  --

22     A      Yes, you can.

DEPOSITION OF ALVIA LYNN LACY
CONDUCTED ON FRIDAY, OCTOBER 6, 2006

193

1    Q    -- to support and explain?

2    A    Yes.  Like a resume?

3    Q    Uh-huh.  Or a cover letter or something

4    that says here's what I've got?

5    A    Well, most of the time because you're

6    internal, you don't need a cover letter.  I throw a

7    resume in, but I'm like this.  Most of the people in

8    human resources in both Philadelphia and Washington,

9    D.C. know who I am.  I have interviewed in

10    Washington, I have interviewed in Phillie, so they

11    know me.  So it's really not that -- it's no big deal

12    about what kind of background I have, what I can do,

13    what my qualifications are, so I don't usually do the

14    cover letter.

15    Q    Why do you think that is?  Why do you say

16    it's no big deal?

17    A    Because I look at it from a point of view

18    that the people that are in human resources, I'm the

19    human resources person.  Okay?  I'm going to look at

20    the candidates who apply, submit an application.  I

21    know Alvia.  I know Alvia has a bachelor's degree.  I

22    know Alvia has some experience as a customer service

DEPOSITION OF ALVIA LYNN LACY
CONDUCTED ON FRIDAY, OCTOBER 6, 2006

194

1    rep.  Okay.  Here's her application.  Nah.

2        Q    Well, how do they know that?

3        A    Because it's a given.  If you were to call

4    and ask Ms. Ray what could you tell me about Ms.

5    Lacy, I bet you right off the bat she could tell you

6    I know Ms. Lacy has a college degree, she has a

7    degree in business, she's been here for 20 something

8    years.  She would know that.  Mr. Cannon knows it.

9        Q    Would she know you had customer service

10   looking at this experience?

11       A    Yes, yes, because --

12       Q    Just off the top of her head with all the

13   other employees at Amtrak she has to deal with?

14       A    I think so, because the last time I

15   interviewed, I told Ms. Ray that I was tired of

16   applying, and I was really losing hope.  And she said

17   don't give up.  You've got your degree.  Hang in

18   there.  So it's like it's a family, everybody, you

19   know.  You know what his qualifications are.  You

20   know what he can do.  You know.  You know.  There's

21   some managers that only have a high school diploma.

22       Q    Nobody's taking anything away from the fact

DEPOSITION OF ALVIA LYNN LACY
CONDUCTED ON FRIDAY, OCTOBER 6, 2006

195

1    that you got a college degree looking at the work

2    experience issues.  And when you worked as a CSR, you

3    said it was a part-time position?

4        A    Yes, it was.

5        Q    And for, it looks like maybe a couple

6    years?

7        A    Yes, '97 to '99.

8        Q    And how many hours a week would you say you

9    worked at that?

10       A    Usually 20, 25, if that.

11       Q    In addition to a --

12       A    My full-time job.

13       Q    Your job at Amtrak?

14       A    Yeah.

15       Q    Let's look at the next one, which would be

16   50172570.

17       A    Can you say the date when you say those?

18   Because I'm always --

19       Q    I'm sorry.

20       A    You know, it would help me.  I've looked at

21   these a thousand times, and it kind of hurts to look

22   at them all over again.

DEPOSITION OF ALVIA LYNN LACY
CONDUCTED ON FRIDAY, OCTOBER 6, 2006

196

1    Q    Well, I --

2    A    I understand.

3    Q    We have to go through it.

4    A    Yeah.

5    Q    Unless you just want to pack up and go

6    home.

7    A    No.  I want to -- I mean I could -- I guess

8    I could carry on to a second day.  I don't know if

9    you feel like that or not, but --

10    Q    Well, it's only about 2:00 o'clock now.  I

11    think, frankly, we'll be done within an hour --

12    A    Okay.

13    Q    -- or hour and a half.

14    A    Okay.

15    Q    Looking at March now of '04 on your list --

16    A    Okay.

17    Q    -- and the inventory services job on your

18    list, do you see that?

19    A    Yes.

20    Q    All right.  50172570.

21        (Lacy Deposition Exhibit 20 marked for

22    identification and attached to transcript.)

DEPOSITION OF ALVIA LYNN LACY
CONDUCTED ON FRIDAY, OCTOBER 6, 2006

197

1    BY MR. VANDEUSEN:

2        Q    Do you recognize this job description?

3        A    Yes.

4        Q    Now, here it says education, bachelor's

5    degree.  And work experience, proven experience in

6    materials management, slash, inventory, proven

7    demonstrated experience in logistical analysis and

8    project management skills preferred.  Did you have

9    that work experience?

10       A    I think I was equating the fact that I go

11   on the system and order parts working day to day as

12   the material management inventory type thing.  I

13   think I was looking at it from that perspective.

14       Q    Do you know whether that's the way Amtrak

15   would look at it?

16       A    You know what?  I really don't know because

17   I've had incidents where I applied for positions and

18   felt like what I had listed was one thing, and they

19   said it was another.

20       Q    Do you know who was selected for this

21   position?

22       A    No, I don't.

DEPOSITION OF ALVIA LYNN LACY
CONDUCTED ON FRIDAY, OCTOBER 6, 2006

198

1    Q    Don't write on that.

2    A    Oh, okay.  I thought that was mine.

3    Q    No.  I'm going to have --

4    A    Okay.  That's okay.  I want to make sure I

5    know the date that you started.  Okay.  I'm all

6    right.  I mean I'm looking at this, and I don't know

7    why we didn't go from the top down.

8    Q    Because we're talking about things that

9    happened from January of 2004 --

10   A    Okay.

11   Q    -- forward.  That's why.

12   A    Okay.

13   Q    Are you ready?

14   A    Yes.

15   Q    Let's look at the next one, which would be

16   also March of 2004, senior manager material control.

17   A    Uh-huh.

18   Q    50175903.

19        (Lacy Deposition Exhibit 21 marked for

20   identification and attached to transcript.)

21   BY MR. VANDEUSEN:

22   Q    Do you recognize that job application?

DEPOSITION OF ALVIA LYNN LACY
CONDUCTED ON FRIDAY, OCTOBER 6, 2006

199

1    A    Yes, I do.

2    Q    Now, looking in the top part there under

3  position, department, location, band and zone, do you

4  see that --

5    A    Yes.

6    Q    -- where it says band and zone?  What are

7  the bands referring to there?  Do you know what the

8  level of management bands are?

9    A    From what I understand, I think you have

10  like C1, C2, C3, and I believe the higher you go, the

11  higher the salary.

12    Q    And the higher the number, so a C1 would be

13  a lower level than a C2?

14    A    Yes.

15    Q    Which would be a lower level than a C3?

16    A    Than a C3, yes.

17    Q    That's your understanding?

18    A    That's what -- I mean --

19    Q    That's fine.

20    A    It's just a guess, but --

21    Q    All right.  So you applied for the position

22  of senior manager of material control, which is a C2

DEPOSITION OF ALVIA LYNN LACY
CONDUCTED ON FRIDAY, OCTOBER 6, 2006

200

1    position?

2        A    Yes.

3        Q    Okay.  Now, it says bachelor's degree in

4    business-related field, and then work experience,

5    proven demonstrated experience in materials

6    management, warehouse inventory control, planning and

7    distribution environment, prior supervisory

8    experience.  You're saying you thought you were

9    qualified for these because you engaged in inventory

10   ordering in your position, and you had 66 days in the

11   foreman program?

12       A    Well, let me say this because you're making

13   it -- to me, you're making me feel like it was

14   nothing, but let me say this.  When I looked at this

15   position, I saw the bachelor' degree in business, and

16   I said I have that.  Then I looked at the work

17   experience, and it said proven demonstrated

18   experience in material management.  Now, I usually

19   say to myself can I do that?  Yes, I can do that.

20   Now, maybe I was wrong for not saying proven, but I

21   felt like yes, I can do that.  So I'm not always

22   going to have what they ask for discrim -- what they

DEPOSITION OF ALVIA LYNN LACY
CONDUCTED ON FRIDAY, OCTOBER 6, 2006

201

1    ask for to demonstrate or specifically, but -- and it

2    doesn't say must have.  It says proven, yes.

3        Q    Well, here they don't have must have

4    anywhere.

5        A    Right.

6        Q    So I take it that at least in the drafting

7    of this and some of these others where there isn't a

8    must have --

9        A    Then I would apply for it.

10        Q    I see.  Okay.

11        A    Because she told me don't worry about

12    nothing else.  If it says must have, make sure you

13    have the must have, and that's what I normally did.

14    So if I was wrong for going by what Ms. Hattie McCoy

15    told me, I guess I'll look at it a little differently

16    now.

17        Q    Do you know who got this position?

18        A    No, I don't.  For the record I don't know

19    who got any of the positions.

20        Q    Well, you said you recalled one.

21        A    Yeah, but for most of them --

22        Q    Well, I may ask you that anyway just to

DEPOSITION OF ALVIA LYNN LACY
CONDUCTED ON FRIDAY, OCTOBER 6, 2006

202

1    make sure we get it clarified.

2         A    Okay.

3         Q    Let's go to the next one, March of '04,

4    project engineer, 50156915.

5              (Lacy Deposition Exhibit 22 marked for

6    identification and attached to transcript.)

7    BY MR. VANDEUSEN:

8         Q    Do you recall this job?

9         A    Yes, I do.

10        Q    And this was -- looking at the band, zone,

11   this was a C1?

12        A    Yes.

13        Q    Looking down to work experience, here's one

14   of the ones that says must have.  Must have some

15   experience and knowledge of train operations,

16   railroad maintenance and construction methods.  Did

17   you have that?

18        A    Yeah, I think so.  By working on the track,

19   I did.

20        Q    Some experience working with contractors.

21   Did you have that?

22        A    No.

DEPOSITION OF ALVIA LYNN LACY
CONDUCTED ON FRIDAY, OCTOBER 6, 2006

203

1    Q    Demonstrated skill using PC-based word

2  processing, spreadsheet, presentation software?

3    A    Yes.

4    Q    Some experience in working with multiple

5  team members?

6    A    Yes.

7    Q    Some experience communicating orally and in

8  writing within and outside the organization?

9    A    I think yes on that.

10   Q    Demonstrated ability in the exercising of

11 considerable judgment and initiative?

12   A    Yes.

13   Q    In which capacity would you have that?

14   A    Day to day you make judgment calls even on

15 the job, and opposed to not having a part or getting

16 a part or going to the next phase of an operation, so

17 I would say yes.

18   Q    Some experience in planning, scheduling,

19 administration and contracts management, and

20 construction management, including railroad force

21 account?

22   A    On that one I want to refer back to -- a

DEPOSITION OF ALVIA LYNN LACY
CONDUCTED ON FRIDAY, OCTOBER 6, 2006

204

1    lot of times I'd refer back to my course studies like

2    strategic planning and economics.

3        Q    Courses you took?

4        A    Yes.  And I would think that was entitled

5    in that.

6        Q    That would be education as opposed to

7    experience --

8        A    Yes.

9        Q    -- though, wouldn't it?

10       A    Yes.

11       Q    And some experience in project management?

12       A    Yes, because I was on a committee to -- we

13   wrote the trucking procedures when I was on the

14   safety team, so I probably looked at that as the

15   project -- no, it wasn't the manager, but I was part

16   of that group.

17       Q    Part of the team?

18       A    Yes.

19       Q    Do you know who got that position?

20       A    Bob Jones.  No.  I'm just joking.  I don't

21   know who got that.  I'm sorry.  I can't help it.

22       Q    Let's go to the next one, March of '04.

DEPOSITION OF ALVIA LYNN LACY
CONDUCTED ON FRIDAY, OCTOBER 6, 2006

205

1    A    Yes.

2    Q    Human resources officer.

3    A    Yes.

4    Q    50121016.

5        (Lacy Deposition Exhibit 23 marked for

6    identification and attached to transcript.)

7    BY MR. VANDEUSEN:

8    Q    Looking at this document, do you recall

9    this job, this position?

10    A    I tell you these printouts, I've never seen

11    them looking like this.  I guess so.

12    Q    Did you have some human resources

13    experience, including recruiting, staffing, and EEO

14    affirmative action compliance?

15    A    No.  I think I took it due to the fact that

16    I had some experience with EEOC charges and filing

17    complaints and knowing what some of the --

18    Q    Oh, you had human resources experience

19    because you'd --

20    A    Yeah.

21    Q    -- sued Amtrak?

22    A    Well, yeah, I kind of got a lot of

DEPOSITION OF ALVIA LYNN LACY
CONDUCTED ON FRIDAY, OCTOBER 6, 2006

206

1   knowledge through that process.  It wasn't -- well, I

2   didn't want to get the knowledge, but I did.

3        Q    Do you know who got this position?

4        A    No, I don't.

5        Q    Let's look at --

6        A    Excuse me.  Is there an application to go

7   with that one?  Was there an application?  Because I

8   don't know if I even put in for that.

9        Q    I was going to avoid going through because

10  you --

11       A    Okay.

12       Q    -- told me you copied each of these, but

13  let me show you a document.  I won't mark it as an

14  exhibit unless --

15       A    Okay.

16       Q    -- you have a question about it.

17       A    Okay.

18       Q    It reflects the same number.

19       A    016.  Okay.  That's fine.

20       Q    Okay?  Satisfied that you applied for that

21  position?

22       A    Yes.

DEPOSITION OF ALVIA LYNN LACY
CONDUCTED ON FRIDAY, OCTOBER 6, 2006

207

1      Q      Let's look at the next one, 5007109, March

2  of '04, government affairs specialist.

3             (Lacy Deposition Exhibit 24 marked for

4  identification and attached to transcript.)

5  BY MR. VANDEUSEN:

6      Q      Do you recall this position?

7      A      Yes.

8      Q      This says under work experience, must have

9  direct employment experience on Capitol Hill or in a

10  federal government relations office with a good

11  understanding of the legislative process.  Did you

12  have that?

13     A      No, I didn't, but I did have the bachelor's

14  degree that was required in business, and I did have

15  must have editorial abilities and good judgment about

16  the content of final product.  So I did have those

17  two.  Then I had the communication and interpersonal

18  skills, and then the superior oral and written

19  communications skills, I had that, and I was willing

20  to travel five percent.

21     Q      And if you'd been deemed not qualified for

22  this position by human resources --

DEPOSITION OF ALVIA LYNN LACY
CONDUCTED ON FRIDAY, OCTOBER 6, 2006

208

1      A      Yes.

2      Q      -- would you think that was because there

3   was discrimination?

4      A      That threw me off.

5      Q      I'll restate it.   The way you described the

6   process for selection --

7      A      Yes.

8      Q      -- you said that the applications come in

9   to human resources?

10     A      Yes.

11     Q      And human resources makes the first review

12   of whether they meet the qualifications or not?

13     A      I'm assuming they do.

14     Q      Right.   That's what you said.

15     A      Yeah.

16     Q      Okay.   Let's assume that they do.

17     A      Okay.

18     Q      That's where you said that you'd been told

19   if you meet the must haves, and you want to apply,

20   you should apply?

21     A      Yes.

22     Q      All right.   But if you don't meet the must

DEPOSITION OF ALVIA LYNN LACY
CONDUCTED ON FRIDAY, OCTOBER 6, 2006

209

1   haves, and you're put into the not qualified pile

2   because you don't have the must haves --

3        A    Yes.

4        Q    For example, let's say Sarah Ray does that

5   review.

6        A    Okay.

7        Q    And looks at this and says oh, doesn't have

8   the direct employment experience on Capitol Hill.

9        A    Okay.

10       Q    Puts you in the not qualified pile.

11       A    Okay.

12       Q    Do you consider that discrimination --

13       A    No.

14       Q    -- based on race or sex?

15       A    No, I don't.  No, I don't.  But I consider

16   it discrimination if the persons that were selected

17   didn't have the experience on Capitol Hill, and that

18   information I don't have access to.

19       Q    Do you know who was selected for this

20   position?

21       A    No, I don't.

22       Q    Let's look at the next one, job reference

DEPOSITION OF ALVIA LYNN LACY
CONDUCTED ON FRIDAY, OCTOBER 6, 2006

210

1    50146685.    It's March of '04, assistant division

2    engineer.

3           A     Oh, I wanted that job so badly.

4           Q     Okay.   That was a D1 job.

5           A     Okay.

6                 (Lacy Deposition Exhibit 25 marked for

7    identification and attached to transcript.)

8    BY MR. VANDEUSEN:

9           Q     Do you recognize that?

10          A     Yes, I do.

11          Q     It says under must have, high school

12   diploma or equivalent, and a BS in civil engineering

13   or equivalent work experience would be preferred.

14   Then we go down to must haves in work experience.

15   Extensive experience in railroad track maintenance

16   and construction.   You would say you met that?

17          A     Yes.

18          Q     And that was from your time working the

19   track between '83 and '88?

20          A     Correct.

21          Q     Demonstrated experience in project

22   management?

DEPOSITION OF ALVIA LYNN LACY
CONDUCTED ON FRIDAY, OCTOBER 6, 2006

211

1    A    Only thing I can say with that is being

2    part of the team.

3    Q    The team that you talked about?

4    A    Yeah, team.

5    Q    Experience and knowledge of train

6    operations, project scheduling, manpower utilization

7    and track usage?

8    A    Yes.

9    Q    How do you have that?

10    A    Well, I just looked back on the fact that

11    when I was on the track, we knew that it would be --

12    you'd say where are we working tonight, what are we

13    going to be doing, what track?  This is what you had

14    to know as a trackman, what track was going to be out

15    of service, what we were supposed to accomplish that

16    night, you know.  So I looked at that as yes, I was

17    part of that.  You know, that was part of my work --

18    Q    And would that include --

19    A    -- responsibility.

20    Q    And that would include knowledge of train

21    operations in your opinion?

22    A    Well, when you look at this statement, it

DEPOSITION OF ALVIA LYNN LACY
CONDUCTED ON FRIDAY, OCTOBER 6, 2006

212

1    said experience and knowledge of train operations.

2    If you ride the train every day, and you know the

3    number 29 leaves Baltimore at 3:30, you could say you

4    have experience and knowledge of train operations.

5    Am I right or wrong?

6        Q    Project scheduling?

7        A    Nah.

8        Q    Manpower utilization?

9        A    Yes, knowledge of.

10       Q    And track usage, which is what you were

11    referring to, which trains are on which tracks?

12       A    Yes.

13       Q    Working knowledge of B and B, C and S, and

14    ET departments?

15       A    Okay.  Yes.

16       Q    What's B and B?

17       A    Building and bridges.

18       Q    C and S?

19       A    Catenary system.

20       Q    ET?

21       A    Electric traction.

22       Q    Okay.  And how would you have a working

DEPOSITION OF ALVIA LYNN LACY
CONDUCTED ON FRIDAY, OCTOBER 6, 2006

213

1    knowledge of those three departments?

2        A    Because as a track person, you intertwine

3    and interact with those people.  In other words, you

4    may have some B and B people out -- out of precipio

5    doing some work on the bridge, and when you bring

6    your gang out there, it's like well, who are the

7    people?  Because it's your responsibility to know who

8    you're working with and who's in what area.  So there

9    have been many occasions where there were B and B

10   employees, C and S, and E T people, all of us all

11   together, so I felt like I understand that whole

12   process, I know what they do, and therefore, I

13   thought I was qualified under that statement.

14       Q    MW 1000 qualification?

15       A    Yes.

16       Q    You had that?

17       A    Yes.  Now, they're not current, they

18   weren't current, but I knew I could take the test and

19   pass it.  MW 1000 is basically your physical

20   characteristics.  Do you want me to go into detail of

21   that also?

22       Q    At the time you -- no.  Let me ask you this

DEPOSITION OF ALVIA LYNN LACY
CONDUCTED ON FRIDAY, OCTOBER 6, 2006

214

1    question.  At the time you applied for this

2    position --

3        A    Yes.

4        Q    -- did you have an MW -- a current MW 1000

5    qualification?

6        A    No, I didn't.  However, for the record

7    Amtrak has a rule that if it's a -- now, from what

8    I've been told from my union, if it's a position just

9    like right now, when I first bid the airbrake

10   position, I wasn't airbrake-qualified, but I have 16

11   days to get qualified.  So in other words, had I been

12   promoted to this position, they probably would have

13   said well, you must be MW-qualified within 20 days,

14   and I knew that I could adhere to that because I had

15   in the past.

16       Q    Demonstrated skills using PC-based word

17   processing and spreadsheet software?

18       A    Yes.

19       Q    So you had that.  Knowledge and experience

20   in FRA regulations?

21       A    Yes.

22       Q    Now, what's that?

DEPOSITION OF ALVIA LYNN LACY
CONDUCTED ON FRIDAY, OCTOBER 6, 2006

215

1      A      Well, as an employee from the track to now,

2    you have to be familiar with FRA regulations in

3    reference to wheel size.  I've been a car inspector,

4    coupler heights, airbrake, all that.  There's

5    regulations that governs that, and I know it, and

6    I've done it.

7      Q      How about knowledge of NORAC, RWP and

8    AMT-II?

9      A      Okay.  NORAC, basically a lot of the guys

10   at B and B are with that.  I don't know a whole lot

11   about NORAC, but I know it has to do with like the

12   guys that do the maintenance on the building, like

13   the air conditioning units and things of that

14   nature.  I understand that that's part of that group.

15   And the AMT-I and II would be your -- I'm assuming

16   that that would be your 238 qualification, which

17   is -- there's a qualification that you take a test

18   for, and it's called 238 interior and exterior, and

19   that means that you are qualified to do anything, and

20   you know what the procedures are to do anything

21   interior in the car and exterior.  They're two

22   different categories, but they're called 238, AMT