DEPOSITION OF ALVIA LYNN LACY
CONDUCTED ON FRIDAY, OCTOBER 6, 2006

216

1    238.

2        Q    And what about work element explorer,

3    experience in work element explorer?

4        A    Well, I'm assuming that the work element

5    explorer is something where you go within the Amtrak

6    system that -- I assume this.

7        Q    Well, do you have any experience in --

8        A    No, I don't.

9        Q    -- work element explorer?

10       A    I don't have.  I can't -- I'll say no.

11       Q    And this was a position that would have

12   supervisory responsibility for 49 employees?

13       A    49 people.  Had no problem doing it.

14       Q    Do you know who got this job?

15       A    No, I don't.

16       Q    Let's go to the next one, in July of '04,

17   for the manager of employee development, 50180873.

18       A    Correct.

19            (Lacy Deposition Exhibit 26 marked for

20   identification and attached to transcript.)

21   BY MR. VANDEUSEN:

22       Q    Do you remember applying for this position?

DEPOSITION OF ALVIA LYNN LACY
CONDUCTED ON FRIDAY, OCTOBER 6, 2006

217

1    A    Yes.

2    Q    Says must have, be 49 CFR 229, 238

3    certified.

4    A    Yes.

5    Q    And you have that?

6    A    Yes, I do.  The 49 CFR, that's your

7    airbrake I believe.  The 238 is what I was talking

8    about, the 238 interior and exterior.

9    Q    And you had both of those?

10   A    Yes, I did.

11   Q    Completed HSR.  That's high speed rail,

12   right?

13   A    Yes.

14   Q    Mechanical electrical training classes.

15   Had you done that?

16   A    Where are you at?  Wait a minute.  You lost

17   me.

18   Q    I'm sorry.  Look under work experience must

19   have, right after the 238 certified.

20   A    Okay.  Now, when I saw that, the mechanical

21   electric training class, I figured that if I was

22   selected for the position, they would say okay, Ms.

DEPOSITION OF ALVIA LYNN LACY
CONDUCTED ON FRIDAY, OCTOBER 6, 2006

218

1   Lacy, you have 20 days to get this training class

2   done.

3        Q     But you didn't at the time?

4        A     No, I didn't at the time.

5        Q     Okay.  Five years working on mechanical

6   systems on passenger cars and locomotives?

7        A     Yes.  I figured at the time that I had been

8   at Bear, the 18 years would qualify me for the five

9   years working on macannel system -- mechanical

10  system.

11       Q     And you look down in preferred, minimum two

12  years classroom instruction experience, they were

13  looking for somebody to teach basically here?

14       A     Yes.  And I had worked as a substitute

15  teacher at one time, so I kind of looked at it from

16  that perspective.

17       Q     Do you know who got that job?

18       A     No, I don't.

19       Q     Let's look at the next one, June of '04,

20  operations supervisor, 50130938.

21             (Lacy Deposition Exhibit 27 marked for

22  identification and attached to transcript.)

DEPOSITION OF ALVIA LYNN LACY
CONDUCTED ON FRIDAY, OCTOBER 6, 2006

219

1    BY MR. VANDEUSEN:

2        Q    Do you remember applying for this position?

3        A    Yes.

4        Q    Work experience, OBS and food service car

5    experience.  Did you have that?

6        A    No, I didn't, but I knew of a young man

7    that worked on the track, and he was head of the

8    supervisory -- I mean of the commissary at

9    Washington, and I remember when he got promoted, he

10   said well, I didn't have experience on on-board

11   services, but they promoted me to that position.  So

12   that's probably why I applied for that.  And it said

13   education, high school diploma.  That's probably why

14   I applied for that.

15       Q    Do you know who got this position?

16       A    No, I don't.

17       Q    Look at the next one, September of '04,

18   manager of customer service.  You said CB, but I see

19   --

20       A    Should be an S.

21       Q    Okay.  50125481.

22       A    Yes.

DEPOSITION OF ALVIA LYNN LACY
CONDUCTED ON FRIDAY, OCTOBER 6, 2006

220

1    Q    Do you remember applying for that position?

2    A    I'm going to say yes.

3         (Lacy Deposition Exhibit 28 marked for

4    identification and attached to transcript.)

5    BY MR. VANDEUSEN:

6    Q    Do you recognize this requisition?

7    A    No, I don't.  What is this?  I've never

8    seen this before.

9    Q    Look at the third page.  See if that looks

10   more familiar.

11   A    Okay.

12   Q    Does that look familiar?

13   A    Yeah, but this is from 2001.  Is that an

14   updated one?

15   Q    The one on the front.  So it's possible

16   this is not the job you applied for?

17   A    No, because I'm like what is this?  Is my

18   name on here somewhere?

19   Q    No.  It's the number and the position.

20   A    No, this doesn't look --

21   Q    This one doesn't look familiar to you?

22   A    No, this doesn't.  I have to double -- do

DEPOSITION OF ALVIA LYNN LACY
CONDUCTED ON FRIDAY, OCTOBER 6, 2006

221

1  you have a application for that?  Because that might

2  be -- the list that I gave you there, would you look

3  on there and see if that's listed?  If it's listed, I

4  have a application for it.

5          MS. VANDEUSEN:  Let's go off the record for

6  a second.

7          (Discussion off the record.)

8  BY MR. VANDEUSEN:

9      Q    So Ms. Lacy, in an off-the-record

10  discussion, having looked through your materials

11  regarding the 50125481, manager of customer service,

12  or C and B, as yours said, from September of '04,

13  your testimony is that you did not apply for that

14  position?

15     A    You know what?  Hold that for one minute.

16  Let me check my records.

17     Q    I thought that's what you had checked.

18     A    Yeah, but see, those were -- the list that

19  you have, those are the jobs that I applied for, and

20  I didn't have the printout on.  I might have the

21  application in my briefcase.

22     Q    Okay.

DEPOSITION OF ALVIA LYNN LACY
CONDUCTED ON FRIDAY, OCTOBER 6, 2006

222

1      A      Okay?

2      Q      Well, would you have already supplied that

3  to us?

4      A      Because I wouldn't put it on here if I

5  hadn't applied for it.  That's my point.  So that's

6  why I'm wondering how come we're getting this.

7      Q      In discovery in this case --

8      A      Yes.

9      Q      -- when we'd asked you to supply us with

10  all the -- all the --

11      A      And I thought I did.

12      Q      -- documents you had --

13      A      I thought I did.  This might be the one

14  that I applied for and didn't give you the

15  application.  Might be the one.

16      Q      I'm not -- I'm just saying you would

17  have -- you would have expected to have supplied --

18      A      Yes.

19      Q      -- all of that?

20      A      That's why I was like where is it?

21            MS. VANDEUSEN:  Well, let's go off the

22  record.

DEPOSITION OF ALVIA LYNN LACY
CONDUCTED ON FRIDAY, OCTOBER 6, 2006

223

1      THE WITNESS:  Okay.

2      MR. VANDEUSEN:  And you look right now in

3   your things.

4      (Discussion off the record.)

5      MS. VANDEUSEN:  In an off-the-record

6   discussion Ms. Lacy looked to see if she had the

7   application for position 50125481 that we'd been

8   referring to before we took our break.  She does not

9   have it with her, and she says she does not have all

10   of her documents with her, but that's okay.

11   BY MR. VANDEUSEN:

12      Q    Ms. Lacy, I would ask you if you go back

13   home, and you find that, if you could produce that to

14   us along with the back of the time cards that we

15   talked about before.

16      A    Okay.  That's fine.  Yes.

17      (Lacy Deposition Exhibit 29 marked for

18   identification and attached to transcript.)

19   BY MR. VANDEUSEN:

20      Q    Ms. Lacy, let's look at job reference

21   50157903.

22      A    Yes.

DEPOSITION OF ALVIA LYNN LACY
CONDUCTED ON FRIDAY, OCTOBER 6, 2006

224

1    Q    Do you have that in front of you?

2    A    Yes, I do.

3    Q    And that was for an operations supervisor?

4    A    Yes.

5    Q    September of 2004?

6    A    Yes.

7    Q    Do you remember applying for this job?

8    A    Yes, I did.

9    Q    Now, if I look down under work experience

10   in this position, it's demonstrated on-board

11   passenger service experience.  Did you have that?

12   A    No, I didn't, but I had the high school

13   diploma, and when I looked at the summary of the

14   duties and read through those, I felt like there

15   wasn't anything on there that I couldn't successfully

16   perform at.  So that's why I applied for that

17   position.

18   Q    Do you know who got this position?

19   A    No, I don't.

20   Q    Let's look at the next one, 50182531.

21       (Lacy Deposition Exhibit 30 marked for

22   identification and attached to transcript.)

DEPOSITION OF ALVIA LYNN LACY
CONDUCTED ON FRIDAY, OCTOBER 6, 2006

225

1   BY MR. VANDEUSEN:

2       Q    Do you recall applying for this position?

3       A    Yes.

4       Q    If I look down at work experience, it says

5   proven experience establishing and managing a

6   document control system.  Do you have that?

7       A    No, but I have education, associate's

8   degree or equivalent qualification.

9       Q    Do you know who got this position?

10      A    No, I don't.

11      Q    Let's go to the next one, job reference

12  50146328, and that would be from September of '04,

13  engineer road maintenance services.

14          (Lacy Deposition Exhibit 31 marked for

15  identification and attached to transcript.)

16  BY MR. VANDEUSEN:

17      Q    Do you recall applying for this position?

18      A    I'm going to say yes.  I don't have the

19  application right in front of me, I'm assuming you

20  do, so I'm going to say yes.

21      Q    Would you like to see it?

22      A    No.  That's okay.  If I listed it, I

DEPOSITION OF ALVIA LYNN LACY
CONDUCTED ON FRIDAY, OCTOBER 6, 2006

226

1      applied for it.

2          Q     I just don't like to have that happen.

3      Take a look.

4          A     Okay.  Okay.

5          Q     Satisfied?

6          A     Yes.

7          Q     So you applied for this position?

8          A     Yes.

9          Q     Now, if I look down here for engineer road

10     maintenance services, it says education, bachelor's

11     degree in engineering or the equivalent combination

12     of education, training or experience.  Your

13     bachelor's degree is in?

14         A     Business.

15         Q     Work experience, demonstrated track

16     maintenance experience and project management

17     experience.  With respect to the other positions,

18     have we fully talked about your level of track

19     maintenance experience?

20         A     Yes, that's what I equated that with.

21         Q     And project management experience, the team

22     you were on?

DEPOSITION OF ALVIA LYNN LACY
CONDUCTED ON FRIDAY, OCTOBER 6, 2006

227

1    A    Basically, yes.

2    Q    Was there more?

3    A    No.  I'm saying yes, I agree with you.

4    Q    MW track experience.  What's that?

5    A    Maintenance of way.

6    Q    Including expertise in track geometry

7    analysis.  Have you ever done that?

8    A    No, because that's a specific -- geometry

9    track -- truck or unit, that's one -- that's a gang

10   within itself, but I'm familiar -- I'm familiar with

11   what they do and what their requirements are.

12   Q    Railroad track -- roadway track rail flaw

13   testing and rail grinding.  Have you ever done that?

14   A    The rail grinding is basically after they

15   weld, you do -- you run the grinder to smooth it out.

16   Q    How about flaw testing?

17   A    No, I'm not familiar with that.  I know

18   what it is, but I have never done it.

19   Q    Track maintenance.  You said that's what

20   you did when you worked the tracks?

21   A    Yes.

22   Q    And inspection?

DEPOSITION OF ALVIA LYNN LACY
CONDUCTED ON FRIDAY, OCTOBER 6, 2006

228

1    A    Yes.  Now, also this position, I applied

2    for this position because the other position that I

3    had applied for and interviewed and had gotten so

4    many -- had gotten so much positive reviews was in

5    the engineering department, the one that the

6    evaluation came out and went back.

7        Q    The one up in Philadelphia?

8        A    Yes.

9        Q    Back in --

10       A    So I felt like maybe there was somebody

11   that felt like I should be in the engineering

12   department.

13       Q    Back in 1994?

14       A    Yes.

15       Q    So ten years later you were applying for it

16   saying I did it once and got some positive feedback,

17   I'll apply for it again?

18       A    No.  I applied for it because I felt like I

19   had the qualifications to hold the position.

20       Q    Okay.  And you'd gotten positive feedback

21   the last time, a similar position --

22       A    I had gotten --

DEPOSITION OF ALVIA LYNN LACY
CONDUCTED ON FRIDAY, OCTOBER 6, 2006

229

1    Q    -- you had applied for?

2    A    I think it was probably in my mind that the

3    people in the engineering department out of Phillie

4    was somewhat positive more so than the other

5    departments that I had interviewed for.  That's

6    probably what it was.

7    Q    Okay.  Do you know who got this position?

8    A    You know, I'm thinking I have a friend,

9    Mark Jennifer, and he works out of -- he's on the

10   track, and I think he was the one that told me to put

11   in for this, and I can't remember if this is the one

12   that he told me that a white guy got it or not, so

13   I'm not sure.

14   Q    Okay.  Just to be clear, you testified

15   before that if somebody who was also an African-

16   American female got it, you don't think of it as

17   discrimination based on race or sex, correct?

18   A    Repeat that.

19   Q    Okay.  That's fine.  You testified earlier

20   when we talked about this, that if you and another

21   African-American female had applied for the position

22   --

DEPOSITION OF ALVIA LYNN LACY
CONDUCTED ON FRIDAY, OCTOBER 6, 2006

230

1      A    Yes.

2      Q    -- and the other African-American female

3  gets the position --

4      A    Yes.

5      Q    -- and you don't --

6      A    Yes.

7      Q    -- it might be a personality issue, I like

8  you better than I like the other person, but it

9  wouldn't be race or sex discrimination?

10     A    It can be.  You have to understand.  Each

11 position is individual, but most of the time it's

12 racist from my point of view.  I don't know.  When

13 the applications come in, I don't know who else is

14 applying for it.  I know I am, and I know a lot of

15 applications come in, but how can it be that out of

16 40 positions out of the whole year, I wasn't

17 qualified for one?  That's my point.

18     Q    As we've gone through some of these, if you

19 didn't meet the must haves --

20     A    Well, I tell you what.

21     Q    -- isn't it possible that you were just

22 deemed not qualified?

DEPOSITION OF ALVIA LYNN LACY
CONDUCTED ON FRIDAY, OCTOBER 6, 2006

231

1       A     That's a good possibility, but can you

2   provide me with the person's name, their

3   qualifications, and the person that received the

4   promotion?  Can you provide me with that information

5   so that we can see well, did John have the same

6   qualifications as Ms. Lacy, or did he not?  And I

7   know that's probably going to come when I have an

8   attorney to represent me, but I would love for you to

9   sit up here and say Ms. Lacy, this position, Joanne

10  Wilson's gotten it, and she has the experience that

11  they requested.  Here on her application she worked

12  for maintenance of way for 15 years.  I don't have a

13  problem with that.

14      Q     And if that was the case, if in each

15  circumstance where you applied and were either

16  considered not qualified or in those couple cases

17  where you got to interview where Sarah Ray sent the

18  letter --

19      A     Yes.

20      Q     -- and you interviewed --

21      A     Yes.

22      Q     -- if the person who got the job --

DEPOSITION OF ALVIA LYNN LACY
CONDUCTED ON FRIDAY, OCTOBER 6, 2006

232

1    A    Yes.

2    Q    -- instead of you was deemed more qualified

3    by Amtrak --

4    A    Yes.

5    Q    -- regardless of their race or sex, would

6    you accept that your race or sex did not play a role?

7    A    Yes, I would accept that if you could also

8    tell me that when they're looking at my application,

9    they're not being discriminatory against me because

10   of who I am, and you can't answer that.

11   Q    Because of who you are.  What do you mean

12   by that?

13   A    In other words, if I'm in human resources,

14   and I say I have two applications here, I have

15   Alvia's, and I have Bob's, we're back to -- I'm going

16   back to the same notion -- and they say well, Alvia

17   has the same qualifications, and Bob has the same,

18   but I know Bob's uncle, Bob's getting the job,

19   that's discriminatory because it's not allowing me

20   the same opportunity to be promoted to the position

21   as you are this person.

22   Q    But would you agree it wouldn't be based on

DEPOSITION OF ALVIA LYNN LACY
CONDUCTED ON FRIDAY, OCTOBER 6, 2006

233

1   your race or sex?

2       A    It would be based on race if the person's

3   saying to themself she's black, and I'm not going to

4   promote her.

5       Q    No, no, no.  But using your example of

6   Bob's nephew of somebody --

7       A    Yes, because that is -- that is -- that is

8   discriminatory to the point where I'm going to go

9   to -- this is kind of -- you might not see the big

10  picture like I'm seeing it.  Now we're going back to

11  --

12      Q    I'm just worried about whether I'm seeing

13  the legal picture --

14      A    Okay.

15      Q    -- as it --

16      A    Okay.  So let's go with --

17      Q    -- applies to your case.

18      A    Okay.  In the consent decree it stated that

19  Amtrak would not use nepotism.  Okay?  Amtrak has a

20  big problem with nepotism.  Okay?  Now, if you've

21  been told by the judge no more nepotism, stop it, and

22  if you received a promotion because of who you are,

DEPOSITION OF ALVIA LYNN LACY
CONDUCTED ON FRIDAY, OCTOBER 6, 2006

234

1    that's -- that's the nepotism.

2         Q    Let's put that aside for a second.

3         A    Okay.

4         Q    Let's say I've got Alvia, and I've got Bob,

5    and their qualifications are equal.

6         A    Okay.

7         Q    Or in the context of reviewing the

8    applications, Bob's qualifications in some area,

9    maybe he doesn't have a high school diploma -- or

10   maybe he doesn't have a college degree, but he has a

11   high school diploma, but he has more work experience

12   in the must haves there, and all this requires is a

13   high school diploma or more, and so Bob gets picked.

14   Would you be saying that no, I should have been

15   picked because I had a college degree even if he has

16   more work experience or more of the work experience

17   they were looking at in the must haves?  I'm trying

18   to understand the basis of your claim, ma'am.  I'm

19   not trying to --

20        A    I understand.

21        Q    -- confuse you.  And I can restate it if

22   you want.

DEPOSITION OF ALVIA LYNN LACY
CONDUCTED ON FRIDAY, OCTOBER 6, 2006

235

1    A    But you don't understand that a lot of

2    decisions are made, it's not how it's black and

3    white, qualified or not qualified.  That's what I

4    don't think you're understanding here because to me,

5    this is the way it goes.  When I walk out of here

6    today, I don't have a chance at a management job.  I

7    don't have a chance.  That's why I'm fighting this.

8    And I'm tired of fighting this fight.  I've been

9    doing it for 22 years.  Nobody seems to get it.  They

10   think I'm sitting here talking about some fictitious

11   scenario.  It's the truth, it's the way it is, and

12   it's hard to prove because I don't have the

13   information that the person that makes the decision

14   makes outside of going by when I do my interviews.

15   I'm having to interview with a man who's going to be

16   my supervisor, and he doesn't even have a high school

17   diploma.  Do you think he wants me to get the

18   position?  No, he doesn't.  That's not going to

19   happen because it's his final say.  So it is

20   discriminatory.

21   Q    So he's intimidated by somebody who has a

22   college degree?

DEPOSITION OF ALVIA LYNN LACY
CONDUCTED ON FRIDAY, OCTOBER 6, 2006

236

1        A     I'm sure he is.

2        Q     Is that the hypothetical?

3        A     Because that's the way -- in the real

4   business world -- in the business world the most

5   qualified applicant gets the job.  Am I right or

6   wrong?

7        Q     Go on.

8        A     For the most part.  With Amtrak, if you

9   actually talk to the managers within Amtrak, it's

10  phasing out now, but most of the managers don't have

11  a college degree.  Mr. Hudson, who is a general

12  foreman, who is my boss, told me Monday, he said you

13  know the job that I'm holding, this job will no

14  longer be held by a person unless they have a college

15  degree in the future.  He said all of our jobs, Ed

16  Hill, Ace McDowell, he said from now on when these

17  jobs close, and we come out of them, the person with

18  the degree will be appointed to this position.  So

19  what's finally happening --

20       Q     Because things have changed --

21       A     Yes.

22       Q     -- over the last 20 or 30 years.

DEPOSITION OF ALVIA LYNN LACY
CONDUCTED ON FRIDAY, OCTOBER 6, 2006

237

1    A    Yeah, because it's not the good old boy

2 system, and people have cried about I'm being

3 discriminated against.  I'm not the first one to

4 holler discrimination with Amtrak, and I'm not going

5 to be the last.

6    Q    But we're here on your claim today.

7    A    Yes, we are.

8    Q    And what I'm trying to understand is

9 whether you would perceive it as discriminatory if

10 -- let me try it this way.

11    A    Yeah, because I'm getting -- I'm getting

12 twisted, and I don't want to say something that -- I

13 don't have no legal counsel here, so I don't want to

14 say something that's going to come back and haunt me.

15    Q    Although you've had the opportunity, ma'am,

16 since you filed this lawsuit and before --

17    A    That's true.

18    Q    -- to obtain legal counsel --

19    A    That's true.

20    Q    -- isn't that true?

21    A    And I'm still working on that.  Legal

22 counsel is not easy to come by today.

DEPOSITION OF ALVIA LYNN LACY
CONDUCTED ON FRIDAY, OCTOBER 6, 2006

238

1      Q    Now, if the person selected for the

2  position that you apply for happens to be a white

3  male, okay -- are you with me? --

4      A    Yes.

5      Q    -- do you believe that the fact the

6  individual selected is a white male alone

7  demonstrates discrimination?

8      A    Yes, yes.  I'm going to say yes, yes.

9      Q    All right.  Let's go to the next one.  This

10  would be 50146672, and that is from September of '04,

11  the field environmental specialist.

12          (Lacy Deposition Exhibit 32 marked for

13  identification and attached to transcript.)

14  BY MR. VANDEUSEN:

15      Q    Take a look at that, please.  Do you recall

16  applying for this position?

17      A    Yes.

18      Q    And if I look down at the work experience,

19  it says some environmental compliance or related

20  experience.  Did you have that?

21      A    Well, when I was in high school my senior

22  year, I worked at U.S. Army Environmental Hygiene

DEPOSITION OF ALVIA LYNN LACY
CONDUCTED ON FRIDAY, OCTOBER 6, 2006

239

1    Agency where I typed up reports and kept a record of

2    the water quality engineering division.  So that's

3    probably why I applied for that position.  I felt I

4    had the experience on that level.

5        Q    Is there anywhere on your application for

6    that position where that basis of background would

7    have been reflected?

8        A    No, because on my application usually most

9    employers ask you to go ten years back.  That was in

10   1974, '75, it was that long ago, when I was in high

11   school, but I still had that experience.  I've been a

12   librarian.  I've had several jobs that I don't list.

13   They're not listed on my application.

14       Q    But you're saying here you looked at this

15   job, and you said hey, I'm qualified for this because

16   I have some environmental compliance or related

17   experience from what I did in high school; is that

18   correct?

19       A    Not only in high school, but also as a

20   track person and as a car repairman, there are things

21   -- like, for instance, you can't throw aerosol cans

22   in the dumpster.  That's an environmental issue, and

DEPOSITION OF ALVIA LYNN LACY
CONDUCTED ON FRIDAY, OCTOBER 6, 2006

240

1  it's an environmental compliance, just putting it

2  kind of short and sweet.

3      Q    Okay.

4      A    So I'm looking at it from the perspective

5  that it says some environmental compliances or

6  related experience.

7      Q    So somebody looking at the fact that you

8  were a track person and a car repair person would say

9  well, to use your example, they're supposed to know

10  not to throw aerosol cans in the dumpster --

11      A    No.

12      Q    -- and that's enough?

13      A    No, I'm not saying that's enough, but I'm

14  saying that --

15      Q    Well, let me -- let me -- I don't want to

16  interrupt you, but I mean how would an individual

17  reviewing your application come to the conclusion

18  that you were qualified, that you met the

19  requirements of work experience for this position,

20  when they were reviewing applications?

21      A    Okay.  I would say that if they looked at

22  it and saw that I had -- the education says associate

DEPOSITION OF ALVIA LYNN LACY
CONDUCTED ON FRIDAY, OCTOBER 6, 2006

241

1  degree, technical school or equivalent. Okay. Now

2  I'm going to go back up here to look at the duties,

3  and it says ensure compliance with all applicable

4  federal and state, local environmental laws and

5  regulations and Amtrak's environmental management

6  system, EMS policies. Okay. Another thing that I

7  may have been guilty of, I always look at the duties,

8  and I say can I do the duties? If the duties I feel

9  I can do, and I may not have the work experience, but

10  if you're not given the opportunity to get the work

11  experience, how are you ever going to get it?

12      Q    But if I'm using the hypothetical of how we

13  have gone through the way Amtrak makes its selection

14  process --

15      A    Yes.

16      Q    -- if I'm in human resources --

17      A    Yes.

18      Q    -- and I look at Alvia's application for

19  this position --

20      A    Yes.

21      Q    -- and just in the first place I've got 20

22  applications in front of me let's say, how do I use

DEPOSITION OF ALVIA LYNN LACY
CONDUCTED ON FRIDAY, OCTOBER 6, 2006

242

1    your application and look at this and say oh, well,

2    she's got the kind of work experience as we're going

3    through, and we're selecting on paper who are the

4    people who might get interviews with me?

5        A    You know what?  I might have put my foot in

6    my mouth when I said that because it may be a process

7    where Ms. Ray says here, Bob, you have a -- you have

8    a position opening, and here's ten people.  You go

9    through there and tell us who you want to pick.

10       Q    Okay.  Well, let me -- let me -- let's

11   create the hypothetical the way Amtrak works --

12       A    Okay.

13       Q    -- and a human resources person actually

14   does make the first cut to --

15       A    Okay.

16       Q    -- determine who's qualified and --

17       A    Okay.

18       Q    -- who's not qualified.  Okay?

19       A    Okay.

20       Q    So Sarah Ray or Taylor Cannon --

21       A    Yes.

22       Q    -- make the first cut to pick those --

DEPOSITION OF ALVIA LYNN LACY
CONDUCTED ON FRIDAY, OCTOBER 6, 2006

243

| | | |
|---|---|---|
| 1 | A | Okay. |
| 2 | Q | -- and put them in the pile of those |

qualified and not qualified.

| | | |
|---|---|---|
| 4 | A | Okay. |
| 5 | Q | All right?  If I'm Ms. Ray -- |
| 6 | A | Yes. |
| 7 | Q | -- and I'm trying to help you -- |
| 8 | A | Yes. |
| 9 | Q | -- and I think you've said Ms. Ray -- |
| 10 | A | Yes.  Ms. Ray, very positive. |
| 11 | Q | She's trying to help you? |
| 12 | A | Yes, she is. |
| 13 | Q | Taylor Cannon? |
| 14 | A | Yes. |
| 15 | Q | Trying to help you? |
| 16 | A | Good people.  Good people.  Fair people. |
| 17 | Q | If they're looking at applications, and |

they're saying how do I justify saying I think we

ought to put Alvia in the let's interview her pile in

this particular case --

| | | |
|---|---|---|
| 21 | A | Okay. |
| 22 | Q | -- how do I justify that looking at your |

L.A.D. REPORTING & DIGITAL VIDEOGRAPHY
(202) 861-3410  (800) 292-4789  (301) 762-8282  (703) 288-0026  (410) 539-3664

**A243**

DEPOSITION OF ALVIA LYNN LACY
CONDUCTED ON FRIDAY, OCTOBER 6, 2006

244

1    resume?  Where do I see --

2         A    Well, if she can't, I understand what

3    you're saying then.  Okay.  It's one of those that a

4    person, she applied, and she's not qualified.  I

5    don't have a problem with that.

6         Q    Okay.  Let's look at the next one,

7    50166678, December of '03, quality assurance

8    inspector.  Do you remember this position?

9         A    Yeah, I remember it.

10             (Lacy Deposition Exhibit 33 marked for

11   identification and attached to transcript.)

12   BY MR. VANDEUSEN:

13        Q    If you look on the second page under work

14   experience, must have demonstrated skill in a

15   quality-related position; auditor, inspector,

16   manager, quality trainer in ISO, AAR, ASQ and/or

17   quality systems.  Do you have that?

18        A    Well, I have been a car repairman,

19   inspector.

20        Q    How long was that for?

21        A    I'd have to go back and document, but I

22   know at least a year, a year or more.  And even as a

DEPOSITION OF ALVIA LYNN LACY
CONDUCTED ON FRIDAY, OCTOBER 6, 2006

245

1  airbrake person, even though it doesn't say

2  inspector, you are expecting and required to make

3  notification of anything that should be alerted to as

4  far as something being wrong with it.  So you may not

5  have inspector behind your job title, but you're

6  still doing inspecting and making sure things are up

7  to compliance.  So that's probably why I felt like I

8  qualified for that position.

9        Q    Do you know who was selected for this

10  position?

11       A    You know, I thought this was the one that

12  Al Feeley got, but I'm not sure.  And in this same

13  position, I don't think I have it listed, but they

14  had one that was for Bear.

15       Q    Did you apply for that one?

16       A    Yes, I did.  And I think Pat Ciminaro got

17  it.

18       Q    Let's go to the next one, 50183697.

19            (Lacy Deposition Exhibit 34 marked for

20  identification and attached to transcript.)

21  BY MR. VANDEUSEN:

22       Q    This was administrator support specialist.

L.A.D. REPORTING & DIGITAL VIDEOGRAPHY
(202) 861-3410 (800) 292-4789 (301) 762-8282 (703) 288-0026 (410) 539-3664

DEPOSITION OF ALVIA LYNN LACY
CONDUCTED ON FRIDAY, OCTOBER 6, 2006

246

1        A    Yes.

2        Q    Do you recall applying for this job?

3        A    Yes.

4        Q    Looking down at work experience,

5   demonstrated experience and understanding of

6   mainframe and PC operating systems.

7        A    Yes.

8        Q    Do you have that?

9        A    I say I understand a mainframe and PC

10   operating services.

11       Q    Would that be through your job as a car

12   repair person?

13       A    Yes, and when I worked with the phone

14   center.

15       Q    Prefer extensive experience utilizing AAMPS

16   system?

17       A    That's what our supplies come under.

18       Q    Etrax?

19       A    I'm not familiar with that.

20       Q    And Microsoft desktop applications?

21       A    Yes.

22       Q    Extensive experience using the AP imaging

DEPOSITION OF ALVIA LYNN LACY
CONDUCTED ON FRIDAY, OCTOBER 6, 2006

247

1  system preferred.  Do you know what that is?

2      A    No.

3      Q    Do you know who got this job?

4      A    No, I don't, but I do have the bachelor's

5  degree in business administration for the education

6  part.

7      Q    Let's look at the next one, 50183713, from

8  October of 2004.

9      A    What was the number again, 83697?

10     Q    That was the last one I think we just

11 looked at.  Now we're down to the one after that,

12 713.

13     A    Okay.  I thought you said it was 69.

14         (Lacy Deposition Exhibit 35 marked for

15 identification and attached to transcript.)

16 BY MS. VANDEUSEN:

17     Q    Senior analyst operating practices.  Do you

18 recall applying for this position?

19     A    Yes.  Bachelor's degree in business.

20     Q    Under work experience, must be currently or

21 formerly qualified in T and E.  You said that was

22 track and something?

DEPOSITION OF ALVIA LYNN LACY
CONDUCTED ON FRIDAY, OCTOBER 6, 2006

248

1       A       I'm assuming that.

2       Q       You don't know?

3       A       I'm not sure if TE is track and --

4       Q       Qualified in T and E, block operator,

5   yardmaster or train dispatcher.  Had you ever done

6   any of those?

7       A       No, but for other, I had extensive

8   knowledge of operating rules and practices, special

9   instructions governing the E -- northeast corridor,

10  that is, or off-corridor operations.  I had knowledge

11  of that as a track person.

12      Q       Okay.  Do you know who got this position?

13      A       You know what?  This is one that I wanted

14  also because it was in Wilmington, and I want to

15  say -- I'm not going to guess, but I think Mike Fell

16  got this one.  I'm not sure.  There's two --

17      Q       Yeah, there's two different dates.  One, I

18  think it started out, and then it was re --

19      A       Yeah, because usually when it's reposted --

20      Q       Reposted.

21      A       -- I'm looking to see if they changed any

22  of the requirements because sometimes they change

L.A.D. REPORTING & DIGITAL VIDEOGRAPHY
(202) 861-3410  (800) 292-4789  (301) 762-8282  (703) 288-0026  (410) 539-3664

DEPOSITION OF ALVIA LYNN LACY
CONDUCTED ON FRIDAY, OCTOBER 6, 2006

249

1    things to fit the applicant they want.  But anyway,

2    it's the same one.

3        Q    And finally, 50183771.

4        (Lacy Deposition Exhibit 36 marked for

5    identification and attached to transcript.)

6    BY MR. VANDEUSEN:

7        Q    Do you recall applying for this position?

8        A    Yes.  I think I had applied for this once

9    before, didn't I?  High speed.  It just was a

10    different number.

11        Q    Therefore, it would have been a different

12    position?

13        A    Yeah.  They always change the numbers.  The

14    position number changes.  The job might be the same,

15    but the position number changes all the time.

16        Q    If I look down to work experience --

17        A    Yes.

18        Q    -- experience in materials management?

19        A    Yes.

20        Q    Production planning?

21        A    Yes.

22        Q    Lead times?

DEPOSITION OF ALVIA LYNN LACY
CONDUCTED ON FRIDAY, OCTOBER 6, 2006

250

1    A    Yes.

2    Q    Forecasting and distribution?

3    A    Yes.

4    Q    How did you have experience in those areas?

5    A    Okay.  As far as experience in material

6    management, I ordered things as an airbrake person

7    and as a car repairman.  Also the 66 days that I

8    performed in the position as a foreman, I had to

9    order supplies for the coach cleaners, I had to make

10   up the scheduling for the workday prior to, do the

11   turnover, and, you know, serve as a leader.  So

12   that's how I'm looking at that.

13   Q    So you felt you'd met those qualifications?

14   A    Yes.  And then it says must have a high

15   school diploma for the education part of it.  And

16   also looking at the duties, which says monitoring

17   usage of inventory, I felt like I did that also.

18   When I was at the phone officer, we also had

19   inventory of different products that when they were

20   low, you had to notify the supervisor and make

21   notations and write things up and do orders and

22   things of that nature.  So I kind of tie it all

DEPOSITION OF ALVIA LYNN LACY
CONDUCTED ON FRIDAY, OCTOBER 6, 2006

251

1   together thinking I'm qualified for it.

2        Q    Do you know who got this position?

3        A    This one, I'm not sure.  I don't know who

4   got that.

5        Q    Now, Ms. Lacy, those are the positions

6   you'd addressed and listed at issue when you filed

7   your EEOC charge --

8        A    Yes.

9        Q    -- correct?

10       A    And including the ones at the -- the ones

11  that I listed that go from '03, I was trying to show

12  that I'm still applying.  And the list that I gave

13  you today, can you open that and see what the dates

14  are on that?  Because I think I -- I think those are

15  all '04.  You might want to go through those while

16  I'm in here.  If they're not '04, I guess you might

17  not want to worry about it.

18       Q    Is it possible that there were other

19  positions in '04 that you applied for that you didn't

20  raise to the EEOC?

21       A    Yeah, there could be.  There could be.  You

22  have to remember the EEOC is the initial -- I'm

DEPOSITION OF ALVIA LYNN LACY
CONDUCTED ON FRIDAY, OCTOBER 6, 2006

252

1    assuming the initial investigating, and they're

2    asking me to list for that time period, and the

3    extensive information I sent to EEOC, I wish they had

4    sent everything back to me in its original state, but

5    they didn't, so I only had -- some of the things that

6    I sent them were -- matter of fact, my denial

7    letters, I sent them over 60 denial letters, and they

8    didn't sent me those back, and I'm sure they probably

9    destroyed them by now.

10        Q    And you hadn't made copies of those?

11        A    No, I didn't, but I did request for them --

12   I note -- I note -- make notations on things and kept

13   things separate that I wanted them to send me back,

14   and they didn't.  So do you have this last one, the

15   administrative inventory HS?  Is that one included?

16        Q    Your application?

17        A    Yes.

18        Q    That's the one we just looked at.  That was

19   the last --

20        A    Was that the last one?

21        Q    -- the one we just looked at, 771.

22        A    Okay.  Okay.  I'm thinking it was human

DEPOSITION OF ALVIA LYNN LACY
CONDUCTED ON FRIDAY, OCTOBER 6, 2006

253

1    sources and not high speed.  Okay.  I gotcha.

2        Q    Why don't you go ahead and look at this and

3    see if that's not your application and the letter

4    from Mr. Cannon.

5        A    Yeah, that's my denial letter.  Okay.  I've

6    got a zillion of those.  Okay.  Thank you.

7            MS. VANDEUSEN:  Let's take a break for just

8    a couple minutes.

9            (Discussion off the record.)

10   BY MR. VANDEUSEN:

11       Q    Ms. Lacy, you provided us today with some

12   additional jobs for which you had applied --

13       A    Yes.

14       Q    -- but were not selected; is that correct?

15       A    Yes, correct.

16       Q    I have before me a list of 14 jobs, two of

17   which we found we'd already gone over --

18       A    Okay.

19       Q    -- but the rest of which we had not.  So

20   I'm going to go through those now in much the same

21   way we just did a few minutes ago.

22       A    Fine.

DEPOSITION OF ALVIA LYNN LACY
CONDUCTED ON FRIDAY, OCTOBER 6, 2006

254

1      Q      Let me hand you a job that's got the

2   effective date of October 4th, 2005, 50163303, senior

3   employee development officer.

4          (Lacy Deposition Exhibit 37 marked for

5   identification and attached to transcript.)

6   BY MR. VANDEUSEN:

7      Q      Now, it says on here it was a repost of a

8   previously posted position.  Repost applicants need

9   not reapply.  Do you recall whether you'd applied the

10   first time and were just --

11      A      No, because if it's -- if I -- if it says

12   repost, and I've applied, I don't reapply.

13      Q      Okay.  So this would have been a repost,

14   and you applied --

15      A      Yes.

16      Q      -- when there was --

17      A      Yes.

18      Q      -- the repost?

19      A      Apparently I didn't see the first one.  You

20   know what?  This same job came out this week, and I

21   meant to put in for it, and I missed it.

22      Q      All right.  With respect to this job --

DEPOSITION OF ALVIA LYNN LACY
CONDUCTED ON FRIDAY, OCTOBER 6, 2006

255

1       A    Yes.

2       Q    -- looking down at work experience --

3       A    Yes.

4       Q    -- must have knowledge of operations

5    staffing practices, infrastructure and/or equipment

6    maintenance practices?

7       A    Yes.

8       Q    Familiarity with state -- of state and

9    federal training requirements.  Did you have those?

10      A    Yes.  And I want to tell you why.

11      Q    Please.

12      A    Okay.  The must have knowledge of the

13   operator staffing practice, I assume that to be, in

14   other words, if you need four people to truck, you

15   have to know you need four people to truck along with

16   an electrician to hook up the truck electrical

17   system, and the person that trucks has to be

18   qualified to do the car move and so forth.  So I

19   looked at that as operation and staffing practice,

20   which is what I'm figuring Ace McDowell and them do

21   on a regular.  Okay?

22      Q    Okay.

DEPOSITION OF ALVIA LYNN LACY
CONDUCTED ON FRIDAY, OCTOBER 6, 2006

256

1    A    And then for the equipment maintenance

2    practice, I looked at that from the point of view

3    like, for instance, the car mover, it says before

4    operating, you must make sure you check the fluid

5    levels, and as an operator you're required to do

6    that.  As a car mover -- everybody's not a car mover,

7    but if you're a qualified car mover, you know you

8    have to do that.  So I looked at it from that point

9    of view and the fact that I had the high school

10    diploma.

11    Q    Do you know who got this job?

12    A    No, I don't.

13    Q    Were you interviewed for this position?

14    A    You know what?  I don't think so.  I can't

15    remember the last time I got an interview in

16    Philadelphia.  I don't think so.

17    Q    The next one is position 50010519, manager

18    of train operations.

19    (Lacy Deposition Exhibit 38 marked for

20    identification and attached to transcript.)

21    BY MR. VANDEUSEN:

22    Q    Ms. Lacy, if I look on this one, I see the

DEPOSITION OF ALVIA LYNN LACY
CONDUCTED ON FRIDAY, OCTOBER 6, 2006

257

1    work experience says must have demonstrated

2    operations experience or related transportation

3    experience?

4         A    Yes.

5         Q    Prefer extensive operations and/or

6    transportation experience.  Did you think you had

7    that?

8         A    Yes.  Let me tell you why I put in for this

9    position, I really did want this one, is because a

10   lot of the males that had went from car repairman to

11   CNOC, this is the position they would go into.  I

12   think Mike Fell is holding this position.  So I felt

13   like I can make that transformation, so that's why.

14   And I really did want this one.  I remember this.

15        Q    Do you know who was selected for this

16   position?

17        A    I want to say Chris Purcell, because I

18   remember everybody was making big raves about it, but

19   I don't want to hold myself to that.

20        Q    Were you interviewed for this position?

21        A    No, I wasn't.

22        Q    Next one is 50184672.

DEPOSITION OF ALVIA LYNN LACY
CONDUCTED ON FRIDAY, OCTOBER 6, 2006

258

1          (Lacy Deposition Exhibit 39 marked for

2    identification and attached to transcript.)

3    BY MR. VANDEUSEN:

4        Q    This is an employment development officer?

5        A    Another one I really was looking forward to

6    at least being interviewed for.

7        Q    All right.  Must have demonstrated

8    experience working on mechanical and/or electrical

9    systems on passenger cars and locomotives?

10        A    That would be me.

11        Q    That's what you did, right?

12        A    Yes.

13        Q    Demonstrated experience working on

14    passenger car and locomotive mechanical systems?

15        A    Yes.

16        Q    Experience in inspecting, repairing and

17    troubleshooting of mechanical, electrical systems?

18        A    That's me.

19        Q    Organizational, administrative, planning

20    skills, effective writing, verbal skills?

21        A    I thought I had that with the bachelor's

22    degree in addition to the successful completion of

DEPOSITION OF ALVIA LYNN LACY
CONDUCTED ON FRIDAY, OCTOBER 6, 2006

259

1    the 229, 232 and 238 class.

2        Q    Okay.  That was the 10-27-04?

3        A    Yes.  I put that list back in the

4    exhibits.  I don't have that looking at it.  That was

5    when we went over that one that I had listed.

6        Q    It's not.

7        A    Okay.

8        Q    That's just what I was looking at.

9        A    Okay.

10        Q    Do you know who was interviewed for this

11    position?

12        A    No, I don't.

13        Q    Do you know who was selected?

14        A    No, I don't.  I'm sorry.

15        Q    That's okay.

16        A    Yeah, that was one I really wanted to get.

17        Q    Look at the next one, 50187772.

18            (Lacy Deposition Exhibit 40 marked for

19    identification and attached to transcript.)

20    BY MS. VANDEUSEN:

21        Q    This is an operations supervisor?

22        A    Yes.

DEPOSITION OF ALVIA LYNN LACY
CONDUCTED ON FRIDAY, OCTOBER 6, 2006

260

1      Q    Looking at work experience for must haves,

2    OBS and food service car experience, supervisory

3    experience?

4      A    Yes.

5      Q    Did you have that?

6      A    No, I didn't, but I had the must have as

7    far as the education and the two years of college,

8    and I felt like the on-board services, I felt like I

9    could -- you know, that really shouldn't have been a

10   big factor there, but I understand what you're

11   saying, and also looking at the duties.

12              MS. VANDEUSEN:  I'm sorry.  Hold on.

13              THE WITNESS:  Okay.

14              (Discussion off the record.)

15   BY MR. VANDEUSEN:

16     Q    Do you know who got this position?

17     A    No, I don't.

18     Q    Let's go to the next one, 50168915.

19              (Lacy Deposition Exhibit 41 marked for

20   identification and attached to transcript.)

21     A    Oh, yeah, I wanted this job bad.

22     Q    This is a general foreman 1?

DEPOSITION OF ALVIA LYNN LACY
CONDUCTED ON FRIDAY, OCTOBER 6, 2006

261

1      A     Yes, out of Washington, D.C.

2      Q     And for work experience, you had experience

3  in railway servicing, repair, and what's PM?

4      A     You know what?  I don't know what that PM

5  is.  I want to say project management, which would be

6  like scheduling of what we're going to do this

7  month.  That's what I thought it was.

8      Q     Okay.

9      A     Then the knowledge of the areas of the FRA,

10  FDA, EPA and AAR regulations, I have books on those,

11  and I have some general knowledge of each one as they

12  pertain to whatever department like if I was doing

13  airbrake.  I felt like I qualified on that note.

14      Q     How about the knowledgeable if rolling

15  stock and collective bargaining agreements?

16      A     Well, the rolling stock would be everything

17  that's in our inventory system.  That's the trucks,

18  the wheels, even down to the screws.  So I had

19  knowledge of that.  And then as far as collective

20  bargaining, I know that our union, such as a car

21  repairman, we have a union, and the electricians have

22  their individual unit, and the pipe fitters and so

DEPOSITION OF ALVIA LYNN LACY
CONDUCTED ON FRIDAY, OCTOBER 6, 2006

262

1    forth, and I know that certain -- they're basically

2    the same, but there's some difference in each one.

3    So I looked at that as having, you know, knowledge of

4    collective bargaining for each one.

5        Q    And were you interviewed for this job?

6        A    No, I do not -- I don't think so.

7        Q    Do you know who got this job?

8        A    No, I don't.

9        Q    Let's look at the next one, 50168911, a

10   general foreman 1 position.

11           (Lacy Deposition Exhibit 42 marked for

12   identification and attached to transcript.)

13   BY MR. VANDEUSEN:

14       Q    You met the minimum qualifications for this

15   position?

16       A    Yes, high school diploma.

17       Q    Do you know whether you were interviewed

18   for this position?

19       A    I'm not sure.  I want I want to say yes

20   because I did -- I did interview for one of the

21   foreman positions in Washington, but I'm not sure

22   which one it was.

DEPOSITION OF ALVIA LYNN LACY
CONDUCTED ON FRIDAY, OCTOBER 6, 2006

263

1    Q    Do you know if you -- well, you weren't

2    selected.  Do you know who was selected?

3    A    No, I don't.

4    Q    Let's look at the --

5    A    Now, can I say this for the record?  Do you

6    know which one I was interviewed for?  Because if I

7    was interviewed for the one with this 8911, and it

8    says on here prefer experience in maintaining

9    electric locomotives, have working knowledge of labor

10   contracts, Amtrak OMS computer system, if I got

11   interviewed for that, and I didn't meet that

12   qualification, I'm wondering how, you know -- you see

13   what I'm saying?  See the flexibility of how it kind

14   of works?

15   Q    I believe you were actually interviewed for

16   a foreman 2 position in March.

17   A    It was a foreman 2?  Okay.  I think it was

18   -- I got -- I interviewed for two because I remember

19   one of the -- okay.

20   Q    Well, if you go back and look at the Sarah

21   Ray --

22   A    Yes.

DEPOSITION OF ALVIA LYNN LACY
CONDUCTED ON FRIDAY, OCTOBER 6, 2006

264

1      Q      -- position --

2      A      What's the number on that?

3      Q      -- you had interviews in March, the end of

4   March of '05, and April 1st, for an employee

5   development officer position and a foreman 2

6   position.

7      A      Okay.  Okay.

8      Q      Just to make sure we're clear on that.

9      A      Okay.  Yeah, that's a good point.

10     Q      So let's look at the next one --

11     A      Okay.

12     Q      -- which is 50138579 --

13     A      Yes.

14     Q      -- employee development manager.

15            (Lacy Deposition Exhibit 43 marked for

16   identification and attached to transcript.)

17   BY MR. VANDEUSEN:

18     Q      Here must have minimum five years working

19   on mechanical and/or electrical systems on passenger

20   cars and locomotives.  You have the --

21     A      Yes, I do.

22     Q      -- passenger cars.

DEPOSITION OF ALVIA LYNN LACY
CONDUCTED ON FRIDAY, OCTOBER 6, 2006

265

1      A      Uh-huh.

2      Q      Do you ever have to work on locomotives?

3      A      No, because that's at the Wilmington

4  facility, and that's a little bit too far for me to

5  travel.  Then the must have high school diploma, had

6  that.

7      Q      Must have a minimum of two years experience

8  in developing delivery of training courses.  Did you

9  have that?

10      A      No.

11      Q      Do you know who got this job?

12      A      No, but I did have experience in working --

13  working in a running maintenance environment,

14  including inspecting, repairing and troubleshooting

15  of mechanical systems used on passenger cars.  See

16  that down there where it says experience working in?

17  And I did have, I felt, organizational,

18  administrative, planning skills, effective writing,

19  excellent verbal communication skills and effective

20  platform training skills.

21      Q      Okay.  Let's look at the next one,

22  50183735, specialist in administration operations

DEPOSITION OF ALVIA LYNN LACY
CONDUCTED ON FRIDAY, OCTOBER 6, 2006

266

1    practices -- administration operating practices.

2         A    Okay.

3         (Lacy Deposition Exhibit 44 marked for

4    identification and attached to transcript.)

5    BY MR. VANDEUSEN:

6         Q    If I look down at work experience,

7    demonstrated experience in an administrative role

8    performing responsible administrative and business

9    activities, including management of complex

10   logistical issues among diverse individuals.  Did you

11   have that?

12        A    I felt I had that with my bachelor's

13   degree.  And if you look, the education says must

14   have a high school diploma.  So some of these jobs,

15   if they stated the work experience, and I basically

16   was trained in that, I felt I qualified for it.  And

17   it says work experience has demonstrated.  It doesn't

18   say must have.  So that's why I applied for that

19   position.

20        Q    Do you know who got this position?

21        A    No, I don't.

22        Q    Let's look at the next one, 50007851.