DEPOSITION OF ALVIA LYNN LACY
CONDUCTED ON FRIDAY, OCTOBER 6, 2006

267

1          (Lacy Deposition Exhibit 45 marked for

2     identification and attached to transcript.)

3     BY MR. VANDEUSEN:

4          Q    All right.  This is a contracting agent out

5     of Washington?

6          A    Yes.

7          Q    Work experience, must have proven

8     experience in purchasing or material planning or

9     related.  Did you have that?

10         A    Yes, I felt I had that working at Military

11    Communications Center.  Also as a car repairman, I

12    have to plan the materials that I need for the week.

13    If I know I'm going to be doing a COT, and that's on

14    Wednesday, on Monday I'm going to order my kit and

15    make sure that I have the parts to cover that.  So

16    that's how I kind of looked at that.  The education

17    states you must have a bachelor's degree in business

18    administration.  I had that.

19         Q    Again if I go back and look at the resume

20    that you submitted -- I'm sorry -- the application

21    you submitted for this particular position, where

22    would it show the reviewer in human resources that

DEPOSITION OF ALVIA LYNN LACY
CONDUCTED ON FRIDAY, OCTOBER 6, 2006

268

1    you had those minimum qualifications?

2         A     You know what?  I may have been guilty of

3    not being more detailed on some of these jobs because

4    I felt like Ms. Ray knew what my qualifications were,

5    Mr. Cannon knew, so that's probably why it may not

6    have been listed extensively as it should.  But

7    that's a good point.  I will make sure that from now

8    on I put all that in there.  Sometimes I do.  Like on

9    positions I feel I really want, I'll do a resume.

10   I'm surprised there's none of them in this batch, but

11   a lot of times I'll do a resume for the individual

12   job position knowing that it will go to the

13   supervisor, and he'll have something more tangible to

14   look at.

15        Q     That's probably a good idea.

16        A     Yes.

17        Q     Do you know who got this position?

18        A     No, I don't.

19        Q     Let's go to the next one, 50124988,

20   director crew management services.

21             MR. VANDEUSEN:  Already did this one?

22             MR. GRAY:  Yeah, that's a repeat.

DEPOSITION OF ALVIA LYNN LACY
CONDUCTED ON FRIDAY, OCTOBER 6, 2006

269

1          MR. VANDEUSEN:  Okay.  Strike all of that.

2          THE WITNESS:  It wasn't a repost, was it?

3          MS. VANDEUSEN:  No.

4          THE WITNESS:  Okay.

5          MR. VANDEUSEN:  It's the one we did -- it

6     was the very first one we did --

7          THE WITNESS:  Okay.

8          MR. VANDEUSEN:  -- back before.

9     BY MR. VANDEUSEN:

10         Q    Okay.  How about 50117561?  That looks like

11    that's a good one.  Okay.  This is a director for

12    procurement services.

13         (Lacy Deposition Exhibit 46 marked for

14    identification and attached to transcript.)

15    BY MR. VANDEUSEN:

16         Q    Now, this is a D1 position?

17         A    Yes.

18         Q    That would be all the way through all the

19    Cs, right?

20         A    Yes, I'm assuming so, because the salary

21    starts off at 57,500.

22         Q    And probably the Bs too if there are Bs?

DEPOSITION OF ALVIA LYNN LACY
CONDUCTED ON FRIDAY, OCTOBER 6, 2006

270

1      A     Yes.

2      Q     All right.  Work experience, extensive

3  experience in purchasing or related fields,

4  demonstrated ability to work with senior level

5  management in procurement program problem

6  resolution.  Do you have that?

7      A     No.

8      Q     Do you know who got this job?

9      A     No, I don't, but I do have the bachelor's

10 degree in business administration.

11     Q     I will stipulate that you do for every one

12 of these.

13     A     Okay.

14     Q     The next one, 50005267, senior marketing

15 officer for international sales.

16           (Lacy Deposition Exhibit 47 marked for

17 identification and attached to transcript.)

18 BY MR. VANDEUSEN:

19     Q     Under work experience here it says must

20 have demonstrated work experience in international

21 marketing to travel agencies and tour operators.  Did

22 you have that?

DEPOSITION OF ALVIA LYNN LACY
CONDUCTED ON FRIDAY, OCTOBER 6, 2006

271

1       A    No, I didn't.

2       Q    Do you know who got this job?

3       A    No, I don't.  I probably was looking at the

4  fact that I had marketing and public relations and

5  felt like I could successfully hold that position.

6       Q    All right.  Let's go to 50187771, senior

7  safety coordinator.

8            (Lacy Deposition Exhibit 48 marked for

9  identification and attached to transcript.)

10 BY MR. VANDEUSEN:

11      Q    This one says work experience, substantial

12 experience in safety, OSHA and FRA regulations,

13 policies and programs, training development and

14 presentation, and project coordination.

15      A    Had that, yes.  I was on the safety

16 committee for almost four years.  I helped implement

17 the process for the trucking.  I went through

18 procedures that weren't safe and helped rewrite some

19 of the work -- what we call them, work procedures on

20 those.  So I felt like I had that.

21      Q    And again if I went and looked at the

22 resume that you submitted or the application you

DEPOSITION OF ALVIA LYNN LACY
CONDUCTED ON FRIDAY, OCTOBER 6, 2006

272

1    submitted for this position, would it reflect that?

2        A    It might not.  Sometimes I would list where

3    it said additional, and sometimes I put a resume in,

4    but I'm sure personnel gave it.  I don't know if that

5    was in there or not.

6        Q    No resume is attached.

7        A    Okay.  I was looking at the summary of the

8    duties, safety procedure, manuals, handbooks,

9    guidelines as needed for Amtrak management and craft

10   personnel.  I really wanted that job also.

11       Q    Do you know who got this position?

12       A    You know what?  I think this is the one

13   that Al Feeley received.  I think this is the one.

14       Q    You mentioned his name two or three times.

15       A    Because I know he went to a safety

16   position.  He was a car repairman, and he was in the

17   safety department, and then he got promoted, and he

18   was in Washington.  So I know he was promoted to a

19   safety coordinator job, and I'm thinking that this

20   might have been it.

21       Q    Okay.

22       A    And he was also -- when he was promoted to

DEPOSITION OF ALVIA LYNN LACY
CONDUCTED ON FRIDAY, OCTOBER 6, 2006

273

1    the position in Washington, he's also been promoted

2    again.  I remember someone telling me he got promoted

3    again.  So that's why I was kind of questioning about

4    which position.

5        Q    Let's look at the last one, which is

6    50195552, a public office -- sorry -- officer public

7    ADA compliance.

8            (Lacy Deposition Exhibit 49 marked for

9    identification and attached to transcript.)

10   BY MR. VANDEUSEN:

11       Q    Now, if I look under work experience here,

12   it says must have five to ten years of experience in

13   addressing disability-related and/or transportation

14   matters, prior supervisory and attention to detail

15   and deadlines, demonstrated understanding of the

16   Americans with Disabilities Act and its implementing

17   regulations, and the ability to advise management on

18   their application to Amtrak.

19       A    Okay.

20       Q    Did you have any of that?

21       A    The reason why I applied for this position,

22   number one, I had the education requirement.  Number

DEPOSITION OF ALVIA LYNN LACY
CONDUCTED ON FRIDAY, OCTOBER 6, 2006

274

1    two, my father was a paraplegic.  My father was

2    injured in a motorcycle accident and spent 14 years

3    of his life in a wheelchair until he passed away.  So

4    I was very familiar with regulations as far as

5    accessibility on public transportation, some of the

6    needs of the handicapped, and I really looked at this

7    position and said wow, this will give me an

8    opportunity to understand what -- and this -- I just

9    felt like I was qualified on that basis.

10        Q    Again would your application that you

11   submitted --

12        A    Probably not.

13        Q    -- have any -- reflect any of that?

14        A    I don't know if I put that in there or not.

15        Q    Do you want to look at it?

16        A    Nah.  That's okay.

17        Q    No.  I want you to go ahead and make sure.

18        A    Yeah, because I'm thinking some -- I know,

19   because I gave you these forms, so I know.  I

20   probably was thinking to myself.  A lot of times I

21   look at it from a point of view if I'd gotten the

22   application done, I could -- I mean if I got into the

DEPOSITION OF ALVIA LYNN LACY
CONDUCTED ON FRIDAY, OCTOBER 6, 2006

275

1    interview situation, I could talk.  But you make a

2    good point.  They wouldn't know.  Should have been a

3    little bit more detailed.

4         Q    Do you know who got this job?

5         A    No, I don't.

6         Q    Ms. Lacy --

7         A    Yes.

8         Q    -- we've spent a good portion of today here

9    sitting at the table having you testify, and we've

10   gone through a lot of stuff.

11        A    Yes, we have.

12        Q    Is there anything else that you would like

13   to share with me that you think supports your claim

14   in this lawsuit, either with respect to promotion or

15   with respect to the Bear facility concerns that you

16   raised, that you'd like to share with me regarding

17   your claims and the factual allegations that you have

18   to support the position that you think you've been

19   treated illegally by Amtrak?

20        A    Okay.  Like I said, I do -- I did want to

21   give you documentation of some things that are in my

22   file.  So you have -- you have this.  So what you're

DEPOSITION OF ALVIA LYNN LACY
CONDUCTED ON FRIDAY, OCTOBER 6, 2006

276

1    going to probably receive from me in the next week --

2        Q    I'm sorry.   This referring to your

3    personnel file?

4        A    Yes, from Bear, because there's some

5    documents in here that were issued, and I never saw

6    them, and I want to make note of that.   I wanted to

7    note that in the record.

8        Q    Should we look at those now?

9        A    Yes, but I wanted to --

10       Q    From 2004 and 2005?

11       A    I'm not sure what the dates are.   That's

12   why I said this would be a process.   If we actually

13   did this, it would be a flip because I've been so

14   engulfed with all these other things.   Just allow me

15   to say that if I send you some additional

16   information, and you want to depose me on it, we can

17   do that.   Is that an open window there before the

18   discovery period, which ends on November 2nd?

19       Q    You are very well-versed for a litigant who

20   does not have a lawyer.   I have to think that comes,

21   in part, from your efforts to learn what needs to be

22   done and the other lawsuits that you've filed.

DEPOSITION OF ALVIA LYNN LACY
CONDUCTED ON FRIDAY, OCTOBER 6, 2006

277

1   You're very well-versed in what needs to be done.

2   Yes, if there are other documents you supply to me,

3   and you do that within the next week or so, and I

4   need to depose you with respect to those documents, I

5   will let you know, and we'll set another day --

6        A    That's fine.

7        Q    -- before the end of the discovery period.

8        A    Thank you.

9        Q    Okay?

10       A    Thank you.

11       Q    All right.  Anything else you'd like to add

12   today?

13       A    No.  That's all.

14       Q    Thank you very much for your time.  That

15   concludes the deposition.

16       A    Thank you.

17            MR. VANDEUSEN:  A transcript of your

18   deposition will be prepared, and it will be made

19   available to you through the court reporter.  Now, if

20   you want to buy it, you could buy it, but if you just

21   want to come look at it, the court reporter will have

22   that.  You have the right to do that.  You have the

DEPOSITION OF ALVIA LYNN LACY
CONDUCTED ON FRIDAY, OCTOBER 6, 2006

278

1    right to look through your transcript and to complete

2    a sheet that makes corrections to your testimony as

3    long as those corrections are typographical errors --

4          THE WITNESS:  Understand.

5          MR. VANDEUSEN:  -- spellings, things like

6    that.  You can't change your testimony.

7          THE WITNESS:  Understand.

8          MR. VANDEUSEN:  You can't say oh, no, I

9    meant no there when I said yes, that kind of thing,

10   can't do that, but you can make those changes, you

11   have the right to do that, or you can waive your

12   right to do that.  You can say I don't want to look

13   at it, just put it together and don't worry about

14   that, don't send it, don't make it available to me.

15   I can't tell you whether you should waive your right

16   to do that or whether you should look at it.

17         THE WITNESS:  Do I have to make that

18   decision today?

19         THE REPORTER:  Yes, ma'am, I need it for

20   the record.

21         THE WITNESS:  Because I would like to

22   review it at least.

DEPOSITION OF ALVIA LYNN LACY
CONDUCTED ON FRIDAY, OCTOBER 6, 2006

279

1          MR. VANDEUSEN:  Then you will say I don't

2    waive the right to do that.  It doesn't mean you have

3    to.  It just means you don't waive your right to do

4    it.

5          THE WITNESS:  I don't waive my right to do

6    that.

7          (Signature having not been waived, the

8    deposition of Alvia Lynn Lacy concluded at 3:55 P.M.)

9          ACKNOWLEDGEMENT OF DEPONENT

10          I, Alvia Lynn Lacy, do hereby acknowledge

11    that I have read and examined the foregoing

12    testimony, and the same is a true, correct and

13    complete transcription of the testimony given by me,

14    and any corrections appear on the attached Errata

15    Sheet signed by me.

16

17    _____        _____

18          (DATE)                          (SIGNATURE)

19

20

21

22

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

ALVIA LACY,                                    *

      Plaintiff,                             *

v.                                             *    Case No. 1:06-CV-00068-JJF

NATIONAL RAILROAD PASSENGER            *
  CORPORATION,
                                               *
      Defendant.
                                               *

    *    *    *    *    *    *    *    *    *

### AFFIDAVIT OF LINDA A. DAMIANO

    I, Linda A. Damiano, do solemnly swear and declare as follows:

    1.    I am over eighteen (18) years of age and have personal knowledge of the facts related here. I understand that this Affidavit is being submitted as an exhibit to the Defendant's Motion for Summary Judgment in the above-captioned matter.

    2.    I am, and at all relevant times have been, employed by the Defendant Amtrak in the position of Legal Assistant. My duties in that position include assembling information contained in Amtrak's business and personnel records that may be pertinent to charges of discrimination brought against Amtrak.

    3.    The documents submitted as exhibits by the Defendant in support of its Motion for Summary Judgment are documents kept in the ordinary course of business.

    4.    Amtrak operates passenger trains throughout the United States and maintains several facilities, including the Bear Car Shop facility located in Bear, Delaware.

    In accordance with 28 U.S.C. Section 1746, I affirm under penalties of perjury

that the foregoing Affidavit is true and correct.


_Linda A. Damiano_                              __November 30, 2006_
Linda A. Damiano                                Date

-2-

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

ALVIA LACY,                                    *

      Plaintiff,                          *

v.                                             *        Case No.  1:06-CV-00068-JJF

NATIONAL RAILROAD PASSENGER          *        Judge: Joseph J. Farnan, Jr.
   CORPORATION,
                                               *
      Defendant.
                                               *

    *    *    *    *    *    *    *    *    *

### AFFIDAVIT OF SARAH RAY

    I, Sarah Ray, do solemnly swear and declare as follows:

    1.    I am over eighteen (18) years of age and have personal knowledge of the facts related here.  I understand that this Affidavit is being submitted as an exhibit to the Defendant's Motion for Summary Judgment in the above-captioned matter.

    2.    I am an African-American female.

    3.    I am a Manager in the Human Resources Department for Amtrak located in Washington, D.C.  I have been employed at Amtrak for over twenty-five years.

    4.    My job duties as Manager of the Human Resources Department include managing all aspects of the job recruitment and promotion process at Amtrak regarding management-level job opportunities.  I am familiar with Alvia Lacy's efforts in 2004 and 2005 to be considered for management positions.

A282

5.    When there is a management job opening, current Amtrak employees are given notice on Amtrak's internal website. This notice includes the job title, salary range, a description of the duties of the job, the educational requirements of the position, and the work experience for the position. Interested applicants may submit a "Job Opportunity Application" online or mail or fax the completed application to the Human Resources Department.

6.    Once the Job Opportunity Applications have been submitted, the applications are reviewed against the stated Educational Experience and Work Experience requirements for the position. If the Human Resources Department determines that the applicant's stated Educational Experience and Work Experience do not meet the posted requirements, the applicant will be deemed "Unqualified" for the position and receive no further consideration. If the Human Resources Department determines that the applicant meets both the Educational and Work Experience requirements as posted, the applicant is deemed "Qualified" and may be chosen by the Human Resources Department to be interviewed for the position. If the applicant is deemed "Qualified" for the position and chosen to be interviewed, he or she will generally be interviewed by both an employee of the Human Resources Department and a representative from the department where the position is located (e.g., Transportation, Engineering, Mechanical, etc.).

7.    Any determination as to whether a job applicant is "Unqualified" or "Qualified" for a management position is made without any regard to that applicant's race and/or gender. The determination is entirely based on the materials a job applicant submits to the Human Resources Department describing his or her Educational Experience and Work Experience. The determination is made by myself or by either Levar Freeman or Taylor Cannon, who are the

-2-

Human Resources Officers working directly under me. Both Levar Freeman and Taylor Cannon are African-American males.

       8.    Alvia Lacy's race and/or sex was not a factor in her not being promoted to the management-level positions at Amtrak described in her Complaint against Amtrak. These decisions were made solely by comparing her Educational Experience and Work Experience against the requirements stated in the posted job notice, and she was determined to be "Unqualified" for those management-level positions. The decisions were solely based on the application materials Alvia Lacy submitted to the Human Resources Department.

       In accordance with 28 U.S.C. Section 1746, I affirm under penalties of perjury that the foregoing Affidavit is true and correct.

_____
Sarah Ray

_____
Date    11/28/06

-3-

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ALVIA LACY, | * | |
| Plaintiff, | * | |
| v. | * | Case No.  1:06-CV-00068-JJF |
| NATIONAL RAILROAD PASSENGER CORPORATION, | * | Judge: Joseph J. Farnan, Jr. |
| | * | |
| Defendant. | * | |
| | * | |

\*　　\*　　\*　　\*　　\*　　\*　　\*　　\*　　\*

### AFFIDAVIT OF PATRICIA KERINS

I, Patricia Kerins, do solemnly swear and declare as follows:

1.　　I am over eighteen (18) years of age and have personal knowledge of the facts related here.  I understand that this Affidavit is being submitted as an exhibit to the Defendant's Motion for Summary Judgment in the above-captioned matter.

2.　　I am a white female.

3.　　I am a Manager in the Human Resources Department for Amtrak located in Philadelphia, Pennsylvania.

4.　　My job duties as Manager of the Human Resources Department include managing all aspects of the job recruitment and promotion process at Amtrak regarding management-level job opportunities.  I am familiar with Alvia Lacy's efforts in 2004 and 2005 to be considered for management positions.

5.    When there is a management job opening, current Amtrak employees are given notice on Amtrak's internal website. This notice includes the job title, salary range, a description of the duties of the job, the educational requirements of the position, and the work experience for the position. Interested applicants may submit a "Job Opportunity Application" online or mail or fax the completed application to the Human Resources Department.

6.    Once the Job Opportunity Applications have been submitted, the applications are reviewed against the stated Educational Experience and Work Experience requirements for the position. If the Human Resources Department determines that the applicant's stated Educational Experience and Work Experience do not meet the posted requirements, the applicant will be deemed "Unqualified" for the position and receive no further consideration. If the Human Resources Department determines that the applicant meets both the Educational and Work Experience requirements as posted, the applicant is deemed "Qualified" and may be chosen by the Human Resources Department to be interviewed for the position. If the applicant is deemed "Qualified" for the position and chosen to be interviewed, he or she will generally be interviewed by both an employee of the Human Resources Department and a representative from the department where the position is located (e.g., Transportation, Engineering, Mechanical, etc.).

7.    Any determination as to whether a job applicant is "Unqualified" or "Qualified" for a management position is made without any regard to that applicant's race and/or gender. The determination is entirely based on the materials a job applicant submits to the Human Resources Department describing his or her Educational Experience and Work Experience. The determination is made by either myself or one of the four Human Resources Officers working

-2-

**A286**

directly under me. These Human Resources Officers are Maureen Phelan (white female), Paul Woodford (white male), Irene Whitaker (white female), and Rosalyn Collins (African-American female).

        8.      Alvia Lacy's race and/or sex was not a factor in her not being promoted to the management-level positions at Amtrak described in her Complaint against Amtrak. These decisions were made solely by comparing her Educational Experience and Work Experience against the requirements stated in the posted job notice, and she was determined to be "Unqualified" for those management-level positions. The decisions were solely based on the application materials Alvia Lacy submitted to the Human Resources Department.

        In accordance with 28 U.S.C. Section 1746, I affirm under penalties of perjury that the foregoing Affidavit is true and correct.

_Patricia Kerins_ _____

Patricia Kerins               Date      11-28-2006

-3-

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

ALVIA LACY,                                          *

     Plaintiff,                                      *

v.                                                   *     Case No.  1:06-CV-00068-JJF

NATIONAL RAILROAD PASSENGER                          *     Judge: Joseph J. Farnan, Jr.
  CORPORATION,
                                                     *
     Defendant.
                                                     *

     *     *     *     *     *     *     *     *     *

## AFFIDAVIT OF ROOSEVELT GILL

     I, Roosevelt Gill, do solemnly swear and declare as follows:

     1.     I am over eighteen (18) years of age and have personal knowledge of the facts related here.  I understand that this Affidavit is being submitted as an exhibit to the Defendant's Motion for Summary Judgment in the above-captioned matter.

     2.     I am an African-American male.

     3.     I began my employment with Amtrak in 1970 as a laborer.  Since 2000 I have held the management position of General Foreman at Amtrak's Bear, Delaware Car Shop facility.

     4.     As a General Foreman, my main duty is to serve as the project manager for particular programs at the Bear facility, such as the remanufacture and overhaul of Amtrak's fleet of train cars, which involves the work efforts of Amtrak employees covered by various collective bargaining agreements, such as Electricians, Pipefitters, and Car Repairmen.

5.    Alvia Lacy, as a Car Repairman, was under my supervision during the time of the incident referred to in her Complaint regarding a Pipefitter, Jerry White, telling me that he could not work with her.

6.    Pipefitter Jerry White did tell me that he could not work with Alvia Lacy, but he made no statement insinuating that his refusal to work with Alvia Lacy was because of her race, sex, or any other discriminatory attitude towards her.

7.    Prior to this incident, Pipefitter Jerry White told me he did not like working with Alvia Lacy because of her personality, but never stated to me that his bad feelings towards her were because of her race and/or sex. I have no reason to think that Mr. White did not want to work with Alvia Lacy because of her race and/or sex.

8.    As a General Foreman, it is my duty to discipline Amtrak employees if they violate the Attendance Policy. On April 28, 2004, Alvia Lacy received a "Step 2" written warning from me after several unexcused absences from work.

9.    When administering discipline according to the Attendance Policy, I make no decision regarding discipline because of the race and/or sex of any Amtrak employee, including Alvia Lacy. I administer discipline without regard to any protected characteristic of the Amtrak employee.

10.    I did not administer discipline by giving Alvia Lacy a "Step 2" written warning in retaliation for any past lawsuits or claims she has brought against Amtrak, nor has my behavior towards her ever been in retaliation for any past lawsuits or claims she has brought against Amtrak.

-2-

A289

In accordance with 28 U.S.C. Section 1746, I affirm under penalties of perjury that the foregoing Affidavit is true and correct.

_____                    Date _____12/04/06_____
Roosevelt Gill

-3-

 Amtrak

# PERSONNEL ACTION REQUEST

| HQ APPROVAL REQUIRED ? |
| --- |
| YES ☐    NO ☐ |

ALWAYS COMPLETE IDENTIFICATION AND ACTION SECTIONS. COMPLETE OTHER SECTIONS AS NECESSARY

## IDENTIFICATION

| NAME (LAST) Lacey | (FIRST) Alvia | (MI) | SOCIAL SECURITY NUMBER 215 68 0127 | DEPARTMENT Transportation - East | RES/LOC 4801 |
| --- | --- | --- | --- | --- | --- |
| JOB CODE WD457 | JOB TITLE Trackman | | | GRADE - | PAYROLL ID BE 14 |

## ACTION TYPE

| ☒ NEW HIRE | ☐ PROMOTION | ☐ SALARY | ☐ FURLOUGH | ☐ SUSPENSION |
| --- | --- | --- | --- | --- |
| ☐ REHIRE | ☐ DEMOTION | ☐ LEAVE OF ABSENCE W/PAY | ☐ RECLASSIFICATION | ☐ SURPLUS |
| ☐ REINSTATEMENT | ☐ TERMINATION W/SEV PAY | ☐ LEAVE OF ABSENCE W/O PAY | ☐ DISCIPLINARY (WRITTEN) | ☐ OTHER (Specify) |
| ☐ TRANSFER | ☐ TERMINATION W/O SEV PAY | ☐ RETURN FROM LOA | ☐ DISCIPLINARY (APPEAL) | |

## ACTION REASON

New Hire

| | | EFFECTIVE DATE MO/DAY/YR 8/3/83 |
| --- | --- | --- |
| | | EFFECTIVE DATE MO/DAY/YR |

## JOB ASSIGNMENT INFORMATION

| JOB CODE WD457 | JOB TITLE Trackman | | POSTING NO./ BULLETIN NO. - | GRADE - | POSITION QUALIFIER N | HIRE DATE MO/DAY/YR 8/3/83 |
| --- | --- | --- | --- | --- | --- | --- |
| DEPARTMENT Trans.-East | PERSONNEL DIST. NE4 | RES/LOC 4801 | FUNCTION 1703 | WORK ORDER NO 901292 | SHIFT 3 | SITE CODE 063001 | GANG NO. Z092 | TYPE OF EMPLOY 1 |
| BUILDING - | ROOM NO. - | WORK SCHEDULE 44 | WORK PHONE NO. | ATS NO. - | | PAYROLL ID BE 14 | CHECK SEQUENCE BLT1 |

## SALARY INFORMATION

| CURRENT SALARY/RATE OF PAY $ 8.4950 | NEW SALARY/RATE OF PAY $ 8.4950 | AMOUNT OF CHANGE $ | PERCENT OF CHANGE % | NEW COMPARATIO |
| --- | --- | --- | --- | --- |

## AGREEMENT INFORMATION

| CRAFT SENIORITY DATE  MO/DAY/YR | VACATION ELIGIBILITY  MO/DAY/YR | MEDICAL CHECK ☐ YES ☐ NO |
| --- | --- | --- |

## LOA/FURLOUGH/TERMINATION INFORMATION

| ALLOWANCES | DATE NOTICE GIVEN  MO/DAY/YR | |
| --- | --- | --- |
| VACATION HOURS DUE _____ | FINAL PERFORMANCE EVALUATION _____ % DATE | ELIGIBLE FOR REHIRE        YES  NO (Explain in Remarks) |
| SICK HOURS DUE _____ | PAYROLL TERM. DATE  MO/DAY/YR | OUTSTANDING ADVANCE      NO  YES (Explain in Remarks) |
| SEVERANCE PAY DUE _____ | | ALL PROPERTIES COLLECTED  YES  NO (Explain in Remarks) |

| FOR PERSONNEL USE ONLY   SHORT-TERM DISABILITY BENEFITS: | |
| --- | --- |
| FIRST 5 DAYS AT 100% PAY | _____ DAYS AT 100% PAY LESS RUIA |
| | _____ DAYS AT 80% PAY LESS RUIA |
| | RUIA BENEFITS AT _____ PER DAY |

## REMARKS

## APPROVAL SIGNATURES

| SUPERVISOR B. R. Ponlot, A.D.E. 8/4/83 | DATE | DEPARTMENT  8/4/83 | DATE | PERSONNEL DEPARTMENT | DATE 8/5/83 |
| --- | --- | --- | --- | --- | --- |
| FOR PERSONNEL USE ONLY | DATE RECEIVED 84 | REVIEWED BY | | DATE | ENTERED BY  8/8/83 | DATE |

DISTRIBUTION: WHITE - PERSONNEL; PINK - EMPLOYEE; YELLOW - DEPARTMENT; GOLDENROD - OTHER:

NRPC 2000 (3/83) Replaces NRPC 1823; 1824; 827

National Railroad Passenger Corporation, Penn Station, 1500 North Charles Street, Baltimore, MD 21201

2.15-68-0127

**Amtrak**

January 7, 1988

Alvia L. Lacy
1002 Warwick Drive
Apt. 2C
Aberdeen, MD  21001

Dear Ms. Lacy,

    We are pleased to confirm our offer of transfer with
the National Railroad Passenger Corporation (Amtrak).

    Your new position is Car Repairman "C" in the
Mechanical Department, Bear, DE at an hourly rate of
$9.74.  This transfer is effective January 11, 1988.

    As a result of this transfer you will be required
to join the Joint Council of Carmen and Coach Cleaners
(JCC) the collective bargaining agent representing
positions in this craft.  You should contact your local
union representative to arrange for payment of your
initiation fee as well as your monthly dues.

    Best of luck in your new position.

                    Sincerely,

                    M.J. Wilkerson-Samuels
                    Assistant Division Manager
                    Human Resources

cc:  B.J. Tripoli

*AN EQUAL OPPORTUNITY EMPLOYER*

**A292**

RECEIVED

 Amtrak

# PERSONNEL ACTION REQUEST

JAN 14 1988

AMTRAK PERS

| HQ APPROVAL REQUIRED ? |
|---|
| YES ☐   NO ☐ |

ALWAYS COMPLETE IDENTIFICATION AND ACTION SECTIONS. COMPLETE OTHER SECTIONS AS NECESSARY

## IDENTIFICATION

| NAME (LAST) | (FIRST) | (MI) | SOCIAL SECURITY NUMBER | DEPARTMENT | | RES/LOC |
|---|---|---|---|---|---|---|
| LACY | Alvia | L. | 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 | Furloughed from M/W Track | | |
| JOB CODE | JOB TITLE | | | | GRADE | PAYROLL ID BE |

## ACTION TYPE

| | | | | |
|---|---|---|---|---|
| ☐ NEW HIRE | ☐ PROMOTION | ☐ SALARY | ☐ FURLOUGH | ☐ SUSPENSION |
| ☐ REHIRE | ☐ DEMOTION | ☐ LEAVE OF ABSENCE W/PAY | ☒ RECLASSIFICATION | ☐ SURPLUS |
| ☒ REINSTATEMENT | ☐ TERMINATION W/SEV PAY | ☐ LEAVE OF ABSENCE W/O PAY | ☐ DISCIPLINARY (WRITTEN) | ☐ OTHER (Specify) |
| ☒ TRANSFER | ☐ TERMINATION W/O SEV PAY | ☐ RETURN FROM LOA | ☐ DISCIPLINARY (APPEAL) | |

## ACTION REASON

| | | | | | EFFECTIVE DATE  MO/DAY/YR |
|---|---|---|---|---|---|
| RETURN FROM FURLOUGH | | 0 | 0 | 2 | January 11, 1988 |
| TRANSFER & RECLASSIFICATION | NEW HIRE AT WILM [BEAR] AS CAR REP | 0 | 0 | 4 | January 11, 1988 |

## JOB ASSIGNMENT INFORMATION

| JOB CODE | JOB TITLE | | POSTING NO./ BULLETIN NO. | | GRADE | POSITION QUALIFIER | HIRE DATE MO/DAY/YR |
|---|---|---|---|---|---|---|---|
| C8924 | Car Repairman "C" (75%) | | | | -- | N | 08-03-83 |

| DEPARTMENT | PERSONNEL DIST. | RES/LOC | FUNCTION | WORK ORDER NO. | SHIFT | SITE CODE | GANG NO. | TYPE OF EMPLOY |
|---|---|---|---|---|---|---|---|---|
| Mechanical | NE-1 | 7371 | | | 1 | 071001 | 0066 | 1 |

| BUILDING | ROOM NO. | WORK SCHEDULE | WORK PHONE NO. | ATS NO. | PAYROLL ID BE | CHECK SEQUENCE |
|---|---|---|---|---|---|---|
| Bear Complex | | 51 | 302-834-2737 | 735-2737 | 14 | BEA66 |

## SALARY INFORMATION

| CURRENT SALARY/RATE OF PAY | NEW SALARY/RATE OF PAY | AMOUNT OF CHANGE | PERCENT OF CHANGE | NEW COMPARATIO |
|---|---|---|---|---|
| $ | $ 9.74 per hour | $ | % | |

## AGREEMENT INFORMATION

| CRAFT SENIORITY DATE  MO/DAY/YR | VACATION ELIGIBILITY  MO/DAY/YR | MEDICAL CHECK |
|---|---|---|
| 01-11-88 | 08-03-83 | ☒ YES  ☐ NO |

## LOA/FURLOUGH/TERMINATION INFORMATION

| ALLOWANCES | DATE NOTICE GIVEN  MO/DAY/YR | | |
|---|---|---|---|
| VACATION HOURS DUE _____ | FINAL PERFORMANCE EVALUATION % DATE | ELIGIBLE FOR REHIRE | ☐ YES  ☐ NO (Explain in Remarks) |
| SICK HOURS DUE _____ | | OUTSTANDING ADVANCE | ☐ NO  ☐ YES (Explain in Remarks) |
| SEVERANCE PAY DUE _____ | PAYROLL TERM. DATE  MO/DAY/YR | ALL PROPERTIES COLLECTED | ☐ YES  ☐ NO (Explain in Remarks) |

| FOR PERSONNEL USE ONLY | SHORT-TERM DISABILITY BENEFITS: | |
|---|---|---|
| FIRST 5 DAYS AT 100% PAY | _____ DAYS AT 100% PAY LESS RUIA | |
| | _____ DAYS AT 80% PAY LESS RUIA | |
| | RUIA BENEFITS AT _____ PER DAY | |

## REMARKS

COPY OF MED-1 TO BE ATTACHED IN BALTIMORE

AUTHORITY:   2002 dated 12/16/87 - New position-capital expenditure-Amfleet I & II

## APPROVAL SIGNATURES

| SUPERVISOR | DATE | DEPARTMENT | DATE | PERSONNEL DEPARTMENT | DATE |
|---|---|---|---|---|---|
| C.C. Daly | 01/11/88 | B.J. Tipali | 1/12/88 | K. Huss/mms | 1/5/88 |
| FOR PERSONNEL USE ONLY | DATE RECEIVED | REVIEWED BY | DATE | ENTERED BY | DATE |
| | | | | C. Serio | 1/14/88 |

DISTRIBUTION: WHITE - PERSONNEL; PINK - EMPLOYEE; YELLOW - DEPARTMENT; GOLDENROD - OTHER:

NRPC 2000 (3/83) Replaces NRPC 1823; 1824; 827

National Railroad Passenger Corporation, Human Resources Department, 3rd Floor, South, Philadelphia, PA 19104



January 5, 1998

Ms. Alvia Lacy
1306 Jervis Square
Belcamp, MD  21017

Dear  Ms. Lacy:

Congratulations!

We are pleased to confirm that you have been added to the approved list of candidates for the foreman II positions in Wilmington and Bear, Delaware.   This list will be in effect until December 31, 1999.  When a vacancy occurs, you will be contacted by a representative of the Mechanical Department and offered the position.

In this position you will be covered under the scope of the ARASA labor agreement. You must join and maintain membership within 90 days after you first perform compensated service in the foreman position.

Again, congratulations and if you have any questions, please contact me at ATS 728-1196 or Bell 215-349-1196.

Sincerely,

*M. R. Phelan*

Maureen R. Phelan
Human Resources Consultant

cc:  John Moore

AN EQUAL OPPORTUNITY EMPLOYER

To: Vince Nesci                                                     June 8, 1998
From: John Moore
Subject: Alvia Lacy

Ms. Alvia Lacy started her qualifying time as an ARSA supervisor on Monday, March 30, 1998.

Ms. Lacy normally reported to work at 10:00pm sharp during the first two weeks of her qualifying time. She was also late on at least three different occasions.

On (or about) April 13, 1998, I counseled Ms. Lacy regarding "reporting for duty". I instructed her to report to the "upstairs, foremen conference table" at least fifteen minutes prior to beginning of her tour of duty.

The following evening, Ms. Lacy informed me that she spoke with her (JCC) union representative. She explained that she was still an hourly employee and she was not required to report early (or prior to the start of her tour of duty).

I explained to Ms. Lacy that the supervisors' contract was different than the JCC contract. I informed her that the ARSA contract contains an agreement, which requires foremen to arrive prior to their tour of duty so as to provide ample time for "turn over".

During this week of April 13, 1998, I noticed that Ms. Lacy started to punch in her time card. I informed her that it was not necessary for her to "punch in", but I did expect her to report to the upstairs office at 9:45pm.

Ms. Lacy reported to work at 9:45pm for the next week and I verbally thanked her.

During the week beginning on April 13, 1998, I spoke with Foreman III Chris Purcell about the quality of the cleaning. I instructed Mr. Purcell to insure that Ms. Lacy understood how to "nit pick"/QC inspect an Amfleet car for quality. By the end of the week the quality of the cleaning began to improve.

Beginning the week of May 11, 1998, I noticed that the quality of the cleaning was beginning to fall. I asked Foreman Purcell to reiterate some of the cleaning standards with Ms. Lacy.

During the week of May 18, 1998, I noticed that Ms. Lacy was not reporting to the upstairs foremen office.

On Monday June 1, 1998, General Foreman Jim McDowell gave instructions to all foreman to turn in a written procedure for one of their job tasks before 3:00pm, on June 4, 1998.

On Wednesday June 3, 1998, Ms. Lacy was assigned to clean coach 21169. Gen. Foremen Jim McDowell wrote a specific note on her turn over "THIS MUST BE DONE". (The cleaning was not completed on the 21169.)

On Thursday June 4, 1998, Gen. Foreman Jim McDowell informed me that Ms. Lacy was the only foreman that failed to submit a job procedure as he instructed all foremen to do on June 1. He also informed me that the cleaning was not complete on the 21169 as instructed. On this same date (6/4/98), Mr. Purcell was present during daylight hours for other work-related business. We, (Mr. Purcell, Mr. Nesci, and myself) had a chance to discuss the previous nights work. Mr. Purcell was asked if Ms. Lacy received the instructions about the job procedures and the 21169. His answer was in the affirmative. When Mr. Purcell was asked how Ms. Lacy responded to the instruction about the cleaning on the 21169, Mr. Purcell informed us that Ms. Lacy said that "she had cleaned before, she felt that it wasn't her job and she wasn't going to do it". It was at that time that it was decided to reject Ms. Lacys' application for Foreman.

TO: Tom Butler                                                                          June 8, 1998
FROM: Christopher Purcell
SUBJECT: Alvia Lacy

On March 30th 98 I started on 3rd shift as a foreman 3.On this same date Ms. Lacy also started on 3rd ,but as a foreman 1.I went with Ms. Lacy to help train her as a foreman. During this time I suggested to her that she should come in early (at least 15 min.) to deal with any changes in her turnover & this would help get the gang started on time. I also walked her through the cars both amfleet 1&2 & showed her what the cleaners were responsible to clean.

During this time John Moore asked me how Ms. Lacy was doing. I let him know that she was coming in right about 10 pm. & that she was not walking the cars to make sure the cleaners were doing what they needed to. John said " o.k. go back over the areas that should be cleaned & that were being missed."

On June 3rd 98 Ms. Lacy was instructed by Mr. McDowell to have the 21169 'e' cleaned for release. First thing Ms. Lacy talked with me about was the job procedure assignment & when it was due. I told her that it was written to be in on June 4th at 3pm, so that she should have it in tonight before we leave.

The next issue was the release of the 21169. I asked Ms. Lacy if it would be ready for release & she said " No, because she was short 1 coach cleaner & she has cleaned them in the past & felt it was not her job & wasn't going to do it again."



AMTRAK BEAR COMPLEX, MECHANCIAL DEPARTMENT, 258 EAST SCOTLAND DRIVE, BEAR, DELAWARE
19701 ( 302 ) 834-2765

June 11, 1998

Alvia Lacy

Dear Alvia,

This letter will confirm our conversation that took place on Wednesday, June
10, 1998, concerning your removal from the Foreman Candidate Program. As
I explained during our meeting, there were several instances where your response
to directives by General Foreman, John Moore and Foreman III, Chris Purcell,
did not meet our expectations of you when you were selected for this
program. I further explained that your response to these directives lacked the
qualities expected from a leader.

The examples I used during our discussion were:

1)    Your negative response to Mr. Moore when he requested you
      to be at the foreman's desk fifteen minutes prior to the start of your
      tour of duty. According to General Foreman Moore you responded
      that you called your union representative, Mike Skinner, and based
      on what Mr. Skinner told you, you did not have to report early since
      you were an hourly paid employee.

2)    Mr. Purcell explained to you that part of your responsibilities was
      to follow up on the work of your subordinates. According to Mr.
      Purcell your response was it was not your job to follow up your
      job was to assign work.

3)    When Mr. Purcell explained that you would need to assist your
      cleaners on a particular night, you indicated to him that it was not
      your job and you were not going to do it.

Respectfully,

Thomas P. Butler
Director Equipment Maintenance
Amtrak Bear Complex

cc:    V. Nesci
       File

A297

**Bear Car Shops**
Corporate Equipment Engineering and Mechanical
258 East Scotland Drive, Bear, DE  19701

Date: **04/27/04**

To: **Alvia Lacy**                              SSN:  **32083**

From: **R. Gill**

Subject:        Amtrak National System Attendance Policy – Step 2 (Written warning)

Your job performance has been reviewed and discussed with you previously in
an effort to assist you in correcting your absenteeism.  Subsequent to previous
discussion you have committed the following infractions to the Amtrak National
System Attendance Policy:

| Date: | Code: | Duration: |
|---|---|---|
| 03/08/04 | 67 | 0:72hrs |
| 04/05/04 | 68 | 4:00hrs |
| 04/07/04 | 60 | 8:00hrs |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

 I sincerely hope that this warning letter will persuade you to achieve the
necessary improvement in your attendance.  I encourage you to take the
necessary steps to ensure your compliance Amtrak's National System
Attendance Policy.

Amtrak Supervisor's Signature: _____ , Date: 04/28/04

Employee's Signature: *Employee Refuse To Sign*
Date of Receipt: _04/28/04_

cc:     Shop Supt.
        File

**A298**

NATIONAL RAILROAD    SSENGER CORPORATION
60 Massachusetts Avenue, NE, Washington, DC 20002



May 4, 2004

Ms. Alvia Lacy
1306 Jervis Square
Belcamp, MD 21017

Dear Ms. Lacy:

On April 29, 2004, you contacted the Dispute Resolution Office of Amtrak's Business Diversity Department to file a complaint against Superintendent Thomas P. Butler and the Bear, DE mechanical operations. You alleged that Mr. Butler, "does what he wants to do" to run the Bear Shops. Specifically, you alleged that the attendance policy is not applied consistently. You stated that some hourly employees have to punch in and out at the time clock and others don't. You also stated that you almost received unfair verbal counseling because of your attendance, but corrections to your attendance record were made at your request. You also stated that you believed there is misuse by Bear employees of approved FMLA leave because management is not monitoring the process. You stated that you did not believe that Mr. Butler or other Bear, DE management personnel subjected you to unfair treatment because of your membership in any protected group (e.g., race, age, religion). Instead, you indicated that you believe that there is no professionalism or consistency in the management process at Bear, DE.

The DRO is responsible for investigating and addressing certain workplace concerns. The DRO handles complaints where an employee believes that he/she is being subjected to discrimination, harassment, or unfair treatment because of the person's race, sex, color, religion, national origin, age, disability, veteran status, sexual orientation or other personal characteristic protected by law. Although you alleged that Mr. Butler does not mange the Bear Shops in a uniform way, and that you have been unfairly disciplined because of your attendance, you have not alleged that your being mistreated is related to your membership in a protected group. Therefore, your complaint is not within the DRO's purview and the DRO cannot handle your complaint. As a result, the DRO will take no further action with respect to the issues that you raised.

Although your complaint is not the type of complaint that the DRO handles, Amtrak takes employees' complaints seriously. Therefore, I have forwarded information about your concerns to Chief Mechanical Officer Jonathan Klein for handling. You should expect Mr. Klein to look into your concerns and provide you with a response. If you have any questions about your complaint, please contact Mr. Klein directly at 736-6493. As to your allegations of possible misuse of approved FMLA leave by other employees, I have forwarded your concerns to the Director of Health Services, Malva Reid.

Sincerely,

Rahsaan Everson
Case Intake Coordinator

A299

Position: Human Resources Officer (1) (Eff 3/4/04)
Department: Human Resources
Location: Washington, DC
Position No: 50121016

INTERNAL AND EXTERNAL CANDIDATES

SUMMARY OF DUTIES:
The Human Resources Officer recruits, test, interviews and refers candidates to fill
existing agreement and non-agreement vacancies and acts as a consultant to departments
and employees concerning employment- related issues and policies. Responsibilities are
to facilitate consistency, fairness and use of sound managerial principles in application of
company employment policies; implement all non-discrimination and affirmative action
policies, procedures and programs within the scope of the position; ensure access to
training, promotion and development opportunities for all employees; oversee the
maintenance of employee files and employee records; review and sign all agreement
covered personnel transactions for input into HRIS. SAP data entry of applicants into the
HRIS systems.

EDUCATION:
Must Have Bachelor's degree or equivalent combination of education, training and work
experience.

WORK EXPERIENCE:
Must have some human resources experience including recruiting/staffing and EEO/AA
compliance. Also experience with Microsoft office, i.e., Word, Excel, Access, Outlook.
Satisfactory prior job performance.

OTHER REQUIREMENTS:
Must be capable of handling multiple assignments under tight deadlines, ability to
take initiative and work independently, ability to maintain composure in a fast-paced
work environment and able to be flexible in the face of constantly changing priorities.
Must be able to work with others at every level of the organization and make sound
judgments. Must be able to maintain confidentiality at all times. Required to work
Business hours 8:30 am to 5:00pm. In addition must be prepared to work extended
hours on an as needed basis without prior notice.

COMMUNICATION AND INTERPERSONAL SKILLS:
Strong interpersonal, verbal and written communication skills as well as presentation
skills.

SUPERVISORY RESPONSIBILITIES: None

TRAVEL: YES 20%

**A300**

05/07/04  FRI 14:45 FAX 215 349 1088        HUMAN RESOURCE                    ☑002

**▐AMTRAK**

## Candidate Selection Justification

| Position Title<br>**Human Resources Officer** | | | Department<br>**Human Resources** | |
|---|---|---|---|---|
| Posting Number<br>50121016 | Band/Zone<br>C-1 | Location<br>Washington, DC | | Interview Date<br>4 / 20 / 04 |
| Interview Process | ☐ One-on-One  ☒ Panel  ☐ Telephone<br>☐ Other | | | |

### Interview Participants

| Shiela Davidson | Director Human Resources Operations EAST |
|---|---|
| Sarah Ray | Human Resources Mgr. |

### Candidates Interviewed

| Name | *Race | Sex | |
|---|---|---|---|
| Levar Freeman | Black | ☒ Male | ☐ Female |
| Cathy Harrell | Black | ☐ Male | ☒ Female |
| Tandrea Moore | Black | ☐ Male | ☒ Female |
| Christine Metz | White | ☐ Male | ☒ Female |
| Nancy St. Louis | Black | ☐ Male | ☒ Female |
| Tracee Bolden | Black | ☐ Male | ☒ Female |
| Jennifer Richardson | Black | ☐ Male | ☒ Female |
| | | ☐ Male | ☐ Female |
| | | ☐ Male | ☐ Female |
| | | ☐ Male | ☐ Female |

* • American Indian or Alaskan Native  • Asian  • Native Hawaiian or Other Pacific Islander  • Black or African American  • White
• Hispanic or Latino (All races)  • Hispanic or Latino (White race only)  • Hispanic or Latino (All other races)

### Selected Candidate

| Levar Freeman | Black | ☒ Male | ☐ Female |
|---|---|---|---|

**Selection Justification**

Levar Freeman has worked in the Temp.Agency environment filling positions. This means he is used to a fast-paced time sensitive environment. He has also worked for Bank of America filling Teller vacancies which means that he was used to a high volume turnover recruitment. In working for Aspen, he had to fill positions in remote locations such as Iowa, Kansas and Mississippi. Working with Telnet, he had filled management level positions. He is creative in finding recruitment resources to fill vacancies, excellent customer service/computer/administrative skills & works independently.

| Proposed Effective Date<br>05 / 16 / 04 | Proposed Salary<br>$48,000 | ☐ Salary Increase      % Increase   ☐ Lateral With No Increase |
|---|---|---|

**Salary Justification**

At present the HR Officers are making $52,200. It has been HR's practice to hire candidates approximately 10% below incumbents and give the new hire an equity adjustment when the candidate has displayed proficiency and skill in the position.

### Approval Signatures

| Name | Signature | Date |
|---|---|---|
| Sarah E. Ray | | 5 / 01 / 04 |
| Sheila B. Davidson | *[signature]* | 05 / 03 / 04 |
| | | / / |

NRPC 3158 word template
Amtrak is a registered service mark of the National Railroad Pass.

## Staff Summary Sheet – SSS5848

| | |
|---|---|
| **Requester:** SARAH RAY | **Executive Officer:** LORRAINE GREEN |
| **Title:** Manager Human Resources | **Department Head:** MICHAEL RAMIREZ |
| **Extension:** 8-777-3312 | **Director/Manager:** SHEILA DAVIDSON-LEOKUM |
| **Date Submitted:** 5/3/2004 | **Date Approved:** |

**Purpose:** Request approval of Personnel Action Request to hire Levar Freeman in the position of Human Resources Officer for the Washington, DC Human Resources field office.

**Discussion:** This position was vacated as a result of a promotion in Human Resources. The position was advertised, applicants were interviewed, and Mr. Freeman was selected because he met all of the requirements and presented as the most qualified candidate for the position. The Candidate Selection Justification and Personnel Action Request (form 2000) are included as attachments.

**Alternative:** Not fill the position. However, this alternative is not practical, as the Washington Human Resources Field Office is responsible for servicing approximately 3,500 employees in both the Mid-Atlantic and Southern Divisions. Not filling this position would have an adverse effect on Human Resources ability to service this population and fill vacancies.

**Funding:** Funding for this position is included in the FY04 operating budget and is on the authorized headcount of approved organizational chart 7.1.1.1

**Recommendations:** Approve this request

### Routing Flow

| Routing | Approver | Concur | Non-Concur |
|---|---|---|---|
| | Sr. VP - Operations | | |
| | Chief Engineer | | |
| | Chief Financial Officer | | |
| | Chief Mechanical Officer | | |
| | Chief System Safety and Security | | |
| | General Counsel & Corp. Sec. | | |
| | Inspector General | | |
| | VP - Business Diversity | | |
| | VP - Government Affairs & Policy | | |
| 01 | VP - Human Resources | *seg.* | |
| | VP - Labor Relations | | |
| | VP Marketing and Sales | | |
| | VP - Planning & Bus. Dev. | | |
| | VP - Procurement & Mat. Mgmt. | | |
| | VP - Transportation | | |

### President and CEO Response

| Final Approver | | Action Required |
|---|---|---|
| President and CEO | | Awaiting full approval |

http://mssetx01.corp.nrpc/Buyer/render/1UTSY383IFF8L

05/03/2004

**Remarks**

### Approval Signatures

| | | | |
|---|---|---|---|
| **Supervisor's Name** Sarah Ray | **Phone No.** 777-3312 | **Human Resources Approval** | **Date:** 5/6/04 |
| **Signature** | **Date** 5/3/04 | | |
| **Department Approval** Sheila Davidson | **Date** 5/3/04 | **Entered By** | **Date:** |

Instructions:  Complete form, print and secure department approvals.  Retain signed copy for department records and forward original to Human Resources.

NRPC 2000 (10/02) Word Template
Amtrak is a registered service mark of the National Railroad Passenger Corporation.

A302

3○○○ 90021656

ceived by Human Resources

mtrak

# Job Opportunity Application

**For use by Current Amtrak Employees Only**
Applicants possessing the best combination of current skills and past job performance will be invited to interview for available positions. Only candidates with at least one year in their current position will be considered for other positions.

Title of Position Desired:
AMTRAK-WASHINGTON-DC-HUMAN RESOURCES OFFICER

Posting Notice Number:
50121016

Location:
WASHINGTON, DC

se complete all information and submit this form to arrive at your nearest Human Resources Office on or before the ing's expiration date. For extensive text, you may want to compose your text in ing's expiration date. This form does not allow you to spell check your data. For extensive text, you may want to compose your text in her document and cut and paste it into this form. Attach additional sheets if not enough room is provided for your data.

## PERSONAL INFORMATION

| | |
|---|---|
| me: ALVIA L. LACY | Social Sec. No.: 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 |
| reet Address: 1306 JERVIS SQ, | Home Tel. No.: 410-272-4819 |
| | Work Tel. No.: 302 834-2769 |
| ity: BELCAMP    State: MD    Zip:21017 | Assigned Work Hours: 6-2 |
| ork Location: BEAR, DE | Assigned Work Days: MON-FRI |

## EDUCATION

| Level | Did You Graduate? | Dates From/To | Degree/Major | School Name | Location/City/State |
|---|---|---|---|---|---|
| High School | ☒ Yes ☐ No | From: 9/3/70 To: 6/7/74 | HIGH SCHOOL DIP. | ABERDEEN SR. HIGH | ABERDEEN, MD 21001 |
| College | ☒ Yes ☐ No | From: 6/ /83 To: 12/ /86 | BS BUSINESS ADMINISTRATION | UNIVERSITY OF MARYLAND | COLLEGE PARK, MD |
| Graduate School | ☐ Yes ☐ No | From: / / To: / / | | | |
| Vocational School | ☒ Yes ☐ No | From: 1/ /76 To: 8/ /76 | | AIRCO TEC INST. | BALTIMORE, MD |
| Other | ☐ Yes ☐ No | From: / / To: / / | | | |

## PRESENT JOB STATUS

| | | |
|---|---|---|
| Present Job Title: CARREPAIR-PERSON | Band/Zone BEAR, DE | Last Performance Rating: N/A    Date of Last Rating: / / |
| Supervisor's Name: MR J. WALTERS | Supervisor's Title: MANAGER | |
| May a Human Resources Department representative contact your supervisor regarding your interest in this position? ☐ Yes ☒ No | Supervisor's Telephone No.: | |

## HUMAN RESOURCES USE ONLY – DO NOT ENTER DATA IN THIS SECTION

| Entered | | Forwarded | |
|---|---|---|---|
| Date: | By: | By: | Date: |
| By: | | To: | |

Note: It is the policy of the National Railroad Passenger Corporation to offer all employment opportunities without regard to race, color, religion, gender, age, national origin, disability, or veteran status.

NRPC 1764 (10/01) MSWord Template

A303

## AMTRAK EMPLOYMENT HISTORY (List Current Position First)

| Dates From/To | Position Title | Supervisor and Department | Major Duties |
|---|---|---|---|
| From: 8 / / 83<br>To: 1 / / 88 | TRACK -PERSON | TRACK | MAINTAIN AND REPAIR TRACK LOCATIONS WITHIN THE NEC. |
| From: 1 / / 88<br>To: / / | CARREPAIR-PERSON | MECHANICAL | REPAIR, AND MAINTAIN AMF I & II, IN ADDITION TO AIR BRAKE DUTIES. |
| From: / /<br>To: / / | | | |
| From: / /<br>To: / / | | | |

## OTHER EMPLOYMENT HISTORY

| Dates From/To | Position Title | Company | Major Duties |
|---|---|---|---|
| From: 7 / / 97<br>To: / / 99 | CSR | MCC | COMPLETE DUTIES IN SALES, BANK DEPOSITS, CLOSINGS, AND TRANSACTIONS, AS RELATED TO CENTER. |
| From: / /<br>To: / / | | | |
| From: / /<br>To: / / | | | |

## RELATIVES AT AMTRAK

Do you or your spouse have any relatives currently employed at Amtrak?  ☐ Yes  ☒ No

If yes, you must complete the following information about these relatives.

| Name | Relationship | Position/Department | Location |
|---|---|---|---|
| N/A | | | |
| | | | |
| | | | |

## APPLICANT'S QUALIFICATIONS

This form does not allow you to spell check your data.  For extensive text, you may want to compose your text in another document and cut and paste it into this form.  The field below will expand to allow 5,500 characters. Attach additional sheets if necessary.

Please explain how you fulfill the posted skills and experience requirements for this position.

I FULFILL THE POSTED SKILLS AND EXPERIENCE REQUIRED FOR THIS POSITION, BASED ON MY BACHELORS DEGREE IN BUSINESS ADMINISTRATION, AND MY EXPERIENCE, AND TECHNICIAL BACKGROUD IN THE FIELD OF MECHANICAL OPERATIONS, MAINTENANCE PROCEDURES, FRA, AND SAFETY REGULATUION.

## SIGNATURE
### PLEASE READ THIS CAREFULLY:

I certify that all information on this Job Opportunity Application is true. I understand and agree that if employed in a nonagreement position my employment and compensation can be terminated with or without cause, and/or without notice, at any time, at the option of either the company or myself.  I have voluntarily submitted this form and consent to its processing according to Human Resources Department procedures.  I further understand that it may be used to update permanent employee information in the Human Resources Information System.

3/9/04

*alvea) Hacy*

A304

HR FAX 1088

Job Reference # 50146328

Amtrak - Pennsylvania-Philadelphia - Engr Road Maint Services - 09/03/04

POSITION: Engineer Road Maintenance Services
DEPARTMENT: Engineering
LOCATION: Philadelphia, PA
BAND/ZONE - SALARY: C1 - $38,500.00 minimum
POSITION NO: 50146328

X  [signature]

DATE Sept 7, 2004

INTERNAL AND EXTERNAL APPLICANTS

DUTIES: This position directs, manages and analyzes Amtrak's
system track roadway service contracts and administers the
corporate-wide roadway rail testing, including seasonal test
frequency, and rail grinding programs, both open track and switch.
The position continually evaluates contract activities, defect
trends and test-identified defects for accuracy for both on and
off corridor regional programs, and strives to reduce the total
quantity of necessary rail defect test days. The position ensures
compliance with governing controls, FRA./CFR and MW 1000
guidelines for corporate wide roadway rail testing, and evaluates,
analyzes and audits all rail test quality standards to ensure all
continuous rail testing is performed by certified 3rd party
contractors. This position also has "cost control" responsibility
and will economically utilize Amtrak's force accounts, certified
contract technicians, materials and mechanical resources to make
operating decisions in conformance with budget limitations. The
position provides technical support to all divisions, ADE's, track
supervisors and track inspector foremen, and works closely with
other members of the engineering department on research and
development programs associated with maintenance of way activities
such as wheel/rail profile optimization group, rail integrity task
force, development of portable high-tech ultrasonic rail test
equipment and rail friction modifier research.


EDUCATION: Bachelor's Degree in Engineering or the equivalent
combination of education, training and/or experience. Bachelor's
Degree in Engineering or related field preferred.

WORK EXPERIENCE: Demonstrated track maintenance experience and
project management experience. M/W track experience, including
expertise in track geometry analysis, roadway track rail flaw
testing and rail grinding, track maintenance, and inspection
preferred.

OTHER: Good written, and verbal communication skills and computer
skills. AGGS, and Auto-Cad a plus. Demonstrated ability to manage
and interface with outside agencies. Will be required to acquire
FRA/CFR 213 and 214 certification for track, ultrasonic level #2

http://www.teamrewards.net/task/job_posting.jsp?ts_am3q25ml2k13=6007              9/3/2004


A305

certification and Amtrak's MW 100 qualification. Prior
satisfactory job performance is required.

COMMUNICATION AND INTERPERSONAL SKILLS: Ability to deal and cope
with all levels of employees, external and internal customers.

SUPERVISORY RESPONSIBILITIES: None directly - Amtrak forces and
contractors indirectly.

TRAVEL REQUIREMENT: 20%.

INTERNAL AMTRAK EMPLOYEES MUST COMPLETE A JOB OPPORTUNITY
APPLICATION TO APPLY FOR THIS POSITION.

Job Notes

**Salary Range:** C1 $38,500 to $80,000
**Last Day to Apply:** 09/10/2004
**Job Category:** Engineering
**Years of Experience:** 5 - 10
**Travel Requirements:** Low
**Relocation Benefits may Apply:** No
**Referral Bonus:** 1500 points

AMTRAK is an equal opportunity employer committed to employing a diverse workforce.
Internal AMTRAK employees must complete a job opportunities application to apply for
positions.

© Copyright 2001 TeamRewards.com. All Rights Reserved.

AMTRAK ENG SUPP          2153493340          11/03 '04 09:07 NO.680  02/05

**AMTRAK®**

## PERSONNEL ACTION REQUEST — COPY

| Conflict Of Interest? | Training Required? |
|---|---|
| ☐ Yes ☐ No | ☐ Yes ☐ No |

**Current Information - Must Be Completed**

| Payroll Area | Social Security Number 195 — 48 — 0929 | Personnel No. | LAST Name Helfrich | | FIRST Name Brian | M.I. |
|---|---|---|---|---|---|---|
| Job Code | Position Title | | Department | Personnel Area | Band/Zone / Cost Center | Emp. Sub Group |

**Action Requested - Must Be Completed**

- ☒ New Hire
- ☐ Rehire/Reinstatement
- ☐ Transfer/Organization Change
- ☐ Transfer between Management/Union
- ☐ Salary Change
- ☐ Leave of Absence Paid (Union)
- ☐ Leave of Absence Paid (Management)
- ☐ Leave of Absence Unpaid
- ☐ Return from Leave
- ☐ Termination
- ☐ Retirement

**Action Reason Code**

| Code 92761 | Reason REHIRE | Effective Date Month 12 Day 01 Year 04 |
|---|---|---|

**New Job Code and Salary Information**

| Job Code | Position Title Engineer Road Maintenance Services | CDL ☐ Yes ☒ No | Position No. 50146328 | Personnel Subarea 0027 | Band/Zone C-1 |
|---|---|---|---|---|---|

Hours of Service  ☒ Not Applicable (0)  ☐ Engineer (1)  ☐ Trainmen (2)
Job Category  ☐ Block Operator (4)  ☐ Signalman (5)  ☐ Cab Signal/ATS Electrician (6)  ☐ Train Dispatchers/Director (3)  ☐ Locomotive Mover/Helper (7)

| Hire Date Month Day Year | Current Salary/Rate Of Pay $ | New Salary/Rate of Pay $ 62,400 | Work Hours (Part Time) |
|---|---|---|---|

**Job Assignment**

| Cost Center 3931 | Function 1701 | Work Order No. | FIS Location 3452 | Payroll Area 02 | Shift | Work Schedule | Gang | Site Code 047001 | Check Seq. PHL71 |
|---|---|---|---|---|---|---|---|---|---|

| Work Phone No. | ATS No. | Original RR Hire Date Month Day Year | Prior RR Code | Personnel Area NE01 | Department Engineering |
|---|---|---|---|---|---|

| Emp Sub Group 05 | Vacation Eligibility Date Month Day Year | Craft Seniority Date Month Day Year | ARSA Hire Date Month Day Year |
|---|---|---|---|

**Performance Evaluation Information - For Management Transactions Only**

| Last Performance Review Date: Month Day Year | Next Performance Review Date: Month Day Year |
|---|---|

**Termination Information/Allowances - Must Complete For All Termination Actions**

Allowances
Vacation Hours Due
Sick Hours Due
Severance Pay Due
Notice Pay Due

Eligible For Rehire?  ☐ Yes  ☐ No (Explain In Remarks)
Outstanding Advance?  ☐ Yes  ☐ No (Explain 'Yes' Answer In Remarks)
All Properties Collected?  ☐ Yes  ☐ No (Explain In Remarks)
Fill Vacant Position?  ☐ Yes  ☐ No

**Short-Term Disability Benefits**
First ____ days at 100% pay
____ Days at 100% pay less RUIA    ____ Days at 80% pay less RUIA
RUIA Benefits at $ ____ per day

**Relocations**
Approved for Benefits  ☐ Yes  ☐ No
Level of Benefits:  ☐ Tier I  ☐ Tier II  ☐ Tier III

**Remarks**

**Approval Signatures**

| Supervisor's Name John J. Cunningham Signature _Piselli for_ | Phone No. ATS 728-1532 | Human Resources Approval | Date: 11/6/04 |
|---|---|---|---|
| Department Approval David Hughes | Date 11/3/04 | Entered By | Date |

Instructions: Complete form, print and secure department approvals. Retain signed copy for department records and forward original to Human Resources.

NRPC 2000 (10/02) Word Template
Amtrak is a registered service mark of the National Railroad Passenger Corporation.

**A307**

AMTRAK ENG SUPP        2153493340        11/03 '04 09:06 NO.680  01/05
SSS8389: Approve the selection of Brian Helfrich to the Engr Road Mntc Services position    Page 1 of 1

# Staff Summary Sheet - SSS8389

| | |
|---|---|
| **Requester:** JOHN CUNNINGHAM | **Executive Officer:** WILLIAM CROSBIE |
| **Title:** Deputy Chief Engineer-Track | **Department Head:** DAVID HUGHES |
| **Extension:** 8-728-1532 | **Director/Manager:** JOHN PIELLI |
| **Date Submitted:** 10/7/2004 | **Date Approved:** |

**Purpose:** Review and approve the selection of Brian Helfrich to the position of Engineer Road Maintenance Services in the Engineering Department in Philadelphia, PA.

**Discussion:** This position is responsible for analyzing & managing the system track roadway service contracts. It administers the corporate-wide roadway rail testing, including seasonal test frequency, & rail grinding programs, both open track & switch. The position continually evaluates contract activities, defect trends & test-identified defects for accuracy for both on & off corridor regional programs, and strives to reduce the total quantity of necessary rail defect test days. Mr. Helfrich has the necessary education and 25+ years of engineering and construction experience with much of his experience being realized in the track department. He possesses a specific skill set & expertise relative to track production & track inspection.

**Alternatives:** Not fill the position. Not recommended as not filling this position will prevent the Engineering Dept. from progressing a significant portion of its program and perpetuate what we acknowledge as a weak spot in our ability to monitor the safe performance of Amtrak's Track Infrastructure.

**Funding:** This position is in the approved FY05 core budget & authorized FY05 headcount as shown on Org Chart 3.6.5.3. This position has been vacant since June 15, 2004 with the duties performed on a strictly limited basis by the Deputy Chief Engineer-Track and the Director-Track Maint & Compliance.

**Recommendations:** Approve the selection of Brian Helfrich to the position of Engineer Road Maintenance Services.

| Routing Flow | | | |
|---|---|---|---|
| **Routing** | **Approver** | **Concur** | **Non-Concur** |
| 02 | Sr. VP - Operations | | 11-21-04 |
| 01 | Chief Engineer | | |
| | Chief Financial Officer | | |
| | Chief Mechanical Officer | | |
| | General Counsel & Corp. Sec. | | |
| | Inspector General | | |
| | VP - Business Diversity | | |
| | VP - Government Affairs & Policy | | |
| 03 | VP - Human Resources | | 11/5/ |
| | VP - Labor Relations | | |
| | VP Marketing and Sales | | |
| | VP - Planning & Bus. Dev. | | |
| | VP - Procurement & Mat. Mgmt. | | |
| | VP - Security | | |
| | VP - Transportation | | |

| President and CEO Response | |
|---|---|
| **Final Approver** | **Action Required** |
| President and CEO | Awaiting full approval |

*Recommend approval. MMR 11/5/2004*

**Received** 11/2

Vice President-Operations 11/2/2004

AMTRAK ENG SUPP            2153493340        11/03 '04 09:07 NO.680  03/05

 **AMTRAK**

# Candidate Selection Justification

| Position Title | | Department | |
|---|---|---|---|
| Engineer Road Maintenance Services | | Engr. - System Track | |

| Posting Number | Band/Zone | Location | Interview Date |
|---|---|---|---|
| 50146328 | C-1 | Philadelphia, PA | 10 / 18 / 2004 |

| Interview Process | ☐ One-on-One   ☒ Panel   ☐ Telephone |
|---|---|
| | ☐ Other |

## Interview Participants

| Irene Whitaker | Human Resource Manager |
|---|---|
| John A. Pielli | Director Track Maintenance & Compliance |

## Candidates Interviewed

| Name | *Race | Sex |
|---|---|---|
| Brian Helfrich | white | ☒ Male ☐ Female |
| | | ☐ Male ☐ Female |
| | | ☐ Male ☐ Female |
| | | ☐ Male ☐ Female |
| | | ☐ Male ☐ Female |
| | | ☐ Male ☐ Female |
| | | ☐ Male ☐ Female |
| | | ☐ Male ☐ Female |
| | | ☐ Male ☐ Female |

\* ● American Indian or Alaskan Native  ● Asian  ● Native Hawaiian or Other Pacific Islander  ● Black or African American  ● White
● Hispanic or Latino (All races)  ● Hispanic or Latino (White race only)  ● Hispanic or Latino (All other races)

## Selected Candidate

| Brain Helfrich | White | ☒ Male ☐ Female |
|---|---|---|

**Selection Justification**
See attachment

| Proposed Effective Date | Proposed Salary | ☐ Salary Increase | % Increase | ☐ Lateral With No Increase |
|---|---|---|---|---|
| 11 / X / 2004 | $ 62,400 | | | |

**Salary Justification**
Brain Helfrich is currently employed as a Engr. with Bohemia River Consultants Inc. His previous Amtrak experience included: Co-op Engr Trainee, Asst. Trk. Supv. PRS, Asst. Supv. Trk - P.S.N.Y., Survey Levelperson, Engr. Programs & Resource Planning, Engr. Programs & Measurements. This Engineer Road Maintenance Services position is a position with system-wide responsibility 24 hours/day 7 days/week and has an impact to Safe Train Operations and OTP. The proposed salary is commensurate for Mr. Helfrich's training and prior job experience.

## Approval Signatures

| Name | Signature | Date |
|---|---|---|
| John A. Pielli | *JA Pielli* | / / |
| David Hughes | *D Hughs* | 11 / 3 / 04 |
| | | / / |

NRPC 3158 word template
Amtrak is a registered service mark of the National Railroad Passenger Corporation

A309

## Candidate Selection Justification for Brian Helfrich
## For Engineer Road Maintenance Services (50146328)

**Education:**

- High School Diploma – Father Judge High School - Phila. P.A.

- Drexel University, Phila. P.A. – Completed 4 of 5 years toward a BS in Civil Engineering

- Penn State – Project & Operations Management, Organizational Management, Managerial Accounting, Critical Thinking and Analytical Decision Making

- Primavera Project Planner

**Work Experience:**

Brian possesses more than 25 years of Engineering and Construction experience in a progressive background encompassing all phases of surveying, both civil, plus railroad, system analysis, construction supervision, quality control, and projects management. He has satisfactorily performed the following duties previously with Amtrak:

1. Co-op Trainee – Amtrak Assoc. Engr. Program – Balt. - Jan. thru June 1976
2. Co-op Trainee – Amtrak Assoc. Engr. Program – Phila. - Jan. thru June 1977
3. Subdivision Track Foreman -- Wilmington & Baltimore
4. Track Forman Pilot – Corridor - Panel Renewal System
5. Track Forman Pilot – Corridor – CWR Installation Crew
6. Asst. Track Supervisor – Corridor – PRS, & Undercutter Operations
7. Asst. Track Supervisor – Penn Station, NY Subdivision
8. Manager – Surveyor / Levelperson - Phila Div.
9. Engineer Programs & Resource Planning
10. Engineer Programs & Measurements

Brian has demonstrated track maintenance, and knowledge of track maintenance practices. He has past proven successful supervisory expertise in Track. Maintains significant knowledge of Track maintenance software such as AutoCAD, including the FRA Vehicle / Track Interaction Safety Limits, guidelines and their purpose. He has a specific skill set & expertise relative to track production and track inspection. He also maintains current experience outside of Amtrak associated with 3rd party Railroad & Civil Contractors including man loading plus budgetary "cost control".

A310

# Application for Employment

It is the policy of the National Railroad Passenger Corporation to provide employment, training, compensation, promotion and other conditions of employment in a manner which is in accordance with all legal requirements regarding race, color, religion, national origin, sex, age, sexual orientation, disability, or veteran status.



## PRE-EMPLOYMENT STATEMENT:  **PLEASE READ CAREFULLY**

I certify that the information contained in this application is correct to the best of my knowledge. I understand that falsification of this information or failure to provide complete and accurate information is grounds for dismissal. I authorize the Employment/Professional/Personal references listed to give you any and all information concerning my previous employment and any pertinent information they may have. I voluntarily give Amtrak the right to make a thorough investigation of my past employment, activities, and education, and I agree to cooperate in such investigation. I release from all liability or responsibility all persons, companies or corporations supplying any information to Amtrak. Note: In accordance with the FAIR CREDIT REPORTING ACT (Pre-Notification), I understand that as part of Amtrak's procedure for processing my application, an investigative report may be made whereby information is obtained through personal interviews with third parties, such as family members, business associates, financial sources, friends, neighbors, or others with whom I am acquainted. I understand that my employment with Amtrak is conditioned on successfully passing a physical examination, which will include a test to detect the presence of drugs and/or alcohol, and any future physical examinations as may be required by the Company. In consideration of my employment, I agree, if employed in a non-agreement position, that my employment and compensation can be terminated with or without cause, and with or without notice, at any time, at the option of either the Company or myself. I understand that no representative of Amtrak, other than the President or Vice President of Human Resources, has the authority to enter into any agreement for employment for any specified period of time, or to make any agreements contrary to terms of this Pre-Employment Statement, or any Amtrak policy.



| Last Name | First | MI | Date of Application |
|---|---|---|---|
| Helfrich | Brian | A | 8/18/04 |
| Position/Title Applied For | | | Vacancy Number |
| Sr Engineer | | | 50005398 |
| Applicant's Signature | | | Date |
| | | | 8/18/04 |

**A311**

46161

**PERSONAL**                                          PLEASE PRINT OR TYPE ALL INFORMATION

| Applicant's Name | Have you ever used any other names or aliases, including maiden, married, or previously married names? |
|---|---|
| Brian Helfrich | ☐ Yes   ☒ No |
| **Present Street Address**          Apt. Number | If yes, list entire name(s) used. |
| 1366 Rate 660 | |

| City | State | Zip Code | Social Security Number | Home Phone Number |
|---|---|---|---|---|
| Wellsboro | PA | 16901 | 195 - 48 - 0929 | (570) 724 - 7839 |

| Previous Street Address          Apt. Number | Are you at least 18 years of age? | Business Phone Number |
|---|---|---|
| | ☒ Yes   ☐ No | (    )       - |

| City | State | Zip Code | Are you legally authorized to work in the United States?* | Cell Phone Number |
|---|---|---|---|---|
| | | | ☒ Yes   ☐ No | (    )       - |

\* If offered employment, you will be required to provide documentation verifying authorization.

| Have you previously interviewed with Amtrak?  ☒ Yes  ☐ No | If Yes, Date   Location (City, State) | Position |
|---|---|---|
| | 7-13-04   30th street Station | Project controls officer |
| **Were you ever employed by Amtrak?**  ☒ Yes  ☐ No | If Yes, Date   Location (City, State) | Department |
| | 6-16-80   30th street station | TRACK |
| Are there any limitations on the locations you are willing to work?  ☐ Yes  ☒ No | If Yes, please specify | If required, can you work any shift?  ☒ Yes  ☐ No |
| Are there any limitations on the hours you can work?  ☐ Yes  ☒ No | If Yes, please specify | If required, are you willing and able to travel?  ☒ Yes  ☐ No |
| Do you have a valid drivers license?  ☒ Yes  ☐ No | Date Available For Employment  8-18-04 | Expected Salary |

## EDUCATION

| High School Graduate | | Degree/Major | School Name and Location (City, State) |
|---|---|---|---|
| ☒ Yes  ☐ No (Years Completed ____ ) | | | Fr. Judge Phila PA |
| **College Graduate**  ☐ Yes  ☒ No (Years Completed 3 ) | Dates Attended (Month/Year)  From: 9-74  To: 1-78 | Degree/Major  Civil Engineer | School Name and Location (City, State)  Drexel University |
| **Graduate School Graduate**  ☐ Yes  ☐ No (Years Completed ____ ) | Dates Attended (Month/Year)  From:  To: | Degree/Major | School Name and Location (City, State) |
| **Business/Trade/Vocational Graduate**  ☐ Yes  ☐ No (Years Completed ____ ) | Dates Attended (Month/Year)  From:  To: | Degree/Major | School Name and Location (City, State) |
| **Professional License/Certification**  ☐ Yes  ☐ No (Years Completed ____ ) | Dates Attended (Month/Year)  From:  To: | Degree/Major | School Name and Location (City, State) |

| Acquired Skills | | Other experience, skills, languages, or qualifications which you consider relevant to your ability to perform the position for which you are applying. |
|---|---|---|
| ☐ Typing (WPM ____ )  ☐ Data Entry Keystroke  Equipment ____  ☒ Rail Equipment  Skills ____ | ☐ Welding Type ____  ☒ Computer  Skills Office  Project controls  Primavera Scheduling | Project Management  Construction  Railroad re construction |

**A312**

## EMPLOYMENT

List ALL employment starting with your present or most recent employer. Also include relevant voluntary and/or part-time work experience. Use additional sheet(s) if necessary.

Although you may have submitted a resume, please complete this section in its entirety.

| Present or Most Recent Employer | Dates Employed (Month/Day/Year) |
|---|---|
| Bohemia River Group | From 4-99  To |
| **Street Address** | **Supervisor's Name** |
| 27 Curtis Ave | Gene Cochrane |
| **City**    State    Zip Code | **Phone Number** |
| ELKTON    MD    21921 | (410) 620 - 3950 |
| **Job Title**    **Major Duties** | **Salary (Subject to verification)** |
| Project controls Manager    Project Management | 35 To 50 Perhap |
| **Reason For Leaving** | **May we contact the above now?*** |
| Bohemia doesn't have work | ☒ Yes    ☐ No |

\* If not, when?

| Employer | Dates Employed (Month/Day/Year) |
|---|---|
| Ad tranz | From 12-96 To 4-99 |
| **Street Address** | **Supervisor's Name** |
| 300 E 18th ST | Blair Hunter |
| **City**    State    Zip Code | **Phone Number** |
| Elmira Heights    NY    14333 | (   )    – |
| **Job Title**    **Major Duties** | **Salary (Subject to verification)** |
| Project Administrator    Project Scheduling | 35,000 /year |
| **Reason For Leaving** | |
| To work for Bohemia    Adtranz didn't win any new contract | |

| Employer | Dates Employed (Month/Day/Year) |
|---|---|
| Amtrak | From 6-1680 To 11-96 |
| **Street Address** | **Supervisor's Name** |
| 30th Street station | Mike Simmers |
| **City**    State    Zip Code | **Phone Number** |
| Phila    PA    19104 | (   )    – |
| **Job Title**    **Major Duties** | **Salary (Subject to verification)** |
| Engineer Programs    Budget, Administrative, construction | 40,000 /yor |
| **Reason For Leaving** | |
| To Move to the country. | |

## MILITARY/VETERAN STATUS

| | | | |
|---|---|---|---|
| ☐ Veteran | ☐ Vietnam Veteran | ☐ Active | ☐ Retired |
| ☐ Challenged Veteran | ☐ Challenged Vietnam | ☐ Inactive | ☐ Reserve |
| ☒ Non-Veteran | Veteran | ☐ Inactive Retired | ☐ On Call |

**A313**

| Do you have any relatives employed by Amtrak? ☐ Yes ☒ No | A Relative is a: Mother, father, mother-in-law, father-in-law, husband, wife, son, daughter, son-in-law, daughter-in-law, grandparent, grandchild, brother, sister, brother-in-law, sister-in-law, stepparent, stepchild, stepsibling, aunt, uncle, niece, nephew, or cousin of an employee or an employee's spouse. | | |
|---|---|---|---|
| Relative/Employee Name | Relationship | Position | Location (City, State) |
| Relative/Employee Name | Relationship | Position | Location (City, State) |
| Relative/Employee Name | Relationship | Position | Location (City, State) |

## REFERENCES

| Name Blair Hunter | Reference Type ☐ Personal ☒ Professional |
|---|---|
| Street Address 107 Field stone Drive | Occupation Project Managment |
| City Baskins Ridge     State NJ     Zip Code 07920 | Phone Number (908) 229-0740 |

| Name Gary Mourel | Reference Type ☒ Personal ☐ Professional |
|---|---|
| Street Address 1339 Route 660 | Occupation Truck Driver |
| City Wellsboro     State PA     Zip Code 16901 | Phone Number (570) 724-2777 |

| Name Beth Dillman | Reference Type ☒ Personal ☐ Professional |
|---|---|
| Street Address 32 Grant Ave | Occupation Teacher |
| City Wellsboro     State PA     Zip Code 16901 | Phone Number (570) 724-4471 |

## HAVE YOU EVER:                          A314

| | | |
|---|---|---|
| Been convicted of a crime? | ☐ Yes | ☒ No |
| Been disciplined or discharged for absenteeism, tardiness, failure to notify your company when absent, or any other attendance-related reason? | ☐ Yes | ☒ No |
| Been disciplined or discharged for theft, unauthorized removal of company property, or related offenses? | ☐ Yes | ☒ No |
| Been disciplined or discharged for fighting, assault, or related offenses? | ☐ Yes | ☒ No |
| Been disciplined or discharged for insubordination? | ☐ Yes | ☒ No |
| Been disciplined or discharged for possession or use of alcohol or drugs at work? | ☐ Yes | ☒ No |
| Been terminated or asked to resign from employment for any reason? | ☒ Yes | ☐ No |
| If you answered Yes to any of the above statements, please explain, including dates, location, i.e., city, county, state. 7-17-03 Williamsport PA, TSA Screener | | |

We appreciate your interest in Amtrak and the time you have taken to prepare this application.

Amtrak is a registered service mark of the National Railroad Passenger Corporation.

NRPC 2187 (09/03)

SEP-15-04 13:54 FROM:AMTRAK BEAR COMPLEX          ID:13028367754          PAGE  3/4

# Amtrak

## Job Opportunity Application

**For use by Current Amtrak Employees Only**
Applicants possessing the best combination of current skills and past job performance will be invited to interview for available positions.  Only candidates with at least one year in their current position will be considered for other positions.

Title of Position Desired:
AMTRAK-PENN-PHIL-ENG RO!
MAINT. SERVICES

Posting Notice Number:
50146328

Location:
PHIL, PA

Please complete all information and submit this form to arrive at your nearest Human Resources Office on or before the posting's expiration date. This form does not allow you to spell check your data.  For extensive text, you may want to compose your text in another document and cut and paste it into this form. Attach additional sheets if not enough room is provided for your data.

### PERSONAL INFORMATION

Name:   ALVIA L. LACY

| | |
|---|---|
| Street Address:   1306 JERVIS SQ, | Social Sec. No.: 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 |
| | Home Tel. No.: 410-272-4819 |
| City: BELCAMP          State: MD     Zip:21017 | Work Tel. No.: 302 834-2769 |
| Work Location:   BEAR, DE | Assigned Work Hours: 6-2 |
| | Assigned Work Days: MON-FRI |

### EDUCATION

| Level | Did You Graduate? | Dates From/To | Degree/Major | School Name | Location/City/State |
|---|---|---|---|---|---|
| High School | ■ Yes □ No | From : 9/3/70  To : 6/7/74 | HIGH SCHOOL DIP. | ABERDEEN SR. HIGH | ABERDEEN, MD 21001 |
| College | ■ Yes □ No | From : 6/ /83  To : 12/ /86 | BS BUSINESS ADMINISTRATION | UNIVERSITY OF MARYLAND | COLLEGE PARK, MD |
| Graduate School | □ Yes □ No | From : / /  To : / / | | | |
| Vocational School | ■ Yes □ No | From : 1/ /76  To : 8/ /76 | | AIRCO TEC INST. | BALTIMORE, MD |
| Other | □ Yes □ No | From : / /  To : / / | | | |

### PRESENT JOB STATUS

Present Job Title:
CARREPAIR-PERSON

| Band/Zone BEAR, DE | Last Performance Rating: N/A | Date of Last Rating: / / |
|---|---|---|

Supervisor's Name:
MR J. WALTERS

Supervisor's Title:
MANAGER

May a Human Resources Department representative contact your supervisor regarding your interest in this position?
□ Yes ■ No        Supervisor's Telephone No.:

### HUMAN RESOURCES USE ONLY – DO NOT ENTER DATA IN THIS SECTION

| Entered | Forwarded | |
|---|---|---|
| Date: | By: | Date: |
| By: | To: | |

Note:  It is the policy of the National Railroad Passenger Corporation to offer all employment opportunities without regard to race, color, religion, gender, age, national origin, disability, or veteran status.

NRPC 1764 (10/01)  MSWord Template

FAXED
9/16/04 P+!

90021056

## AMTRAK EMPLOYMENT HISTORY (List Current Position First)

| Dates From/To | Position Title | Supervisor and Department | Major Duties |
|---|---|---|---|
| From: 8 / /83<br>To: 1 / /88 | TRACK -PERSON | TRACK | MAINTAIN AND REPAIR TRACK LOCATIONS WITHIN THE NEC. |
| From: 1 / /88<br>To: / /: | CARREPAIR-PERSON | MECHANICAL | REPAIR, AND MAINTAIN AMF I & II, IN ADDITION TO AIR BRAKE DUTIES. |
| From: / /<br>To: / / | | | |
| From: / /<br>To: / / | | | |

## OTHER EMPLOYMENT HISTORY

| Dates From/To | Position Title | Company | Major Duties |
|---|---|---|---|
| From: 7/ /97<br>To: / /99 | CSR | MCC | COMPLETE DUTIES IN SALES, BANK DEPOSITS, CLOSINGS, AND TRANSACTIONS, AS RELATED TO CENTER. |
| From: / /<br>To: / / | | | |
| From: / /<br>To: / / | | | |

## RELATIVES AT AMTRAK

Do you or your spouse have any relatives currently employed at Amtrak?  ☐ Yes    ☒ No
If yes, you must complete the following information about these relatives.

| Name | Relationship | Position/Department | Location |
|---|---|---|---|
| N/A | | | |
| | | | |
| | | | |

## APPLICANT'S QUALIFICATIONS    This form does not allow you to spell check your data.  For extensive text, you may want to compose your text in another document and cut and paste it into this form.  The field below will expand to allow 5,500 characters. Attach additional sheets if necessary.

Please explain how you fulfill the posted skills and experience requirements for this position.
I FULFILL THE POSTED SKILLS AND EXPERIENCE REQUIRED FOR THIS POSITION, BASED ON MY BACHELORS DEGREE IN BUSINESS ADMINISTRATION, AND MY EXPERIENCE, AND TECHNICIAL BACKGROUD IN THE FIELD OF MECHANICAL OPERATIONS, MAINTENANCE PROCEDURES, FRA, AND SAFETY REGULATUION. IN ADDITION, I HAVE SUPERVISION EXPERIENCE.

## SIGNATURE
## PLEASE READ THIS CAREFULLY:

I certify that all information on this Job Opportunity Application is true.  I understand and agree that if employed in a nonagreement position my employment and compensation can be terminated with or without cause, and/or without notice, at any time, at the option of either the company or myself.  I have voluntarily submitted this form and consent to its processing according to Human Resources Department procedures.  I further understand that it may be used to update permanent employee information in the Human Resources Information System.

*Alver R. Lacy*                                                          9/13/04

- 2 -

Job Reference # 50146672

**Amtrak - Pennsylvania-Philadelphia - Field Environmental Specialist - eff 09/08/04**

POSITION: Field Environmental Specialist
DEPARTMENT: Engineering
LOCATION: Philadelphia, PA
BAND/ZONE - SALARY: C1 - $38,500.00 minimum
POSITION NO: 50146672

INTERNAL AND EXTERNAL CANDIDATES

DUTIES: Ensures compliance with all applicable federal, state &
local environmental laws and regulations and Amtrak's
Environmental Management System (EMS) policies, programs and
procedures in assigned facilities and territories. Conducts
regular facility inspections and audits and arranges for needed
environmental sampling and analysis.
Trains responsible management and craft personnel on environmental
regulations, policies programs, procedures as well as on pollution
prevention and emergency response plans. Coordinates environmental
emergency response activities. Prepares, submits and administers
required records & reports for Amtrak management and outside
agencies, as required. Position is on call 24/7 and responsible to
respond to service interruptions and environmental emergencies.

EDUCATION: Associate Degree, Technical School or the equivalent
combination of education, training and/or experience. Prefer BS
degree in Environmental Engineering or equivalent Science Degree.

WORK EXPERIENCE: Some Environmental compliance or related
experience. Demonstrated environmental compliance experience
preferred.

OTHER REQUIREMENTS: HAZWOPER Certified or certifiable. Must pass
Amtrak Environmental Control Awareness/Competency Training. Must
be an effective coordinator/facilitator. Must be a good presenter
& trainer. Prior satisfactory job performance required.

COMMUNICATION AND INTERPERSONAL SKILLS: Must have effective oral,
written communication and interpersonal skills.

SUPERVISORY RESPONSIBILITIES: None.

TRAVEL: 60% based on specific assignments.

INTERNAL AMTRAK EMPLOYEES MUST COMPLETE A JOB OPPORTUNITY
APPLICATION TO APPLY FOR THIS POSITION.

Job Notes

A317

**Salary Range:** C1 $38,500 to $80,000
**Last Day to Apply:** 09/15/2004
**Job Category:** Engineering
**Years of Experience:** 1- 5
**Travel Requirements:** High
**Relocation Benefits may Apply:** Yes
**Referral Bonus:** 1500 points

AMTRAK is an equal opportunity employer committed to employing a diverse workforce.
Internal AMTRAK employees must complete a job opportunities application to apply for
positions.

© Copyright 2001 TeamRewards.com. All Rights Reserved.

**A318**