**Lead Clerk** (1987-1990)

- Supervised commissary clerks at Washington, DC, Amtrak terminal.
- Responsible for supervision of daily clerical operations to ensure complete and timely inventories.
- Position required proactive inventory control of stock and stock rotation.
- Responsible for meeting train supply deadlines and all paperwork handled at satellite commissaries.
- Served as a Safety Committee Member.

**Clerk** (1986-1987)

- Responsible for accurately completing written stock orders.
- Operate Forklift

| Education |
|---|

**Associate of Arts Degree**, Business Administration (1987)
Frederick Community College
Frederick, MD

| Service Awards |
|---|

Amtrak Bronze and Silver Star for service excellence.

| Interests |
|---|

Board of Directors, Brunswick, MD Little League; Little League Team Manager; Youth Soccer Coach; Hunting; Fishing; Gardening, Computers.

| References Available upon Request |
|---|



December 22, 2004

Alvia L. Lacy
1306 Jervis Square
Belcamp, MD  21017

Dear Ms. Lacy:

Thank you for interviewing for the position of Administrator Inventory-High Speed, posting notice number 50183771, location, Washington. DC.

Due to the number of highly qualified applicants, the selection process was difficult. While your experience and educational background are impressive, the qualifications of the selected candidate more closely meet our needs.

I would like to take this opportunity to thank you for interviewing with us and wish you success in your future endeavors.

Sincerely,

Taylor Cannon
Human Resources Officer

**A377**

OCT-13-04 13:48 FROM AMTRAK BEAR COMPLEX        ID:13028367754    *90021056*AGE    1/8

Received by Human Resources

**Amtrak**

# Job Opportunity Application
### For use by Current Amtrak Employees Only
Applicants possessing the best combination of current skills and past job performance will be invited to interview for available positions. Only candidates with at least one year in their current position will be considered for other positions.

Title of Position Desired:
**AMTRAK-WASHINGTON-DC-ADMINISTRATOR INVENTORY-HS**
Posting Notice Number:
**50183771**
Location:
**WASHINGTON, DC**

Please complete all information and submit this form to arrive at your nearest Human Resources Office on or before the posting's expiration date. This form does not allow you to spell check your data. For extensive text, you may want to compose your text in another document and cut and paste it into this form. Attach additional sheets if not enough room is provided for your data.

## PERSONAL INFORMATION

| | |
|---|---|
| Name: **ALVIA L. LACY** | Social Sec. No.: **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** |
| Street Address: **1306 JERVIS SQ.** | Home Tel. No.: **410-272-4819** |
| | Work Tel. No.: **302 834-2769** |
| City: **BELCAMP**   State: **MD**   Zip: **21017** | Assigned Work Hours: **6-2** |
| Work Location: **BEAR, DE** | Assigned Work Days: **MON-FRI** |

## EDUCATION

| Level | Did You Graduate? | Dates From/To | Degree/Major | School Name | Location/City/State |
|---|---|---|---|---|---|
| High School | ☑ Yes ☐ No | From: 9/3/70 To: 6/7/74 | HIGH SCHOOL DIP. | ABERDEEN SR. HIGH | ABERDEEN, MD 21001 |
| College | ☑ Yes ☐ No | From: 6/ /83 To: 12/ /86 | BS BUSINESS ADMINISTRATION | UNIVERSITY OF MARYLAND | COLLEGE PARK, MD |
| Graduate School | ☐ Yes ☐ No | From: / / To: / / | | | |
| Vocational School | ☑ Yes ☐ No | From: 1/ /76 To: 8/ /76 | | AIRCO TEC INST. | BALTIMORE, MD |
| Other | ☐ Yes ☐ No | From: / / To: / / | | | |

## PRESENT JOB STATUS

| | | |
|---|---|---|
| Present Job Title: **CARREPAIR-PERSON** | Band/Zone **BEAR, DE** | Last Performance Rating: **N/A**    Date of Last Rating: / / |
| Supervisor's Name: **MR J. WALTERS** | Supervisor's Title: **MANAGER** | |

May a Human Resources Department representative contact your supervisor regarding your interest in this position?
☐ Yes ☑ No        Supervisor's Telephone No.:

## HUMAN RESOURCES USE ONLY - DO NOT ENTER DATA IN THIS SECTION

| Entered | | Forwarded | |
|---|---|---|---|
| Date: | | By: | Date: |
| By: | | To: | |

Note: It is the policy of the National Railroad Passenger Corporation to offer all employment opportunities without regard to race, color, religion, gender, age, national origin, disability, or veteran status.

NRPC 1764 (10/01)  MSWord Template

**A378**

OCT-13-04  13:49 FROM:AMTRAK BEAR COMPLEX                    ID:13028367754                    PAGE    2/8

## AMTRAK EMPLOYMENT HISTORY (List Current Position First)

| Dates From/To | Position Title | Supervisor and Department | Major Duties |
|---|---|---|---|
| From : 8 /  / 83 <br> To:  1 /  / 88 | TRACK -PERSON | TRACK | MAINTAIN AND REPAI R TRACK LOCATIONS WITHIN THE NEC. |
| From : 1 /  / 88 <br> To:  /  / | CARREPAIR- PERSON | MECHANICAL | REPAIR, AND MAINTAIN AMF I & II, IN ADDITION TO AIR BRAKE DUTIES. |
| From :  /  / <br> To:  /  / | | | |
| From :  /  / <br> To:  /  / | | | |

## OTHER EMPLOYMENT HISTORY

| Dates From/To | Position Title | Company | Major Duties |
|---|---|---|---|
| From : 7 /  / 97 <br> To:  /  / 99 | CSR | MCC | COMPLETE DUTIES IN SALES, BANK DEPOSITS, CLOSINGS, AND TRANSACTIONS, AS RELATED TO CENTER. |
| From :  /  / <br> To:  /  / | | | |
| From :  /  / <br> To:  /  / | | | |

## RELATIVES AT AMTRAK

Do you or your spouse have any relatives currently employed at Amtrak?  ☐ Yes   ☒ No
If yes, you must complete the following information about these relatives.

| Name | Relationship | Position/Department | Location |
|---|---|---|---|
| N/A | | | |
| | | | |
| | | | |

## APPLICANT'S QUALIFICATIONS

This form does not allow you to spell check your data.  For extensive text, you may want to compose your text in another document and cut and paste it into this form.  The field below will expand to allow 5,500 characters. Attach additional sheets if necessary.

Please explain how you fulfill the posted skills and experience requirements for this position.
I FULFILL THE POSTED SKILLS AND EXPERIENCE REQUIRED FOR THIS POSITION, BASED ON MY BACHELORS DEGREE IN BUSINESS ADMINISTRATION, AND MY EXPERIENCE, AND TECHNICIAL BACKGROUD IN THE FIELD OF MECHANICAL OPERATIONS, MAINTENANCE PROCEDURES, FRA, AND SAFETY REGULATUION.  IN ADDITION,  I HAVE SUPERVISION  EXPERIENCE .

**SIGNATURE** *Marcus Lacy*

## PLEASE READ THIS CAREFULLY

I certify that all information on this Job Opportunity Application is true.  I understand and agree that if employed in a nonagreement position my employment and compensation can be terminated with or without cause, and/or without notice, at any time, at the option of either the company or myself.  I have voluntarily submitted this form and consent to its processing according to Human Resources Department procedures.  I further understand that it may be used to update permanent employee information in the Human Resources Information System.

A379                    10/12/04



**Job Description**

New Search

***Job Reference #50172570***
***Amtrak - Pennsylvania-Philadelphia - Inventory Svcs Officer M/W (2) - eff 10/29/03***

POSITION: Inventory Services Officer - M/W (2 positions)
DEPARTMENT: Procurement & Materials Mgmt.
LOCATION: Philadelphia, PA
BAND/ZONE RATE OF PAY: C1 $38,500.00 minimum
POSITION NO: 50172570

INTERNAL AND EXTERNAL APPLICANTS

DUTIES: Responsible for supporting strategic planning initiatives
relative to Inventory Management for Maintenance of Way. Also
responsible for effective utilization of resources to ensure that all
financial aspects of inventory cost expenditures are controlled
within budget parameters and support corporate objectives. Provides
internal consultation in business process evaluation and
reengineering relative to key business processes within the area of
materials management. Supports all users and customers with
technical information support as well as improves turn ratios and
services levels throughout the system..

EDUCATION: Bachelor's degree in Business or related field or the
equivalent combination of education, training and/or experience.

WORK EXPERIENCE: Proven experience in Materials
Management/Inventory. Proven demonstrated experience in logistical
analysis and project management skills preferred.

OTHER REQUIREMENTS: Proven skill set in Microsoft Desk Top
Applications. Satisfactory prior job performance required. Ability
to show basic knowledge of AAMPS system preferred.

COMMUNICATION AND INTERPERSONAL SKILLS: Proven experience to
effectively communicate orally and in writing to support and sustain
an effective operation.

SUPERVISORY RESPONSIBILITIES: None.

TRAVEL: 20%.

INTERNAL AMTRAK EMPLOYEES MUST COMPLETE A JOB OPPORTUNITY APPLICATION
TO APPLY FOR THIS POSITION.

|  |  |
|---|---|
| **Salary Range:** | $38,500.00 - $66,200.00 / Annually |
| **Salary Band:** | C1 |
| **Last Date to Apply:** | 2003-11-05 |
| **Years of Experience:** | 1 - 5 |
| **Specialty:** | Procurement |
| **Employment Type:** | Direct Hire, Full Time |
| **Travel Requirements:** | Low |
| **Relocation Benefits may Apply:** | Yes |
| **Classification:** | Non-Agreement |
| **Referral Bonus:** | 1500 pts |



PROCUREMENT                           01/16 '04 16:06 NO.870  03/06

**AMTRAK**

## PERSONNEL ACTION REQUEST

| Conflict Of Interest? | Training Required? |
|---|---|
| Yes ☐ No ☒ | ☐ Yes ☒ No |

**Current Information** (Must Be Completed)

| Payroll Area | Social Security Number | Personnel No. | LAST Name | | FIRST Name | | M.I. |
|---|---|---|---|---|---|---|---|
| | 171 – 44 – 4284 | 00053276 | Smith | | Dennis | | |

| Job Code | Position Title | | Department | Personnel Area | Band/Zone | Cost Center | Emp. Sub Group |
|---|---|---|---|---|---|---|---|
| 97211 | Analyst Budget | | Engineering | NE1 | B-2 | 3921 | |

**Action Requested** (Must Be Completed)

| | | | |
|---|---|---|---|
| ☐ New Hire | ☐ Transfer between Management/Union | ☐ Leave of Absence Paid (Management) | |
| ☐ Rehire/Reinstatement | ☐ Salary Change | ☐ Leave of Absence Unpaid | ☐ Termination |
| ☒ Transfer/Organization Change | ☐ Leave of Absence Paid (Union) | ☐ Return from Leave | ☐ Retirement |

**Action Reason Code**

| Code | Reason | Effective Date |
|---|---|---|
| P6 | Mgmt. between band/zone | Month 2 Day 1 Year 2004 |

**New Job Code and Salary Information**

| Job Code | Position Title | | CDL | Position No. | Personnel Subarea | Band/Zone |
|---|---|---|---|---|---|---|
| 92392 | Inventory Services Officer M/W | | ☐ Yes ☒ No | 50172570 | | C-1 |

| Hours of Service | ☒ Not Applicable (0) | ☐ Engineer (1) | ☐ Trainmen (2) | ☐ Train Dispatchers/Director (3) |
|---|---|---|---|---|
| Job Category | ☐ Block Operator (4) | ☐ Signalman (5) | ☐ Cab Signal/ATS Electrician (6) | ☐ Locomotive Mover/Helper (7) |

| Hire Date | Current Salary/Rate Of Pay | New Salary/Rate Of Pay | Work Hours (Part Time) |
|---|---|---|---|
| Month  Day  Year | $ 50,800 | $ 54,900 | |

**Job Assignment**

| Cost Center | Function | Work Order No. | FIS Location | Payroll Area | Shift | Work Schedule | Gang | Site Code | Check Seq. |
|---|---|---|---|---|---|---|---|---|---|
| 4901 | 1121 | | 3451 | | 1 | M-F | | 47006 | PHL59 |

| Work Phone No. | ATS No. | Original RR Hire Date | | Prior RR Code | Personnel Area | Department |
|---|---|---|---|---|---|---|
| | | Month  Day  Year | | | NE1 | Proc. & Materials Mgmt. |

| Emp Sub Group | Vacation Eligibility Date | | Craft Seniority Date | | ARSA Hire Date | |
|---|---|---|---|---|---|---|
| | Month  Day  Year | | Month  Day  Year | | Month  Day  Year | |

**Performance Evaluation Information** (For Management Transactions Only)

| Last Performance Review Date: | Next Performance Review Date: |
|---|---|
| Month  Day  Year | Month  Day  Year |

**Termination Information/Allowances** (Must Be Completed For All Termination Actions)

Allowances

| | | | | |
|---|---|---|---|---|
| Vacation Hours Due | Eligible For Rehire? | ☐ Yes | ☐ No (Explain In Remarks) | |
| Sick Hours Due | Outstanding Advance? | ☐ Yes | ☐ No (Explain 'Yes' Answer In Remarks) | |
| Severance Pay Due | All Properties Collected? | ☐ Yes | ☐ No (Explain In Remarks) | |
| Notice Pay Due | Fill Vacant Position? | ☐ Yes | ☐ No | |

| Short-Term Disability Benefits | Relocations | | | |
|---|---|---|---|---|
| First ___ days at 100% pay | Approved for Benefits | Yes | No | |
| ___ Days at 100% pay less RUIA ___ Days at 80% pay less RUIA | Level of Benefits: | Tier I | Tier II | Tier III |
| RUIA Benefits at $ ___ per day | | | | |

**Remarks**

This position created due to the reorganization in the material control department.

**Approval Signatures**

| Supervisor's Name | | Human Resources Approval | Date: |
|---|---|---|---|
| Phone No. | | | |
| Signature | Date | | 1/26/04 |
| Department Approval | Date | Entered By | Date: |
| Michael Rienzi | 1/16/04 | | |

Instructions: Complete form, print and secure department approvals.  Retain signed copy for department records and forward original to Human Resources.

NRPC 2000 (10/02) Word Template
Amtrak is a registered service mark of the National Railroad Passenger Corporation.

# Staff Summary Sheet - SSS4106

| | |
|---|---|
| **Requester:** MARIE WALKER-RUGGHIA | **Executive Officer:** MICHAEL RIENZI |
| **Title:** Manager Budget Planning | **Department Head:** DAVID HERENDEEN |
| **Extension:** 8-728-1288 | **Director/Manager:** JOSEPH SOUSAIII |
| **Date Submitted:** 1/14/2004 | **Date Approved:** |

**Purpose:** Request approval of Personnal Action Request to place Mr. Dennis Smith to the positin of Inventory Services Officer, Philadelphia Maintenance of Way.

**Discussion:** This position was recently advertised and Mr. Smith either met or exceeded all job qualificatinos. Candidate Selection Justification form and Personnel Action REquest (form 2000) are included as attachments.

**Alternatives:** None

**Funding:** Funding for this position has been included in the FY04 operating budget and is included in the authorized headcount of chart 11.1.3.

**Recommendations:** Approve this request.

## Routing Flow

| Routing | Approver | Concur | Non-Concur |
|---|---|---|---|
| | Sr. VP - Operations | | |
| | Chief Engineer | | |
| | Chief Financial Officer | | |
| | Chief Mechanical Officer | | |
| | Chief System Safety and Security | | |
| | General Counsel & Corp. Sec. | | |
| | Inspector General | | |
| | VP - Business Diversity | | |
| | VP - Government Affairs & Policy | | |
| 02 | VP - Human Resources | X | |
| | VP - Labor Relations | | |
| | VP Marketing and Sales | | |
| | VP - Planning & Bus. Dev. | | |
| 01 | VP - Procurement & Mat. Mgmt. | X | |
| | VP - Transportation | | |

## President and CEO Response

| Final Approver | Action Required |
|---|---|
| President and CEO | Awaiting full approval |

A382

PROCUREMENT                                    01/16 '04 16:06 NO.870 02/06

 **AMTRAK**                        **Candidate Selection Justification**

| Position Title | | Department | |
|---|---|---|---|
| Inventory Services Officer M/W | | Procurement & Mat. Mgmt. | |

| Posting Number | Band/Zone | Location | Interview Date |
|---|---|---|---|
| 50172570 | C-1 | Philadephia | 12 / / 2003 |

| Interview Process | ☒ One-on-One | ☒ Panel | ☐ Telephone |
|---|---|---|---|
| | ☐ Other | | |

**Interview Participants**

| | |
|---|---|
| Jim Krotz, Lonnie Perkins, Mark Gryan | Proc. & Materials Mgmt. |
| David Herendeen | Proc. & Materials Mgmt. |
| Cory Sams | HR Department |

**Candidates Interviewed**

| Name | *Race | Sex | | | |
|---|---|---|---|---|---|
| Dennis Smith | White | ☒ Male | ☐ | Female |
| John Muth | White | ☒ Male | ☐ | Female |
| Joanne Drake | White | ☐ Male | ☒ | Female |
| Roberta Kelly | White | ☐ Male | ☒ | Female |
| Daniel Crawford | White | ☒ Male | ☐ | Female |
| John Pasquale Jr. | White | ☒ Male | ☐ | Female |
| Joeseph Julien | White | ☒ Male | ☐ | Female |
| | | ☐ Male | ☐ | Female |
| | | ☐ Male | ☐ | Female |
| | | ☐ Male | ☐ | Female |

\* ● American Indian or Alaskan Native   ● Asian   ● Native Hawaiian or Other Pacific Islander   ● Black or African American   ● White
● Hispanic or Latino (All races)   ● Hispanic or Latino (White race only)   ● Hispanic or Latino (All other races)

**Selected Candidate**

| Dennis Smith | White | ☒ Male | ☐ Female |
|---|---|---|---|

**Selection Justification**

Mr. Smith in our opinion is the best qualified candidate for the M/W Inventory Service Officer position. Dennis brings years of experience in the handling of ET and C&S material and capital ordering and is familiar with most of the personnel on the Philadelphia staff. This candidate brings financial as well as personal experience in both field and staff positions to the job. Dennis would be an immediate asset to the department and would have an immediate positive impact with the Engineering Department.

| Proposed Effective Date | Proposed Salary | |
|---|---|---|
| 2 / 1 / 2004 | 54,900 | ☒ Salary Increase   8 % Increase ☐ Lateral With No Increase |

**Salary Justification**

This salary action will compensate him for the increase in job responsiblities and the move from a B2 to a C1 band/zone.

**Approval Signatures**

| Name | Signature | Date |
|---|---|---|
| Michael J. Rienzi | | 1 / 16 / 04 |
| | | / / |
| | | / / |

NRPC 3158 word template
Amtrak is a registered service mark of the National Railroad Passenger Corporation

**A383**

Received by Human Resources

Amtrak

# Job Opportunity Application

For use by Current Amtrak Employees Only

Applicants possessing the best combination of current skills and past job performance will be invited to interview for available positions. Only candidates with at least one year in their current position will be considered for other positions.

Title of Position Desired:
**Inventory Service Officer**

Posting Notice Number:
**50172570**

Location:
**Philadelphia, PA**

**Please complete all information and submit this form to arrive at your nearest Human Resources Office on or before the posting's expiration date.** This form does not allow you to spell check your data. Attach additional sheets if not enough room is provided for your data. For extensive text, you may want to compose your text in another document and cut and paste it into this form.

## PERSONAL INFORMATION

Name:   **Dennis J. Smith**

Street Address:   **11 Coolidge Ave.**

City: **Sellersville**

Work Location: **Philadelphia**   State: **PA**   Zip:**18960**

Social Sec. No.: **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**
Home Tel. No.: **215-258-5431**
Work Tel. No.: **728-2118**
Assigned Work Hours: **7:00AM to 4:00PM**
Assigned Work Days: **Monday thru Friday**

## EDUCATION

| Level | Did You Graduate? | Dates From/To | Degree/Major | School Name | Location/City/State |
|---|---|---|---|---|---|
| High School | ☒ Yes ☐ No | From : 09 / / 1968 To: 06 / / 1972 | Academic | Father Judge High School for Boys | Philadelphia, PA |
| College | ☐ Yes ☐ No | From : / / To : / / | | | |
| Graduate School | ☐ Yes ☐ No | From : / / To : / / | | | |
| Vocational School | ☒ Yes ☐ No | From : 09 / / 1974 To : 06 / / 1978 | Machinist, 1st Class | Eastern Montco VoTech | Montgomery County, PA |
| Other | ☐ Yes ☐ No | From : / / To : / / | | | |

## PRESENT JOB STATUS

Present Job Title:
**Budget Analyst, NEC**

Supervisor's Name:
**Walt Heide**

Band/Zone **B-2**

Last Performance Rating: **5.7**

Supervisor's Title:
**Director Business Operations**

Date of Last Rating:
**10 / 01 / 2002**

May a Human Resources Department representative contact your supervisor regarding your interest in this position?
☒ Yes ☐ No

Supervisor's Telephone No.: **728-1118**

## HUMAN RESOURCES USE ONLY – DO NOT ENTER DATA IN THIS SECTION

| Entered | | Forwarded | |
|---|---|---|---|
| Date: | | | |
| By: | | By: | |
| | | To: | Date: |

Note: It is the policy of the National Railroad Passenger Corporation to offer all employment opportunities without regard to race, color, religion, gender, age, national origin, disability, or veteran status.

NRPC 1764 (10/01) MSWord Template

- 1 -

## AMTRAK EMPLOYMENT HISTORY (List Current Position First)

| Dates From/To | Position Title | Supervisor and Department | Major Duties |
|---|---|---|---|
| From: 11 / / 2003<br>To: 10 / / 2003 | Budget Analyst | W. Heide | Submission of Core and Capitol budgets and ensure that budgets are maintained as planned. |
| From: 06 / / 2000<br>To: 10 / / 2002 | System Analyst | D. Crist | Submission of C&S Core budget and ensure that Capitol budget is maintained as planned. Ordering and tracking of equipment and materials for various C&S projects. |
| From: 04 / / 1999<br>To: 06 / / 2000 | C&S Office Foreman | W. Bryan<br>C&S | Input, update and maintain various FRA and Amtrak records |
| From: 06 / / 1998<br>To: 04 / / 1999 | C&S Foreman - Maintenance | R.D. Slimbock<br>C&S | Provide leadership and instruction on various C&S projects. |

## OTHER EMPLOYMENT HISTORY

| Dates From/To | Position Title | Company | Major Duties |
|---|---|---|---|
| From: 09 / / 1988<br>To: 04 / / 1991 | C&S Maintainer | Amtrak | Maintain, trouble shoot and required testing at various interlockings on the Philadelphia Division. |
| From: 09 / / 1983<br>To: 09 / / 1988 | Class A Lineman | Amtrak | Maintain and revise catenary system on the Philadelphia Division. |
| From: / /<br>To: / / | | | |

## RELATIVES AT AMTRAK

Do you or your spouse have any relatives currently employed at Amtrak? ☐ Yes  ☒ No
If yes, you must complete the following information about these relatives.

| Name | Relationship | Position/Department | Location |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

## APPLICANT'S QUALIFICATIONS

This form does not allow you to spell check your data. For extensive text, you may want to compose your text in another document and cut and paste it into this form. The field below will expand to allow 5,500 characters. Attach additional sheets if necessary.

Please explain how you fulfill the posted skills and experience requirements for this position.
I currently hold the position of Budget Analyst, NEC. My working knowlegde of BRIO, AAMPS, FIS, Work Element Explorer, Excel and E-Trax prepares me to execute the stated duties. My 20 years of Amtrak service has provided me with a well rounded foundation to further my career.

## SIGNATURE

**PLEASE READ THIS CAREFULLY:**

I certify that all information on this Job Opportunity Application is true. I understand and agree that if employed in a nonagreement position my employment and compensation can be terminated with or without cause, and/or without notice, at any time, at the option of either the company or myself. I have voluntarily submitted this form and consent to its processing according to Human Resources Department procedures. I further understand that it may be used to update permanent employee information in the Human Resources Information System.

_____         _____
Applicant's Signature                                                    Date

**A385**

11 Coolidge Ave.
Sellersville, PA 18960

215-258-5431
smithdj@amtrak.com

# Dennis J. Smith

| | | | |
|---|---|---|---|
| **Experience** | 2000–2003 | Amtrak NEC | Philadelphia, PA |

**Budget Analyst, NEC**

- Responsible for timely submission of Core and Capitol Budgets and ensure that budgets are maintained as planned.
- Ensure that costs for various Capitol Projects are correctly applied and prepare journal entries.
- Prepare weekly GCAP project level and work element level spending summaries.
- Estimated various C&S Capitol Projects.
- Create material requests of C&S equipment for various Capitol and Reimbursable Projects and submit invoices.
- Create BRIO labor reports to ensure correct account coding and prepare journal entries.

1999–2000      Amtrak NEC      Philadelphia, PA

**Office Foreman C&S**

- Input, update, and maintain various FRA and Amtrak related databases and records.

1998–1999      Amtrak NEC      Philadelphia, PA

**Foreman C&S Maintenance**

- Provide leadership and instruction on various C&S projects.

1991–1998      Amtrak NEC      Philadelphia, PA

**Assistant Foreman C&S Trouble Desk**

- Responsible for coordinating all trouble calls for the entire Mid-Atlantic Division.

**Education**      1968–1972      Father Judge High School      Philadelphia, PA
- Academic Course

**Interests**      Coaching baseball, weight lifting, and running.

**Qualifications**      My 20 years of Amtrak service in the C&S and ET Departments has provided me with a well-rounded foundation to further my career. I was a team member which developed a tool for estimating currently being used

**A386**

by the C&S Dept. My working knowledge of a wide variety of software applications (i.e. Excel, AAMPS, BRIO, FIS, Work Element Explorer, E-Trax) prepares me to execute the stated duties of the position. I would like to take on new challenges and contribute to the future success of Amtrak.

PROCUREMENT                                    03/25 '04 14:06 NO.236  02/04

**✈AMTRAK®**                                                    5555327

# PERSONNEL ACTION REQUEST

| | Conflict Of Interest? | Training Required? |
|---|---|---|
| | Yes ☐ No ☐ | Yes ☐ No ☐ |

**Current Information**

| Payroll Area | Social Security Number | Personnel No. | LAST Name | FIRST Name | M.I. |
|---|---|---|---|---|---|
| 02 | — — | 18079 | Finley | Regina | |

| Job Code | Position Title | Department | Personnel Area | Band/ Zone | Cost Center | Emp. Sub Group |
|---|---|---|---|---|---|---|
| 91342 | Contracting Agent | Procurement & Mat'l Mgmt. | NE1 | C1 | 4831 | |

**Action Requested**

| | | |
|---|---|---|
| ☐ New Hire | ☐ Transfer between Management/Union | ☐ Leave of Absence Paid (Management) |
| ☐ Rehire/Reinstatement | ☐ Salary Change | ☐ Leave of Absence Unpaid |
| ☒ Transfer/Organization Change | ☐ Leave of Absence Paid (Union) | ☐ Return from Leave |

| ☐ Termination |
| ☐ Retirement |

**Action Reason Code**

| Code | Reason | Effective Date: 16 |
|---|---|---|
| | Mgmt. Lateral | Month 4 Day X Year 2004 |

**New Job Code and Salary Information**

| Job Code | Position Title | CDL | Position No. | Personnel Subarea | Band/Zone |
|---|---|---|---|---|---|
| 63661 | Inventory Services Officer | ☐ Yes ☐ No | 5017257 0 | | C1 |

| Hours of Service | ☐ Not Applicable (0) | ☐ Engineer (1) | ☐ Trainmen (2) | ☐ Train Dispatchers/Director (3) |
|---|---|---|---|---|
| Job Category | ☐ Block Operator (4) | ☐ Signalman (5) | ☐ Cab Signal/ATS Electrician (6) | ☐ Locomotive Mover/Helper (7) |

| Hire Date | | | Current Salary/Rate Of Pay | New Salary/Rate Of Pay | Work Hours (Part Time) |
|---|---|---|---|---|---|
| Month | Day | Year | $ 50,700 | $ 50,700 | |

**Job Assignment**

| Cost Center | Function | Work Order No. | FIS Location | Payroll Area | Shift | Work Schedule | Gang | Site Code | Check Seq. |
|---|---|---|---|---|---|---|---|---|---|
| 4901 | 1121 | | 3451 | | | | | 47006 | PHL59 |

| Work Phone No. | ATS No. | Original RR Hire Date | | | Prior RR Code | Personnel Area | Department |
|---|---|---|---|---|---|---|---|
| | | Month | Day | Year | | NE1 | Proc. & Mat'l Mgmt. |

| Emp Sub Group | Vacation Eligibility Date | | | Craft Seniority Date | | | ARSA Hire Date | | |
|---|---|---|---|---|---|---|---|---|---|
| | Month | Day | Year | Month | Day | Year | Month | Day | Year |

**Performance Evaluation Information**

| Last Performance Review Date: | | | Next Performance Review Date: | | |
|---|---|---|---|---|---|
| Month | Day | Year | Month | Day | Year |

**Termination Information/Allowances**

| Allowances | | | | | |
|---|---|---|---|---|---|
| Vacation Hours Due | Eligible For Rehire? | ☐ Yes | ☐ | No (Explain In Remarks) |
| Sick Hours Due | Outstanding Advance? | ☐ Yes | ☐ | No (Explain 'Yes' Answer In Remarks) |
| Severance Pay Due | All Properties Collected? | ☐ Yes | ☐ | No (Explain In Remarks) |
| Notice Pay Due | Fill Vacant Position? | ☐ Yes | ☐ | No |

| Short-Term Disability Benefits | Relocations | | | |
|---|---|---|---|---|
| First ___ days at 100% pay | Approved for Benefits | Yes | No | |
| ___ Days at 100% pay less RUIA ___ Days at 80% pay less RUIA | | | | |
| RUIA Benefits at $ ___ per day | Level of Benefits: | Tier I | Tier II | Tier III |

**Remarks**

X

**Approval Signatures**

| Supervisor's Name | Phone No. | Human Resources Approval | Date: |
|---|---|---|---|
| Signature | Date: 3/25/04 | | 3/30/04 |
| Department Approval Michael Ricazi | | Entered By | Date: |

Instructions: Complete form, print and secure department approvals.  Retain signed copy for department records and forward original to Human Resources.

NRPC 2000 (10/02) Word Template
Amtrak is a registered service mark of the National Railroad Passenger Corporation.

MAR.30.2004   2:45PM
SSS5327: R. Finley - Inventory Services Officer (Phila)                    NO.507   P.19

Page 1 of 1

## Staff Summary Sheet - SSS5327

| | |
|---|---|
| **Requester:** MARIE WALKER-RUGGHIA | **Executive Officer:** MICHAEL RIENZI |
| **Title:** Manager Budget Planning | **Department Head:** DAVID HERENDEEN |
| **Extension:** 8-728-1288 | **Director/Manager:** JOSEPH SOUSAIII |
| **Date Submitted:** 3/24/2004 | **Date Approved:** |

**Purpose:** Request approval of Personnel Action Request to place Ms. Regina Finley into the position of Inventory Services Officer M/W in Philadelphia.

**Discussion:** This position was recently advertised and Ms. Finley either met or exceeded all job requirements. The Candidate Selection Justification form and Personnel Action Request (form 2000) are included as attachments.

**Alternatives:** None

**Funding:** Funding for this position has been included in the FY04 operating budget and is also included in the authorized headcount of chart 11.1.3.

**Recommendations:** Approve this request.

### Routing Flow

| Routing | Approver | Concur | Non-Concur |
|---|---|---|---|
| | Sr. VP - Operations | | |
| | Chief Engineer | | |
| | Chief Financial Officer | | |
| | Chief Mechanical Officer | | |
| | Chief System Safety and Security | | |
| | General Counsel & Corp. Sec. | | |
| | Inspector General | | |
| | VP - Business Diversity | | |
| | VP - Government Affairs & Policy | | |
| 02 | VP - Human Resources | X | |
| | VP - Labor Relations | | |
| | VP Marketing and Sales | | |
| | VP - Planning & Bus. Dev. | | |
| 01 | VP - Procurement & Mat. Mgmt. | X | |
| | VP - Transportation | | |

### President and CEO Response

| Final Approver | | Action Required | |
|---|---|---|---|
| President and CEO | | Awaiting full approval | |

*(handwritten: DH  '04  3·30)*

http://mssetx01.com.nmc/Buyer/render/1A0N078RLE730

PROCUREMENT

03/25 '04 14:06 NO.236 03/04

 **AMTRAK®**

**Candidate Selection Justification**

| Position Title Inventory Services Officer | | Department Procurement & Mat. Mgmt. |
|---|---|---|
| Posting Number 50172570 | Band/Zone C-1 · Location Phila | Interview Date 03 / 19 / 2004 |
| Interview Process | ☐ One-on-One  ☒ Panel  ☐ Telephone ☐ Other | |

**Interview Participants**

| Lonnie Perkins | Procurement & Material Management Dept. |
|---|---|
| Mark Gryan | Procurement & Material Management Dept. |
| | |

**Candidates Interviewed**

| Name | *Race | Sex | |
|---|---|---|---|
| Edwina Valentine | Black | ☐ Male | ☒ Female |
| Regina Finley | White | ☐ Male | ☒ Female |
| Charles Reuss | White | ☒ Male | ☐ Female |
| | | ☐ Male | ☐ Female |
| | | ☐ Male | ☐ Female |
| | | ☐ Male | ☐ Female |
| | | ☐ Male | ☐ Female |
| | | ☐ Male | ☐ Female |
| | | ☐ Male | ☐ Female |
| | | ☐ Male | ☐ Female |

* • American Indian or Alaskan Native  • Asian  • Native Hawaiian or Other Pacific Islander  • Black or African American  • White
  • Hispanic or Latino (All races)  • Hispanic or Latino (White race only)  • Hispanic or Latino (All other races)

**Selected Candidate**

| Regina Finley | White | ☐ Male | ☒ Female |
|---|---|---|---|

**Selection Justification**
Regina Finley either meets or exceeds all job qualifications and is the best candidate for this position. She had the most diversified purchasing and inventory materials management background of any candidate that was interviewed. She has extensive knowledge of the AAMPS inventory system and also has 11 years of experience in all aspects of purchasing functions as a Contracting Agent in the Philadelphia Procurement Department.

| Proposed Effective Date 04 / 01 / 2004 | Proposed Salary | ☐ Salary Increase  % Increase  ☒ Lateral With No Increase |
|---|---|---|

**Salary Justification**

**Approval Signatures**

| Name | Signature | Date |
|---|---|---|
| Michael J. Rienzi | | 3/25/04 |
| | | / / |
| | | / / |

NRPC 3158 word template
Amtrak is a registered service mark of the National Railroad Passenger Corporation

Received by Human Resources

**RECEIVED**

**Amtrak**

MAR 1 1 2004

AMTRAK Company

# Job Opportunity Application

### For use by Current Amtrak Employees Only
Applicants possessing the best combination of current skills and past job performance will be invited to interview for available positions.  Only candidates with at least one year in their current position will be considered for other positions.

Title of Position Desired:
**Inventory Services Officer - M/W**
Posting Notice Number:
**50172570**
Location:
**Philadelphia**

**Please complete all information and submit this form to arrive at your nearest Human Resources Office on or before the posting's expiration date.  This form does not allow you to spell check your data.  For extensive text, you may want to compose your text in another document and cut and paste it into this form. Attach additional sheets if not enough room is provided for your data.**

## PERSONAL INFORMATION

| | |
|---|---|
| Name:  **Regina A Finley** | Social Sec. No.: **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** |
| Street Address:  **44 Ice Pond Rd** | Home Tel. No.: **(267) 738-3679** |
| | Work Tel. No. : **(215) 349-1207** |
| City: **Levittown**        State: **PA**     Zip:**19057** | Assigned Work Hours: **8:00 am - 5:00 pm** |
| Work Location:  **Philadelphia, PA** | Assigned Work Days: **Monday thru Friday** |

## EDUCATION

| Level | Did You Graduate? | Dates From/To | Degree/Major | School Name | Location/City/State |
|---|---|---|---|---|---|
| High School | ☒ Yes ☐ No | From : 09 / 05 / 1965 To : 06 / 07 / 1969 | **Business** | **Bishop Conwell H.S.** | **Levittown, PA** |
| College | ☐ Yes ☒ No | From : / / To : / / | | | |
| Graduate School | ☐ Yes ☐ No | From : / / To: / / | | | |
| Voca-tional School | ☐ Yes ☐ No | From : / / To : / / | | | |
| Other | ☒ Yes ☐ No | From : / / To : / / | **NAPM Courses** | **Penn State Ogontz** | **Abington Campus** |

## PRESENT JOB STATUS

| | | | |
|---|---|---|---|
| Present Job Title: **Contract Agent** | Band/Zone **C-1** | Last Performance Rating: **4.7** | Date of Last Rating: **01 / 07 / 2003** |
| Supervisor's Name: **Larry Beddis** | | Supervisor's Title: **Director** | |

May a Human Resources Department representative contact your supervisor regarding your interest in this position?
☒ Yes ☐ No        Supervisor's Telephone No.: **(215) 349-1222**

## HUMAN RESOURCES USE ONLY – DO NOT ENTER DATA IN THIS SECTION

| Entered | | Forwarded | |
|---|---|---|---|
| Date: | | By: | |
| By: | | To: | Date: |

Note:  It is the policy of the National Railroad Passenger Corporation to offer all employment opportunities without regard to race, color, religion, gender, age, national origin, disability, or veteran status.

NRPC 1764 (10/01)  MSWord Template

## AMTRAK EMPLOYMENT HISTORY (List Current Position First)

| Dates From/To | Position Title | Supervisor and Department | Major Duties |
|---|---|---|---|
| From :    /   /<br><br>To:    /   / | | "See Attach" | |
| From :    /   /<br><br>To:    /   / | | | |
| From :    /   /<br><br>To:    /   / | | | |
| From :    /   /<br><br>To:    /   / | | | |

## OTHER EMPLOYMENT HISTORY

| Dates From/To | Position Title | Company | Major Duties |
|---|---|---|---|
| From :    /   /<br><br>To:    /   / | | | |
| From :    /   /<br><br>To:    /   / | | | |
| From :    /   /<br><br>To:    /   / | | | |

## RELATIVES AT AMTRAK

Do you or your spouse have any relatives currently employed at Amtrak?    ☐ Yes    ☒ No
If yes, you must complete the following information about these relatives.

| Name | Relationship | Position/Department | Location |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

## APPLICANT'S QUALIFICATIONS

This form does not allow you to spell check your data.  For extensive text, you may want to compose your text in another document and cut and paste it into this form.  The field below will expand to allow 5,500 characters. Attach additional sheets if necessary.

Please explain how you fulfill the posted skills and experience requirements for this position.
**My current position as an experienced Contract Agent has given me extensive interaction with the Inventory Service Officers and having established an excellent rapport will only prove to benefit me in this position.  In addition, my interested in this position would afford me personal and professional growth within the Materials Management Department.  I have strong analytical, problem solving and interpersonal skills.  I am highly motivated with a strong work ethic, available as needed for training, travel, overtime, etc.  My experience, qualifications, professional appearance, the interpersonal communication skills I possess will enable me to become a contributing team member to the Materials Management Staff.**

## SIGNATURE

## PLEASE READ THIS CAREFULLY:

I certify that all information on this Job Opportunity Application is true.  I understand and agree that if employed in a nonagreement position my employment and compensation can be terminated with or without cause, and/or without notice, at any time, at the option of either the company or myself.  I have voluntarily submitted this form and consent to its processing according to Human

- 2 -

**A392**

Resources Department procedures.  I further understand that it may be used to update permanent employee information in the Human Resources Information System.

_Regina Tinley_                                                    _3-11-04_
Applicant's Signature                                              Date

Regina Finley
44 Ice Pond Rd
Levittown, PA 19057

Finleyr@amtrak.com

Education

Completed NAPM courses which were sponsored by Penn State Ogontz
Abington Campus. Attended several classes on Cost and Price Analysis and Ethics in
Procurement. Plan to acquire C.P.M. Certification during the next year. In the past two years
attended NAPM sponsored seminars and classes, which focused on Supplier Negotiation,
Analysis of Financial Statement and other pertinent topics related to the Procurement industry.

Experience

National Railroad Passenger Corporation

1979 to Present

Contract Manager

1993 to Present

In my current position as a Contract Manager I am responsible for the Purchasing of various
commodities and services for the replenishment of inventory that support Amtrak's Capital and
Maintenance Programs. Duties include soliciting and negotiating contract pricing and resolving
payment or delivery schedule problems. In the last year I have been part of the eProcurement
Group that has introduced the "Reverse Auction" process as a way for suppliers to submit pricing
using Internet Tools.

I am directly responsible for managing the eTrax catalog for the C.L.Pressor contract for the
purchasing of expense hand tools and hardware.

I have had the experience as a member of the team that was involved with insourcing efforts for
the rehabilitation of 364 Breda Series 2000 and 3000 cars. After extensive negotiations and an
agreed upon bid price, Amtrak was unsuccessful in securing the business. The efforts and
enthusiasm while working on this project served as an invaluable experience with regards to not
only the pricing and sourcing of components but the development of a comprehensive
requirements document.

In my work as a Contract Agent I have applied my skills, experience, initiative, and creativity to
identify areas of cost savings whenever possible for Amtrak.

Purchasing Coordinator

1990 to 1993

While working in my position as Purchasing Coordinator I was instrumental in the development
and conversion of AAMS to the AAMPS system, which included the conversion of the Backlog,

Vendor Performance, Open order, MR Elapse Time and Miscellaneous Reports from Focus to Query writer. I was instrumental in the conversion of the Blanket Purchase Agreements from AMMS to the AAMPS system. In addition I supervised fourteen non-exempt employees of the clerical staff in the Purchasing Department. My knowledge and dedication have positively impacted the migration to the AAMPS system.

Inventory Control Planner

1988 to 1990

Working in the Materials Control Department of Materials Management as an Inventory Control Planner, I was responsible for monitoring usage and on-hand quantities of inventory items to determine ordering quantities for inventory replenishment for Amtrak Material locations. My duties included the generation of material requests to support inventory levels and the periodic renewal of Automated Agreements that were based on replenishment plans (Auto-Gen)

Purchase Order Clerk

1984 to 1988

As a Purchase Order Clerk I have gained hands on experience with the AAMS system and 8100 Word Processing. My extensive experience with AMMS has enabled me to troubleshoot and resolve problems for a wide range of material and purchasing related activities. I have a strong understanding of the overhead operation of the Procurement Department from the years of experience in this department.

1979 to 1984
Customer Service

Served as a Customer Service Representative as a result, I have a basic understanding of the Arrow System.

Received by Human Resources

# Job Opportunity Application

### For use by Current Amtrak Employees Only

Applicants possessing the best combination of current skills and past job performance will be invited to interview for available positions. Only candidates with at least one year in their current position will be considered for other positions.

Title of Position Desired: AMTRAK-PENN-PHIL-INVENTORY SVCS OFFICER M/W    (2)

Posting Notice Number: 50172570

Location: PHIL, PA

Please complete all information and submit this form to arrive at your nearest Human Resources Office on or before the posting's expiration date. This form does not allow you to spell check your data. For extensive text, you may want to compose your text in another document and cut and paste it into this form. Attach additional sheets if not enough room is provided for your data.

## PERSONAL INFORMATION

| | |
|---|---|
| Name: ALVIA L. LACY | Social Sec. No.: 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 |
| Street Address: 1306 JERVIS SQ, | Home Tel. No.: 410-272-4819 |
| | Work Tel. No.: 302 834-2769 |
| City: BELCAMP    State: MD    Zip: 21017 | Assigned Work Hours: 6-2 |
| Work Location: BEAR, DE | Assigned Work Days: MON-FRI |

## EDUCATION

| Level | Did You Graduate? | Dates From/To | Degree/Major | School Name | Location/City/State |
|---|---|---|---|---|---|
| High School | ☒ Yes ☐ No | From: 9/3/70 To: 6/7/74 | HIGH SCHOOL DIP. | ABERDEEN SR. HIGH | ABERDEEN, MD 21001 |
| College | ☒ Yes ☐ No | From: 6/ /83 To: 12/ /86 | BS BUSINESS ADMINISTRATION | UNIVERSITY OF MARYLAND | COLLEGE PARK, MD |
| Graduate School | ☐ Yes ☐ No | From: / / To: / / | | | |
| Vocational School | ☒ Yes ☐ No | From: 1/ /76 To: 8/ /76 | | AIRCO TEC INST. | BALTIMORE, MD |
| Other | ☐ Yes ☐ No | From: / / To: / / | | | |

## PRESENT JOB STATUS

| Present Job Title: CARREPAIR-PERSON | Band/Zone BEAR, DE | Last Performance Rating: N/A | Date of Last Rating: / / |
|---|---|---|---|
| Supervisor's Name: MR J. WALTERS | | Supervisor's Title: MANAGER | |

May a Human Resources Department representative contact your supervisor regarding your interest in this position?
☐ Yes ☒ No    Supervisor's Telephone No.:

## HUMAN RESOURCES USE ONLY – DO NOT ENTER DATA IN THIS SECTION

| Entered | | Forwarded | |
|---|---|---|---|
| Date: | | By: | Date: |
| By: | | To: | |

Note: It is the policy of the National Railroad Passenger Corporation to offer all employment opportunities without regard to race, color, religion, gender, age, national origin, disability, or veteran status.

NRPC 1764 (10/01) MSWord Template

- 1 -

A396

## AMTRAK EMPLOYMENT HISTORY (List Current Position First)

| Dates From/To | Position Title | Supervisor and Department | Major Duties |
|---|---|---|---|
| From : 8 / / 83<br>To: 1 / / 88 | TRACK -PERSON | TRACK | MAINTAIN AND REPAI R TRACK LOCATIONS WITHIN THE NEC. |
| From : 1 / / 88<br>To: / /: | CARREPAIR-PERSON | MECHANICAL | REPAIR, AND MAINTAIN AMF I & II, IN ADDITION TO AIR BRAKE DUTIES. |
| From : / /<br>To: / / | | | |
| From : / /<br>To: / / | | | |

## OTHER EMPLOYMENT HISTORY

| Dates From/To | Position Title | Company | Major Duties |
|---|---|---|---|
| From : 7 / / 97<br>To: / / 99 | CSR | MCC | COMPLETE DUTIES IN SALES, BANK DEPOSITS, CLOSINGS, AND TRANSACTIONS, AS RELATED TO CENTER. |
| From : / /<br>To: / / | | | |
| From : / /<br>To: / / | | | |

## RELATIVES AT AMTRAK

Do you or your spouse have any relatives currently employed at Amtrak?  ☐ Yes   ☒ No

If yes, you must complete the following information about these relatives.

| Name | Relationship | Position/Department | Location |
|---|---|---|---|
| N/A | | | |
| | | | |
| | | | |

## APPLICANT'S QUALIFICATIONS

This form does not allow you to spell check your data. For extensive text, you may want to compose your text in another document and cut and paste it into this form. The field below will expand to allow 5,500 characters. Attach additional sheets if necessary.

Please explain how you fulfill the posted skills and experience requirements for this position.

I FULFILL THE POSTED SKILLS AND EXPERIENCE REQUIRED FOR THIS POSITION, BASED ON MY BACHELORS DEGREE IN BUSINESS ADMINISTRATION, AND MY EXPERIENCE, AND TECHNICIAL BACKGROUND IN THE FIELD OF MECHANICAL OPERATIONS, MAINTENANCE PROCEDURES, FRA, AND SAFETY REGULATUION. I HAVE AMPLE KNOWLEDGE OF AAMPS SYSTEM, MATERIAL MANAGEMENT, AND SIGNATURE INVENTORY CONTROL. IN ADDITION, I HAVE EXCELLENT COMMUNICATION SKILLS . PLEASE READ THIS CAREFULLY.

I certify that all information on this Job Opportunity Application is true. I understand and agree that if employed in a nonagreement position my employment and compensation can be terminated with or without cause, and/or without notice, at any time, at the option of either the company or myself. I have voluntarily submitted this form and consent to its processing according to Human Resources Department procedures. I further understand that it may be used to update permanent employee information in the Human Resources Information System.

*Alvia L. Lacy*                                                                                     11/3/03

A397

RESUME

Alvia L. Lacy

1306 Jervis SQ.
Belcamp, Maryland   21017
(410) 272-4819-Home

| | |
|---|---|
| **EDUCATION:** | University of Maryland, University College, College Park, Maryland.  Bachelor of Science Degree, Business Administration/Management, 1986. |
| **INTERPERSONAL SKILLS:** | Ability to implement effective procedures towards a given project objective.  I interact well with others, and can successfully  communicate, and direct. |
| **RELATED SKILLS:** | I have ample knowledge of railroad operating practices, rules, federal regulations, and standards. I have a valid state drivers license. In addition I served on the Amtrak Bear facility safety committee as a safety member. |
| **EXPERIENCE:** | AMTRAK-8/83-1/88, Trackman, Duties completed were those required by a trackman while assigned to designated unites (high-speed surfacing, track, undercutter, P.R.S., tie Rehab., and maintenance. |
| | AMTRAK-1/88-Present-Car Repairman, Duties include the maintenance and overhaul of AM Fleet I & II passenger cars. |
| **COMPLETED SAFETY & REGULATORY TRAINING COURSES:** | Blue Signal Protection Course # CSG-009
Fire Extinguisher, Basic Course # CSP-006
Handling Employee Injuries, CSA-103
Fork Lift Operations, CSV-100
Hazard Communication (Right-to-Know) CHS-103
Introduction to Amtrak's Comprehensive Sanitation Plan, Course # CGG-001
Lockout/Tagout Procedures, CSG-103
MCM-002, Car Watrering, MCM 009-Drain & Rinse
MCM 004- Car Cleaning
FR 49CFR-229 & 238
Train Brake Tests |

A398

Amtrak - Search Results

*92372*

*Deidre Clark 77, 3778*

Page 1 of 2



## Job Description

Search Jobs | Online Help | Referral Program | My Account | Ho

*Job Reference #50173640*
*Amtrak - Delaware-Wilmington - Officer Transportation Supp Proj-eff 11/21/03*
*Position is only open to internal candidates!*
POSITION: Officer-Transportation Support Projects
DEPARTMENT: System Operations
LOCATION: Wilmington, DE
BAND/ZONE RATE OF PAY: C2 $47,000.00 minimum
POSITION NO: 50173640

INTERNAL APPLICANTS ONLY

DUTIES: Effectively manage the reconciliation and invoicing of major
reimbursable and capital work train expenses in three major Operating
Divisions resulting in significant revenues for Amtrak. While
managing this acts as the liaison
between Train Movements, Payroll Verification, Crew Assignments,
Engineering and Finance departments. It performs oversight functions
for all Maintenance of Way support train activity. Centrally
managing the associated T&E Request process, the position performs
the labor reconciliation process as well as identifies, quantifies,
codes and prices invoices for all work train expenses, and reconciles
associated field documents with Amtraks Financial Information
System. The position also hosts monthly meetings with outside
contracting agencies in order to justify invoicing in line with
reimbursement terms mandated in the contracts with those agencies.
Additionally, the position monitors for compliance the work train
fueling and servicing activity.

EDUCATION: Bachelor Degree in business administration, operations
management, transportation management, project management or related
field or the equivalent combination of education, training and/or
experience.

WORK EXPERIENCE: Demonstrated experience in railroad operations.
Extensive experience in railroad operations in a management capacity,
which is to include train operations, equipment utilization, project
management, contract management and Amtraks financial system.

OTHER REQUIREMENTS: Strong organization and planning skills. Prior
satisfactory job performance required.

COMMUNICATION AND INTERPERSONAL SKILLS: Proven ability to interface
effectively with all internal and external contacts. Some experience
in working with multiple team members, including senior staff.

SUPERVISORY RESPONSIBILITIES: None.

TRAVEL: 25%.

INTERNAL AMTRAK EMPLOYEES MUST COMPLETE A JOB OPPORTUNITY APPLICATION
TO APPLY FOR THIS POSITION.

|  |  |
|---|---|
| Salary Range: | $47,000.00 - $81,600.00 / Annually |
| Salary Band: | C2 |
| Last Date to Apply: | 2003-11-28 |
| Years of Experience: | 5 - 10 |
| Specialty: | System Operations |
| Employment Type: | Direct Hire, Full Time |

**Travel Requirements:** Low
**Relocation Benefits may Apply:** Yes
**Classification:** Non-Agreement
**Referral Bonus:** 1500 pts



AMTRAK is an equal opportunity employer committed to employing a diverse workforce.
Internal AMTRAK employees must complete a job opportunities application to apply for positions.
© Copyright 2001 TeamRewards.com. All Rights Reserved.
Go to

# Amtrak·

# PERSONNEL ACTION REQUEST

| | Conflict Of Interest? | Training Required? |
|---|---|---|
| | Yes ☐ No ☐ | ☐ Yes ☐ No |

## Current Information ▨Must Be Completed▨

| Payroll Area | Social Security Number | Personnel No. | LAST Name | | FIRST Name | M.I. |
|---|---|---|---|---|---|---|
| 05 | — — — | 41200 | Murray | | Albert | |

| Job Code | Position Title | Department | Personnel Area | Band/ Zone | Cost Center | Emp. Sub Group |
|---|---|---|---|---|---|---|
| 81682 | Supervisor-Audits | Inspector General | HQ01 | C-2 | 5012 | |

## Action Requested ▨Must Be Completed▨

| | | | | |
|---|---|---|---|---|
| ☐ New Hire | ☐ Transfer between Management/Union | ☐ Leave of Absence Paid (Management) | ☐ Termination |
| ☐ Rehire/Reinstatement | ☐ Salary Change | ☐ Leave of Absence Unpaid | ☐ Retirement |
| ☒ Transfer/Organization Change | ☐ Leave of Absence Paid (Union) | ☐ Return from Leave | |

## Action Reason Code

| Code | Reason | Effective Date |
|---|---|---|
| H1 | Management Transfer | Month 1  Day 16  Year 2004 |

## New Job Code and Salary Information

| Job Code | Position Title | HOS | CDL | Position No. | Personnel Subarea | Band/ Zone |
|---|---|---|---|---|---|---|
| 92372 | Officer-Transp. Supp. Projects | ☐ Yes ☐ No | ☐ Yes ☐ No | 50173640 | | C-2 |

| Hire Date | Current Salary/Rate Of Pay | New Salary/Rate Of Pay | Work Hours (Part Time) |
|---|---|---|---|
| Month  Day  Year | $ 53,000.00 | $ 58,000.00 | |

## Job Assignment

| Cost Center | Function | Work Order No. | FIS Location | Payroll Area | Shift | Work Schedule | Gang | Site Code | Check Seq. |
|---|---|---|---|---|---|---|---|---|---|
| 5012 | 1601 | | 4102 | 05 | | | | 041001 | WNO21 |

| Work Phone No. | ATS No. | Original RR Hire Date | Prior RR Code | Personnel Area | Department |
|---|---|---|---|---|---|
| 302/683-2100 | 734-2100 | Month  Day  Year | | NE8 | Sys. Operations |

| Emp Sub Group | Vacation Eligibility Date | Craft Seniority Date | ARSA Hire Date |
|---|---|---|---|
| | Month  Day  Year | Month  Day  Year | Month  Day  Year |

## Performance Evaluation Information ▨For Management Transactions Only▨

| Last Performance Review Date: | Next Performance Review Date: |
|---|---|
| Month  Day  Year | Month  Day  Year |

## Termination Information/Allowances ▨Must Complete For All Termination Actions▨

| Allowances | | |
|---|---|---|
| Vacation Hours Due | Eligible For Rehire? | ☐ Yes ☐ No (Explain In Remarks) |
| Sick Hours Due | Outstanding Advance? | ☐ Yes ☐ No (Explain 'Yes' Answer In Remarks) |
| Severance Pay Due | All Properties Collected? | ☐ Yes ☐ No (Explain In Remarks) |
| Notice Pay Due | Fill Vacant Position? | ☐ Yes ☐ No |

## ▨For Human Resources Only▨

| Short-Term Disability Benefits | Relocations |
|---|---|
| First _____ days at 100% pay | Approved for Benefits        Yes        No |
| _____ Days at 100% pay less RUIA        _____ Days at .80% pay less RUIA | Level of Benefits:        Tier I     Tier II     Tier III |
| RUIA Benefits at $ _____ per day | |

## Remarks

| |
|---|
| |

## Approval Signatures

| Supervisor's Name J. S. Tainow | Phone No. 734-2219 | Human Resources Approval |
|---|---|---|
| Signature Ψ | Date: 1/06/04 | Ψ        Date: |
| Department Approval E. V. Walker | | Entered By |
| Ψ        Date: 1/7/04 | | Ψ        Date: |

Instructions:  Complete form, print and secure department approvals.   Retain signed copy for department records and forward original to Human Resources.
NRPC 2000 (02/01) Word Template

## CANDIDATE SELECTION JUSTIFICATION

Position: Officer-Transp. Support Projects
Location: Wilmington, DE

Posting #: 50173640                                    Band/Zone: C-2
Interview Process:    ☐ One-on-one
                      X Panel
                      X Telephone (Strolis only)
                      ☐ Other
                                          Interview Date: 12/22/2003
                                          (12/23/2003-Strolis only)

Interview Participants:      **Thom Chawluk**
                             **Paul Woodford**

Candidates Interviewed:      **Albert Murray(B/M)**
    (include race/sex)       **Audrey King(B/F)**
                             **Mark Bagosy(W/M)**
                             **John Mattoccia(W/M)**
                             **Renee Strolis(W/F)**

Selected Candidate: (include race/sex)          Albert Murray(B/M)

Selection Justification:     Mr. Murray was by far the most qualified applicant and best interview. He worked an almost identical position while in the Engineering Department(although with somewhat less responsible duties). He was the only individual who met all of the requirements of the position and will not require any training to begin working this position.

Proposed Effective Date:    1/16/2004          Proposed Salary:    $58,000

X  Salary Increase          10% Increase          ☐ Lateral w/no Increase

Salary Justification:     This position will add over $1 million to Amtrak's bottom line, and will have to develop, deliver, and justify work train billings to our reimbursable customers. He will be working closely and have indirect oversite with the Manager-Freight Services, who is a C-1 making $58,000. In addition, Mr. Murray did not qualify for the COLA in FY03, and with his last rating being a "6" would most certainly qualify him for one this year. He will be assuming more job responsibilities than in his previous positions, and will be Amtrak's representative at meetings with our reimbursable customers to justify billings that will add directly to Amtrak's bottom line. Further, there will be no relocation costs necessary for this selection.

Approval Signatures: _____      Date: _1/6/04_

**A402**

# Amtrak®

# PERSONNEL ACTION REQUEST

| | Conflict Of Interest? | Training Required? |
|---|---|---|
| | Yes ☐ No ☐ | ☐ Yes ☐ No |

## Current Information — Must Be Completed

| Payroll Area | Social Security Number | Personnel No. | LAST Name | FIRST Name | M.I. |
|---|---|---|---|---|---|
| 05 | — — | 30898 | King | Audrey | |

| Job Code | Position Title | Department | Personnel Area | Band/ Zone | Cost Center | Emp. Sub Group |
|---|---|---|---|---|---|---|
| 63011 | Finance Manager | Finance | NE01 | C-2 | 0876 | |

## Action Requested — Must Be Completed

| | | | |
|---|---|---|---|
| ☐ New Hire | ☐ Transfer between Management/Union | ☐ Leave of Absence Paid (Management) | ☐ Termination |
| ☐ Rehire/Reinstatement | ☐ Salary Change | ☐ Leave of Absence Unpaid | ☐ Retirement |
| ☒ Transfer/Organization Change | ☐ Leave of Absence Paid (Union) | ☐ Return from Leave | |

## Action Reason Code

| Code | Reason | Effective Date |
|---|---|---|
| H1 | Management Transfer | Month 4  Day 1  Year 2004 |

## New Job Code and Salary Information

| Job Code | Position Title | HOS | CDL | Position No. | Personnel Subarea | Band/ Zone |
|---|---|---|---|---|---|---|
| 92372 | Officer-Transp. Supp. Projects | ☐ Yes ☐ No | ☐ Yes ☐ No | 50173640 | | C-2 |

| Hire Date | Current Salary/Rate Of Pay | New Salary/Rate Of Pay | Work Hours (Part Time) |
|---|---|---|---|
| Month    Day    Year | $ 57,000.00 | $ 58,800.00 | |

*# 54,200* (handwritten)

## Job Assignment

| Cost Center | Function | Work Order No. | FIS Location | Payroll Area | Shift | Work Schedule | Gang | Site Code | Check Seq |
|---|---|---|---|---|---|---|---|---|---|
| 5012 | 1601 | | 4102 | 05 | | | | 041001 | WNO21 |

| Work Phone No. | ATS No. | Original RR Hire Date | Prior RR Code | Personnel Area | Department |
|---|---|---|---|---|---|
| 302/683-2100 | 734-2100 | Month    Day    Year | | NE8 | Sys. Operations |

| Emp Sub Group | Vacation Eligibility Date | Craft Seniority Date | ARSA Hire Date |
|---|---|---|---|
| | Month    Day    Year | Month    Day    Year | Month    Day    Year |

## Performance Evaluation Information — For Management Transactions Only

| Last Performance Review Date: | Next Performance Review Date: |
|---|---|
| Month    Day    Year | Month    Day    Year |

## Termination Information/Allowances — Must Complete For All Termination Actions

Allowances

| | | | |
|---|---|---|---|
| Vacation Hours Due | Eligible For Rehire? | ☐ Yes | ☐ No (Explain In Remarks) |
| Sick Hours Due | Outstanding Advance? | ☐ Yes | ☐ No (Explain 'Yes' Answer In Remarks) |
| Severance Pay Due | All Properties Collected? | ☐ Yes | ☐ No (Explain In Remarks) |
| Notice Pay Due | Fill Vacant Position? | ☐ Yes | ☐ No |

## For Human Resources Only

| Short-Term Disability Benefits | Relocations |
|---|---|
| First _____ days at 100% pay | Approved for Benefits      Yes      No |
| _____ Days at 100% pay less RUIA _____ Days at 80% pay less RUIA | Level of Benefits:      Tier I      Tier II      Tier III |
| RUIA Benefits at $ _____ per day | |

## Remarks

## Approval Signatures

| Supervisor's Name | Phone No. | Human Resources Approval |
|---|---|---|
| J. S. Tainow | 734-2219 | Ψ |
| Signature Ψ (signature) | Date: 3/15/04 | Date: |

| Department Approval | Entered By |
|---|---|
| E. V. Walker | Ψ |
| Ψ          Date: 3/15/04 | Date: |

Instructions: Complete form, print and secure department approvals. Retain signed copy for department records and forward original to Human Resources.
NRPC 2000 (02/01) Word Template

## A403

# CANDIDATE SELECTION JUSTIFICATION

**Position:** Officer-Transp. Support Projects
**Location:** Wilmington, DE

**Posting #:** 50173640                                        **Band/Zone:** C-2
**Interview Process:**   ☐ One-on-one
                         X Panel
                         X Telephone (Strolis only)
                         ☐ Other                              **Interview Date:** 12/22/2003
                                                              (12/23/2003-Strolis only)

**Interview Participants:**      **Thom Chawluk**
                                 **Paul Woodford**

**Candidates Interviewed:**      **Albert Murray(B/M)**
   (include race/sex)            **Audrey King(B/F)**
                                 **Mark Bagosy(W/M)**
                                 **John Mattoccia(W/M)**
                                 **Renee Strolis(W/F)**

**Selected Candidate:** (include race/sex)            **Audrey King (B/F)**

**Selection Justification:**    Ms. King was the most qualified applicant and interviewed well. She works a similar position presently in the Finance Department (although with somewhat less responsible duties). She was one of two individuals who met all of the requirements of the position and will not require any training to begin working this position.

**Proposed Effective Date:**  4/1/2004              **Proposed Salary:**    $58,800

X **Salary Increase**        3.2% Increase            ☐ Lateral w/no Increase

**Salary Justification:**    This position will add over $1 million to Amtrak's bottom line, and will have to develop, deliver, and justify work train billings to our reimbursable customers. She will be working closely and have indirect oversight with the Manager-Freight Services, who is a C-1 making $58,000. In addition, Ms. King's taxes will increase with this move so her disposable income will remain approximately the same with this increase. She will be assuming more job responsibilities than in her previous position, and will be Amtrak's representative at meetings with our reimbursable customers to justify billings that will add directly to Amtrak's bottom line. Further, there will be no relocation costs necessary for this selection.

**Approval Signatures:**  _(signature)_                    **Date:** 3/4/03

**A404**

Page 1 of 2

Job Reference # 50175062
**Amtrak - Washington-DC - HSR SUPERVISING TECHNICIAN (EFF 01/06/04)**
Position: HSR Supervising Technician (Eff 01/06/04)
Department: High Speed Rail, Mechanical
Location: Washington, DC
Rate of Pay: Per Agreement
Position No.: 50175062

Internal & External Applications.

Summary of Duties:
After receiving training on all trainset mechanical and electrical
systems, supervising technicians must be able to interpret
diagnostic readouts and reports, and be capable of developing work
assignments and material requirements to assure equipment
servicing and repairs are performed in the most efficient manner.
They must also possess the ability to navigate the existing data
systems to record various data. Must stay technically informed of
changes to equipment. They shall be expected to create a team
environment and assign work based upon a team approach to ensure
efficient work performance. They may be required to assist team
members in the performance of work.

Education (must have):
High School Diploma.

Education (preferred):
Technical or trade school.

Work experience (must have):
Some Mechanical or Electrical Experience.

Work experience (preferred):
Supervisor Experience in Electrical or Mechanical Field.

Other requirements:
Must be work keys qualified.

Supervisory responsibilities: 20

Travel: No


Job Notes

**Last Day to Apply:** 01/13/2004
**Job Category:** Mechanical
**Years of Experience:** 1- 5
**Travel Requirements:** None

**A405**

DATE: 06/15/2004

NATIONAL RAILROAD PASSENGER CORPORATION
CLOSED UNION VACANCIES
FROM 01/06/2004 TO 12/31/9999

PAGE NO:    1

| JOB/DEPT | VACANCY | VACANCY DESCRIPTION | EEO JOB CATG | PERM STS | PERM STS AREA AREA SSN | APPLICANT NAME | INT EXP | ETHNICITY | ED. LEVEL | CERT TYPE STAT | AGE MEAN N | AGE X BAND | SALARY | HIRE/TRNFR DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MECHANICAL OPERATION | 50175062 | HIGH SPEED SPVR TECH | 01 | EA03 | 0004 168468256 | THOGHT L KENT | 1 | BLACK/AFRI | HIGH SCHOO HIGH SCHOO | 5 | 42 | Y M | UNION | 04/01/2004 |
| MECHANICAL OPERATION | 50175062 | HIGH SPEED SPVR TECH | 01 | EA03 | 0004 144447825 | JOSEPH ROTZO | 1 | WHITE | HIGH SCHOO HIGH SCHOO | 4 | 34 | H M | | |
| MECHANICAL OPERATION | 50175062 | HIGH SPEED SPVR TECH | 01 | EA03 | 0004 220546519 | DAVID C SMITH | 1 | BLACK/AFRI | COLLEGE BACHELOR'S | 4 | 34 | H M | | |
| MECHANICAL OPERATION | 50175062 | HIGH SPEED SPVR TECH | 01 | EA03 | 0004 578194067 | QUINTIN C HARDY | 1 | BLACK/AFRI | COLLEGE NO FINAL C | 4 | 20 | H M | | |
| MECHANICAL OPERATION | 50175062 | HIGH SPEED SPVR TECH | 01 | EA03 | 0004 301492779 | KENNETH E KOCH | 1 | WHITE | COLLEGE BACHELOR'S | 6 | 00 | T M | | |
| MECHANICAL OPERATION | 50175062 | HIGH SPEED SPVR TECH | 01 | EA03 | 0004 170658443 | CHRISTOPHER R KLEIN | 1 | WHITE | TRADE SCHO TRADE SCHO | 4 | 21 | Y M | | |
| MECHANICAL OPERATION | 50175062 | HIGH SPEED SPVR TECH | 01 | EA03 | 0004 213022382 | CHRISTOPHER P ROBERT | 1 | BLACK/AFRI | HIGH SCHOO HIGH SCHOO | 4 | 17 | H M | | |
| MECHANICAL OPERATION | 50175062 | HIGH SPEED SPVR TECH | 01 | EA03 | 0004 194320266 | CHRISTOPHER E YOUNG | 1 | BLACK/AFRI | COLLEGE COLLEGE | 4 | 21 | T M | | |
| MECHANICAL OPERATION | 50175062 | HIGH SPEED SPVR TECH | 01 | EA03 | 0004 047647437 | ANLSTON A JORDAN | 1 | BLACK/AFRI | POST-GRADU NO FINAL C | 4 | 21 | T M | | |
| MECHANICAL OPERATION | 50175062 | HIGH SPEED SPVR TECH | 01 | EA03 | 0004 219709209 | GEORGE A MAXER | 1 | WHITE | HIGH SCHOO HIGH SCHOO | 4 | 33 | H M | | |
| MECHANICAL OPERATION | 50175062 | HIGH SPEED SPVR TECH | 01 | EA03 | 0004 214234201 | DAVID M WHITE | 1 | BLACK/AFRI | HIGH SCHOO HIGH SCHOO | 4 | 20 | H M | | |
| MECHANICAL OPERATION | 50175062 | HIGH SPEED SPVR TECH | 01 | EA03 | 0004 578663392 | ROBERT M TYLON JR | 1 | WHITE | HIGH SCHOO HIGH SCHOO | 4 | 21 | Y M | | |
| MECHANICAL OPERATION | 50175062 | HIGH SPEED SPVR TECH | 01 | EA03 | 0004 142044366 | DENIS HITANOV | 1 | WHITE | COLLEGE ASSOCIATE | 4 | 20 | H M | | |
| MECHANICAL OPERATION | 50175062 | HIGH SPEED SPVR TECH | 01 | EA03 | 0004 441379175 | GABRIEL FLORES | 1 | HISPANIC/L | COLLEGE ASSOCIATE | 4 | 20 | H M | | |
| MECHANICAL OPERATION | 50175062 | HIGH SPEED SPVR TECH | 01 | EA03 | 0004 218924021 | JERRY E CHARLES SR | 1 | BLACK/AFRI | TRADE SCHO TRADE SCHO | 4 | 28 | H M | | |
| MECHANICAL OPERATION | 50175063 | HIGH SPEED SPVR TECH | 01 | EA03 | 0004 604016077 | RYAN D WILLIS | 1 | WHITE | HIGH SCHOO HIGH SCHOO | 4 | 33 | H M | | |
| MECHANICAL OPERATION | 50175063 | HIGH SPEED SPVR TECH | 01 | EA03 | 0004 215480127 | ALVIA L LACY | 1 | BLACK/AFRI | COLLEGE BACHELOR | 4 | 23 | H M | | |
| MECHANICAL OPERATION | 50175063 | HIGH SPEED SPVR TECH | 01 | EA03 | 0004 144447825 | JOSEPH ROTZO | 1 | WHITE | TRADE SCHO TRADE SCHO | 2 | 40 | Y N | UNION | 04/01/2004 |
| MECHANICAL OPERATION | 50175064 | HIGH SPEED SPVR TECH | 01 | EA03 | 0004 220546519 | DAVID C SMITH | 2 | BLACK/AFRI | COLLEGE BACHELOR'S | 4 | 40 | Y M | UNION | 04/01/2004 |

NATIONAL RAILROAD PASSENGER CORPORTATION

AMTRAK

HUMAN RESOURCES DEPARTMENT

| INITIAL SCREENING SHEET | | | | |
|---|---|---|---|---|
| POSTING NO. 5017506₂ | POSITION: HSR Supervisry Technician (w) | | LOCATION: Wash DC | |
| APPLICANT'S NAME | Date App Recv'd | RATING* | | REMARKS |
| | | Q | UQ | |
| Thomy Kent | | ✓ | | I    Selected |
| Joseph Rotio | | ✓ | | I    Selected |
| David Smith | | ✓ | | I    Selected |
| Keneth Koch | | ✓ | | I    declineoffr |
| Brian Previsky | | ✓ | | I |
| Arleigh Jordan | | ✓ | | I |
| Christopher Klein | | ✓ | | I - failed test |
| Robert Gaylor | | ✓ | | Intw not Selected |
| Sharon Hatcher | | ✓ | | I |
| Christopher Young | | ✓ | | I |
| Quintin C. Hardy | | | | Failed test |
| Christopher P. Roberts | | | | |
| George A. Warner | | | | Withdrew Application |
| David N. White | | | | Failed Skills test |
| Denis Nltanov | | | | Failed skills test |
| Gabriel Flores | | | | Failed skills test |
| Jerry K. Chambliss Sr. | | | | I  disciplinry |
| Ryan D. Willis | | | | Withdrew |
| Alvin L. Lacy | | | | I |
| L. Janell | | | | I    Selected (Bid) |
| C. Mark | | | | passed test |
| M. Thomas | | | | Not qualfd |
| | | | | no-med up |
| | | | | no-supv exp |
| | | | | No work.key test for sup for System |
| Date:  June 18, 2004 | HR Rep Signature: Tayla W Cam | | | |
| | | | | *Q - Qualified |
| | | | | *UQ - Unqualified |

# Fillcd (4) - Cancelled (2) postings

NATIONAL RAILROAD PASSENGER CORPORATION
900 Second Street, NE, Washington, DC 20002



March 18, 2004

Mr. Joseph Rotio
400 Old Charolotte Highway
Rockingham, NC 28739

Dear Mr. Rotio:

We are delighted to confirm our offer of employment for the position of HSR Supervisor.

The specifics of this offer are as follows:

| | |
|---|---|
| Position | - HSR Supervisor |
| Department | - Mechanical |
| Location | - Washington, DC |
| Effective Date | - April 01, 2004 |
| Pay Rate | - $19.40 per hour during training |
| | - After training $22.79 per hour |

This offer is contingent upon a favorable reference check and your successful completion of a post-offer physical, including a drug screen.

Please report to the High Speed Rail Mechanical Office Building located at 1401 W. St., NE Washington, D.C. 20002 at 8:00 a.m. on Thursday, April 1, 2004.  Please ask for Dino Giuesppe or Joseph Allione. If you have any questions on directions please contact Joseph Allione at (202) 906-2845.

For your information, Amtrak has a policy regarding the employment of relatives.  Neither you, nor your relative or spouse will be considered for supervisory or promotional opportunities if you work in the same department and location.

Your probationary period begins after your completion of training for a period of ninety days.  You must join and maintain membership in the International Brotherhood of Electrical Workers Union (IBEW) the collective bargaining agreement representing your craft, within sixty calendar days after you first perform compensated service in the position.  If you have any questions, please contact the Labor Relations Department

Please confirm your acceptance of this offer below, and return a copy to me for our files.  Again, congratulations and welcome to Amtrak!

Sincerely,

Sarah E. Ray
Human Resources Manager

**A408**

**Cannon, Jr., Taylor**

| | |
|---|---|
| **From:** | neeseejoe2000@yahoo.com |
| **Sent:** | Tuesday, February 24, 2004 5:54 PM |
| **To:** | cannont@amtrak.com |
| **Subject:** | Joseph Rotio has applied for the HSR Electrical Technician (3)(Eff 02/20/04) Requisition # 50003768 |



joseph_rotio_resum
e.doc

Dear  Taylor,

Please review Joseph Rotio for the HSR Electrical Technician (3)(Eff 02/20/04) position.

The resume is attached.

Thank you for your consideration.

http://www.teamrewards.net/sales/qualification_control_panel.jsp?source=5&candid=140345

Amtrak Recruiting Director

A409

1

# Joseph Rotio's resume

**Resume #93814**

Contact Information:

Other Information:

neeseejoe2000@yahoo.com

(910) 997-2151 (Home)

Resume:

2003-present Aberdeen Carolina Western Railway, Star N.C.
Signal Maintainer, diesel electrician
inspect, troubleshoot, and repair all rolling stock, qualified in testing and repair of train control systems, familiar with reading and drawing schematics, locomotives worked on, F40,GP40,Gp40GH,U34CH,SW1500,GP7,Alp44,comet cars 1,2,3,4,5

responsible for the inspection toubleshooting and repair of grade crossings in accordance with all F.R.A. regulations

2002-2003 Bombardier New York, New York
field technician
troubleshoot and repair all TA equipment for warrany issues

2001-2002 Midsouth Railroad Services, Monroe, La
signal installer
main responsibility was to install all aspects of grade crossings, from burying the cable to aligning lights, wiring the cabinets, houses, and bases

1999-2001 Florida Central Railroad, Plymouth, Fl
signal maintainer
responsible for the inspection troubleshooting and repair of grade crossings in accordance with all F.R.A. regulations

1998-1999 Walt Disney World Resort, Lake Buena Vista, Fl
MGM Studios/Animal Kingdom
Parking host at MGM Studios and outdoor food vendor at Animal Kingdom

1988-1998 New Jersey Transit, Newark, NJ
Supervisor
supervise repairs and inspections to cars, locomotives, and all rolling stock
responsible for the implementation of job procedures in accordance with FRA and OSHA safety regulations
ensures that all personal adhere to safety rules
required to inspect job site for any safety hazards and cleanlines, report and take corrective actions as necessary

diesel electrician
inspect, troubleshoot, and repair all rolling stock qualified in testing and repair of train control systems
familiar with reading and drawing schematics
locomotives worked on F40,GP40,GP40GH,U34CH,Sw1500,GP7,9,35,Alp44,comet cars 1,2,3,4,5

**A410**



March 23, 2004

MR DAVID C SMITH
2520 FAIRHILL DRIVE
SUITLAND MD  20746


Dear MR SMITH:

We are delighted to confirm our offer of employment and welcome
you as a member of the Amtrak team.

The specifics of this offer are as follows:

| | |
|---|---|
| Position | - High Speed Rail Supervising Tech |
| Department | - Mechanical |
| Location | - Washington, DC |
| Effective Date | - April 1, 2004 |
| Pay Rate | - $19.40 per hour during training |
| | - After training $22.79 per hour |

This offer is contingent upon a favorable reference check and
your successful completion of a post-offer physical, including a
drug screen.

Please report to the High Speed Rail Mechanical Office Building
located at 1401 W Street, NE, Washington, DC 20002 at 8:00a.m.
on Thursday, April 1, 2004. Please ask for Dino Giuseppe or
Joseph Allione. If you have any questions on directions, please
contact Joseph Allione at (202) 906-2845. You should wear work
clothes and suitable footwear.

You will need to bring your driver's license or state ID card
and social security card or a copy of your birth certificate
with you on your first day of employment. These documents are
necessary to complete the Employment Eligibility Verification
Form. You will need to bring copies of the birth certificates of
your dependents and your marriage license (if applicable).

**A411**



For your information, Amtrak has a policy regarding the employment of relatives. Neither you, nor your relative or spouse will be considered for supervisory or promotional opportunities if you work in the same department and location.

Your first ninety days of employment are considered a probationary period. You must join and maintain membership in the (ARASA) Airline and Railway Supervising Association, the collective bargaining agent representing your craft, within sixty calendar days after you first perform compensated service in this position.

Please confirm your acceptance of this offer below, and return a copy to me for our files. If you have any questions, please contact our Labor Relations Department. Again, congratulations and welcome to Amtrak!

Sincerely,

Taylor Cannon
Human Resources Department

CC: Labor Relations

ACCEPTED:

_____        _____
Name                                            Date

A412

# David Christopher Smith
2520 Fairhill Drive • Suitland, MD 20746 • (301) 423-5071 • (301) 379-9478 cell • DavidCSmith78@hotmail.com

**Objective**     To obtain an engineering position with a progressive company in the aerospace or automotive industry.

**Education**
- **B.S. in Mechanical Engineering**, Georgia Institute of Technology, Atlanta, GA
- **B.S. in General Science**, Morehouse College, Atlanta, GA
- **M.S. in Mechanical Engineering** (Candidate -12 hours earned), Georgia Institute of Technology, Atlanta, GA

**Experience**

**Prince George's County Public Schools** - Stephen Decatur Middle School
*Substitute Teacher*, May 2003-present                                        Clinton, MD
- Currently creating lesson plans and instructing middle school math and science.

**Ford Motor Company** - Noise and Vehicle Harshness (NVH) - Tough Truck Powertrain Group
*Graduate Education for Minorities Intern*, May – August 2002                 Dearborn, MI
- Presented research results for cost savings and improved customer quality to management for the 2003 F-150.
- Performed exhaust modal analysis, exhaust resonance dampening analysis and hanger development.
- Performed and aided NVH evaluation of calibration strategies regarding the idle quality for the 2004 F-150.
- Provided group training and generated standardized driveline balance procedures using PULSE noise and vibration testing hardware and software by Brüel & Kjær.

**Ford Motor Company** - Noise and Vehicle Harshness (NVH) - Tough Truck Powertrain Group
*Graduate Education for Minorities Intern*, May – August 2001                 Dearborn, MI
- Conducted acceleration and acoustic sound level testing, impact testing based resonance verification, mount isolation and vibration transmission testing, frequency and order analysis of mount isolation to include component vibration testing.
- Developed graphical presentations for management covering collected and processed data and test results with recommendations for further development.

**National Aeronautics and Space Administration** (NASA) - Structural Dynamics Test Engineering Section
*NASA Scholar Intern Goddard Space Flight Center*, May – August 1999          Greenbelt, MD
- Performed shock analysis and inertial calculations for verification of transportation procedures for the Vegetation Canopy Lidar (VCL) Satellite.
- Assisted in the calibration and installation of liner voltage differential transformers (LDVTs) for Advanced Camera for Surveys (ACS).

**National Aeronautics and Space Administration** (NASA) - Structural Dynamics Test Engineering Section
*NASA Scholar Intern Goddard Space Flight Center*, May – August 1998          Greenbelt, MD
- Created test plans, performed safety analysis and performed static load testing and inertial calculations for structural support used to transport components to the Hubble Space Telescope (HST).

**National Aeronautics and Space Administration** (NASA) - Informational Sciences and Technology Division
*NASA Scholar Intern Ames Research Center*, May – August 1997                 Moffet Field, CA
- Developed instructions and technical documentation for maintenance and augmentation support for the DARWIN computer network, which provides real time results of wind tunnel testing to Ames customers nationwide.
- Researched fluid dynamics during wind tunnel testing for the McDonnell Douglas MD-11.

**Awards and Activities**     Ronald E. McNair NASA Scholar, Graduate Education for Minorities (GEM) Fellow, Alumnus of Atlanta University Center Dual Degree Program, Georgia Tech Dean's List Spring 2000-Fall 2000, Morehouse College Dean's List Fall 1996-Spring 1999, Winning Team of Georgia Tech OMED Design Competition 2001, AUC Dual Degree Engineering Program Outstanding Academic Achievement, Georgia Tech Tower Award, Treasurer of Georgia Tech Society of Automotive Engineers (SAE), Treasurer of National Society of Black Engineers Georgia Tech Chapter (NSBE), American Society of Mechanical Engineers (ASME), Alpha Phi Alpha Fraternity Inc.

**Skills**     C++, MATLAB, Simulink, EES, AutoCAD, MS Windows, MS Office Suite, UNIX, PULSE noise and vibration testing hardware and software by Brüel & Kjær

AMTRAK

March 25, 2004

MR THORNY L KENT
407 W 26TH STREET
WILMINGTON DE  19802

Dear MR KENT:

Congratulations! I am pleased to confirm your selection for the
position of High Speed Spvr Tech.

The specifics of your new position are as follows:

| | | |
|---|---|---|
| Position | – | High Speed Spvr Tech |
| Department | – | Mechanical |
| Location | – | Washington, DC |
| Pay Rate | – | Per Union Agreement |
| Effective Date | – | April 1, 2004 |

Please report to the High Speed Rail Mechanical Office Building
located at 1401 W Street, NE, Washington DC 2002 at 8:00am on
Thursday, April 1, 2004.

You will be required to join and maintain membership with the
(ARASA) Airway and Railway Supervisor Association within 60
days.

Again, congratulations and best of luck in your new position. I
know you will do a fine job!

Sincerely,

Taylor Cannon
Human Resources Department

9002164?

# Thorny Leon Kent
407 West 26th Street
Wilmington, Delaware 19802
Home 302 761 9132   Cell 302 521 8181
E-Mail ThornyKent@Hotmail.com

September 10, 2003

Mr. Dino Giurfa
Assistant Superintendent
High Speed Rail Program
Ivy City, Washington D.C.

RE: **High Speed Trainset Supervising Technician**

Dear Mr. Giurfa,

Please accept my attached resume as my application for the position of High Speed Trainset Supervising Technician, which was advertised for a closing date of September 12, 2003.

I am hopeful that after your review of my resume that we will be able to meet and discuss my candidacy.

Respectfully submitted,

Thorny Leon Kent

407 West 26th Street
Wilmington, Delaware 19802

Home : 302 761 9132
Cell: 302 521 8181
E-Mail: ThornyKent@Hotmail.com

# Thorny Leon Kent

**Experience**

June 2003 to Present
**Amtrak Car Inspector  Union Station , Washington D.C.**
Responsible for the In-Bound external inspection, Internal Car inspection, running repairs and Initial Terminal Train Brake test of Am-Fleet equipment. Ensured all required documentation was provided for train consist departure.

February 2003 to June 2003
**NEC High Speed Rail Carman Technician Training**
Attended and Qualified NEC High Speed Rail Carman Technician Training.

November 2002 to February 2003
**Amtrak Car Inspector  Union Station , Washington D.C.**
Responsible for the In-Bound external inspection, Internal Car inspection, running repairs and Initial Terminal Train Brake test of Am-Fleet equipment. Ensured all required documentation was provided for train consist departure.

February 2002 to November 2002
**Furloughed from Amtrak Bear Facility**

**Home Depot Flooring Sales Associate**
Provided assistance to customers in setting up carpet and flooring installations  by delivering a professional analysis of their needs and purchase selection. Received 5 Merit Badges for High Performance and a Triple "A" rating for rehire consideration.

January 2000 to February 2002.
**Amtrak Bear Complex , Bear Delaware – Safety Training Coordinator**
Responsible for the coordinating and training of approx. 400 employees at the Bear    Complex including the design, development, revision and presentation of the training courses which met  all training requirements  under the regulatory guidelines of  OSHA, FRA, FDA, EPA and Amtrak Corporate policies, and Amtrak System Safety Program. Provided aid to employees injured while on duty which included transportation to the Health Care Facility and the processing of the Injury Report and Drug and Alcohol Testing.

September 1999 to January 2000
**Amtrak Bear Complex- Bear Delaware -  Foreman II**
Supervision of  19 employees of all crafts in the overhaul program of  the AMFleet 1 Café Line. This required the coordination of ordering supplies and equipment  on a       daily  basis, maintaining equipment records of work progress  and meeting scheduled delivery dates.

April 1998 to September 1999

**Amtrak Bear Complex- Car-repairman**

Assigned to the Car-repair / Heavy Equipment Gang. Duties included moving of passenger equipment and transporting to assigned locations in the facility yard as required. Mechanical duties included the complete up grade of car interiors, draft gear replacement, removal and replacement of truck units and other duties as assigned.

**Specialized**

**Skills**

Mechanical aptitude in being able to read and interpret blueprints, schematics, diagrams and drawings. Use of most hand held tools, table mounted equipment, micrometers, inner and outer calipers, force and travel gauges, reflex and breaker bar torque meters, depth and feeler gauges. Possess the abilities of utilizing Microsoft Computer programs and Oracle 8I Database. Knowledgeable of FRA 214 Railroad Workplace Safety, 229 Railroad Locomotive Safety Standards, 213 Railroad Safety Appliance Standards, 232 Brake System Standards, 238 Passenger Equipment Safety Standards and 239 Passenger Train Emergency Preparedness. Versed in the recognition of American Disability Act non-compliance environments.

**Education**

September 1985 to June 1985

Criminal Justice and Mental Health

17th and Spring Garden St. Philadelphia, Penna. 19103

August 1979 to June 1981

Aircraft ; Repair and Inspection

Quaker City School of Aeronautics

22nd and Grays Ferry Ave. Philadelphia, Penna. 19140

September 1979

GED – United Stated Marine Corps

Cherry Point, North Carolina.

September 1972

Academic   Overbrook High School

59th and Lancaster Ave. Philadelphia, Penna. 19139

August 2002  Oracle 8I DBA

Computos Computer Skills

Christiana Delaware

**Military Service**  June 1972 to May 1979 **Honorable Discharge**
**United States Marine Corps    E-5 Sergeant**
**KC 130 F/R Flight Crew**

**Other Training**  HRD  Train the Trainer :

Platform/Presentation  Skills – March 1999

Service Standards – June 1999

Respirator Fit Testing  - January  2000

Material and Baggage Towing – May  2000

Utility Vehicle Operation – May 2000

Blue Flag/Signal  May  -2000

Lock Out Tag Out  May -2000

Confined Space Awareness- May 2000

Confined Space Entrant and Attendant – June 2000

Work Keys Qualified - September 2000

Amtrak Instructor Certification Enhancing Adult Motivation to Learn -
November 2000.

Amtrak CFR 238 Qualification      February 2003

NEC High Seep Rail Carman Technician  June 2003

**A418**

JAN-21-2004 03:00P FROM: TERRY BRANDENBURG 2029063611    TO:3349    P:1/3

Received by Human Resources

Amtrak

# Job Opportunity Application

### For use by Current Amtrak Employees Only
Applicants possessing the best combination of current skills and past job performance will be invited to interview for available positions. Only candidates with at least one year in their current position will be considered for other positions.

Title of Position Desired: *Amtrak - Washington DC - HSP - Supervising Technician*

Posting Notice Number: *50175062*

Location: *WASHington DC*

**Please complete all information and submit this form to arrive at your nearest Human Resources Office on or before the posting's expiration date. This form does not allow you to spell check your data. For extensive text, you may want to compose your text in another document and cut and paste it into this form. Attach additional sheets if not enough room is provided for your data.**

## PERSONAL INFORMATION

| | |
|---|---|
| Name: **ALVIA L. LACY** | Social Sec. No.: **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** |
| Street Address: **1306 JERVIS SQ,** | Home Tel. No.: **410-272-4819** |
| | Work Tel. No.: **302 834-2769** |
| City: **BELCAMP**    State: **MD**    Zip: **21017** | Assigned Work Hours: **6-2** |
| Work Location: **BEAR, DE** | Assigned Work Days: **MON-FRI** |

## EDUCATION

| Level | Did You Graduate? | Dates From/To | Degree/Major | School Name | Location/City/State |
|---|---|---|---|---|---|
| High School | ☒ Yes ☐ No | From: 9/3/70  To: 6/7/74 | HIGH SCHOOL DIP. | ABERDEEN SR. HIGH | ABERDEEN, MD 21001 |
| College | ☒ Yes ☐ No | From: 6/ /83  To: 12/ /86 | BS BUSINESS ADMINISTRATION | UNIVERSITY OF MARYLAND | COLLEGE PARK, MD |
| Graduate School | ☐ Yes ☐ No | From: / /  To: / / | | | |
| Vocational School | ☒ Yes ☐ No | From: 1/ /76  To: 8/ /76 | | AIRCO TEC INST. | BALTIMORE, MD |
| Other | ☐ Yes ☐ No | From: / /  To: / / | | | |

## PRESENT JOB STATUS

| | | | |
|---|---|---|---|
| Present Job Title: **CARREPAIR-PERSON** | Band/Zone **BEAR, DE** | Last Performance Rating: **N/A** | Date of Last Rating: / / |
| Supervisor's Name: **MR J. WALTERS** | | Supervisor's Title: **MANAGER** | |

May a Human Resources Department representative contact your supervisor regarding your interest in this position?
☐ Yes ☒ No    Supervisor's Telephone No.:

## HUMAN RESOURCES USE ONLY – DO NOT ENTER DATA IN THIS SECTION

| Entered | | Forwarded | |
|---|---|---|---|
| Date: 1/27/04 | | By: | Date: |
| By: | | To: | |

**Note: It is the policy of the National Railroad Passenger Corporation to offer all employment opportunities without regard to race, color, religion, gender, age, national origin, disability, or veteran status.**

NRPC 1764 (10/01) MSWord Template

A419

*90021056*

- 1 -

21-2004 05:00P FROM:TERRY BRANDENBURG 2029063611          TO:3349          P:2/3

## AMTRAK EMPLOYMENT HISTORY (List Current Position First)

| Dates From/To | Position Title | Supervisor and Department | Major Duties |
|---|---|---|---|
| From: 8 / 83<br>To: 1 / 88 | TRACK -PERSON | TRACK | MAINTAIN AND REPAIR TRACK LOCATIONS WITHIN THE NEC. |
| From: 1 / 88<br>To: / /: | CARREPAIR-PERSON | MECHANICAL | REPAIR, AND MAINTAIN AMF I & II, IN ADDITION TO AIR BRAKE DUTIES. |
| From: / /<br>To: / / | | | |
| From: / /<br>To: / / | | | |

## OTHER EMPLOYMENT HISTORY

| Dates From/To | Position Title | Company | Major Duties |
|---|---|---|---|
| From: 7 / 97<br>To: / 99 | CSR | MCC | COMPLETE DUTIES IN SALES, BANK DEPOSITS, CLOSINGS, AND TRANSACTIONS, AS RELATED TO CENTER. |
| From: / /<br>To: / / | | | |
| From: / /<br>To: / / | | | |

## RELATIVES AT AMTRAK

Do you or your spouse have any relatives currently employed at Amtrak?  ☐ Yes    ☒ No
If yes, you must complete the following information about these relatives.

| Name | Relationship | Position/Department | Location |
|---|---|---|---|
| N/A | | | |
| | | | |
| | | | |

## APPLICANT'S QUALIFICATIONS
This form does not allow you to spell check your data. For extensive text, you may want to compose your text in another document and cut and paste it into this form. The field below will expand to allow 5,500 characters. Attach additional sheets if necessary.

Please explain how you fulfill the posted skills and experience requirements for this position.

I FULFILL THE POSTED SKILLS AND EXPERIENCE REQUIRED FOR THIS POSITION, BASED ON MY BACHELORS DEGREE IN BUSINESS ADMINISTRATION, AND MY EXPERIENCE, AND TECHNICIAL BACKGROUD IN THE FIELD OF MECHANICAL OPERATIONS, MAINTENANCE PROCEDURES, FRA, AND SAFETY REGULATUION.

## SIGNATURE
## PLEASE READ THIS CAREFULLY:

I certify that all information on this Job Opportunity Application is true. I understand and agree that if employed in a nonagreement position my employment and compensation can be terminated with or without cause, and/or without notice, at any time, at the option of either the company or myself. I have voluntarily submitted this form and consent to its processing according to Human Resources Department procedures. I further understand that it may be used to update permanent employee information in the Human Resources Information System.

A420

1/11/03

SERVICE OPS                 3024292449              01/07 '04 16:50 NO.522   01/02

Job Reference # 50124988

**Amtrak - Delaware-Wilmington - Dir Crew Mgmt Services - eff 01/07/04**
POSITION: Director - Crew Management Services
DEPARTMENT: System Operations
LOCATION: Wilmington, DE
BAND/ZONE – SALARY: D1 – $57,500.00 minimum
POSITION NO: 50124988

INTERNAL & EXTERNAL APPLICANTS

DUTIES: Directs the Train and Engine and On-Board Service Crew
management operation. Reviews, recommends and implements all crew
changes necessary for the efficient operation of trains throughout
the country. Develops costs of couplet changes, additions or
deletions, in order to provide field supervision completes
awareness of its train and engine operational costs. Reviews
national train schedules and analyzes holiday programs to ensure
sufficient coverage of staffing levels during holiday peak
periods. Manages the day-to-day operation of the Crew Dispatch
and/or On-Board Services departments. Works closely with shift
managers to plan and direct proper staffing levels through service
disruptions and emergencies.

EDUCATION: Bachelor's Degree in business administration,
operations management, transportation management or related field,
or the equivalent combination of education, training and/or
experience.

WORK EXPERIENCE: Demonstrated experience in environment involving
T&E and/or OBS. Must be conversant with the BLE, UTU and ASWC
operating agreements. Must be able to manage and motivate direct
and indirect reports. Prefer working knowledge of MS Office, SAP,
VSSPRO, LMS, DB2 Query writing.

OTHER REQUIREMENTS: Must be flexible with regard to work hours. Be
able to work long hours in the event of a service disruption or
during peak operating periods. Prior satisfactory job performance
is required.

COMMUNICATION & INTERPERSONAL SKILLS: Some experience in working
with multiple team members, including senior staff. Strong
organization and planning skills.

SUPERVISORY RESPONSIBILITIES: None.

TRAVEL: 10%

INTERNAL AMTRAK EMPLOYEES MUST COMPLETE A JOB OPPORTUNITY
APPLICATION TO APPLY FOR THIS POSITION.

http://www.teamrewards.net/task/job_posting.jsp?ts_am3q25ml2k13=1781          1/7/2004

A421

SERVICE OPS          3024292449          01/07 '04 16:51 NO.522   02/02

Job Notes

**Salary Range:** D1 $57,500 to $100,400
**Last Day to Apply:** 01/14/2004
**Job Category:** System Operations
**Years of Experience:** 5 - 10
**Travel Requirements:** Low
**Relocation Benefits may Apply:** No
**Referral Bonus:** 1850 points

AMTRAK is an equal opportunity employer committed to employing a diverse workforce.
Internal AMTRAK employees must complete a job opportunities application to apply for
positions.

© Copyright 2001 TeamRewards.com. All Rights Reserved.

http://www.teamrewards.net/task/job_posting.jsp?ts_am3q25ml2k13=1781          1/7/2004

NATIONAL RAILROAD PASSENGER CORPORATION

Amtrak

Human Resources Department

| INITIAL SCREENING SHEET | | | | |
|---|---|---|---|---|
| POSTING NOTICE NO. | | | POSITION: | |
| APPLICANT'S NAME | DATE APPLICATION RECEIVED | RATING * Q | UQ | REMARKS |
| Theresa Berhey | 1/8/04 | ✓ | | hired |
| Nina Slopciashy | 1/14/04 | ✓ | | 21 |
| Richard Dodson | 1/12/04 | ✓ | | 21 |
| Alma Lacy | 1/26/04 | | ✓ | |
| William Carraugh | 1/15/04 | | ✓ | |
| Gregory Warren | 1/8/04 | | ✓ | one yr red |
| St Fibersa | 1/15/04 | | ✓ | 10 |
| J Todd Kassma | 1/15/04 | | ✓ | 10 |
| R Schofield | 1/15/04 | | ✓ | 10 |
| Phelps Carr | 1/15/04 | | ✓ | 17 |
| Marcus Chisolm | 1/15/04 | | ✓ | 10 |
| R. Rodirich | 1/23/04 | | ✓ | 10 |
| Richard Mueller | 1/23/04 | | ✓ | 10 |
| Helen Smith | 1/23/04 | | ✓ | 10 |
| Harry Shifts | 1/23/04 | | ✓ | 10 |
| Jeffrey Smith | 1/23/04 | | ✓ | 10 |
| Ricardo Rocher | | | ✓ | 10 |
| Dinio Ward | 1 | | ✓ | 10 |
| George Konstenye | 1/23/04 | | ✓ | 10 |
| Raymond Shifer | 1/23/04 | | ✓ | 10 |
| Samuel Cooper | 1/23/04 | | ✓ | 10 |
| | | | | |
| | | | | |
| | | | | |

| Date | Signature of Human Resources Representative | *Q-Qualified *UQ-Unqualified |
|---|---|---|
| | | |

02/06/04  FRI 18:06 FAX 2029063897          AMTRAK                                    ☑003

CHIEF TRANS OFFICE      3026832325          02/04 '04 11:29 NO.240  03/05

# Amtrak

## PERSONNEL ACTION REQUEST

Conflict Of Interest?  Yes ☐  No ☑
Training Required?  Yes ☐  No ☐

### Current Information

| Payroll Area | Social Security Number | Personnel No. | LAST Name | FIRST Name | M.I. |
|---|---|---|---|---|---|
| 05 | 217 - 82 - 0904 | 3979 | Berkey | Theresa | S. |

| Job Code | Position Title | Department | Personnel Area | Cost Zone | Cost Center | Bargaining Group |
|---|---|---|---|---|---|---|
| 63991 | Mgr. Crew Management Services | System Operations | NE08 | C-1 | 2029 | Exp. Sal. |

### Action Requested

- ☐ New Hire
- ☐ Rehire/Reinstatement
- ☐ Transfer/Organization Change
- ☐ Transfer between Management/Union
- ☐ Salary Change
- ☐ Leave of Absence Paid (Union)
- ☐ Leave of Absence Paid (Management)
- ☐ Leave of Absence Unpaid
- ☐ Return from Leave
- ☐ Termination
- ☐ Retirement

### Action Reason Code

| Code | Reason | Effective Date |
|---|---|---|
| E8 | Promotion - Management between grades | Month 2 Day 16 Year 2004 |

### New Job Code and Salary Information

| Job Code | Position Title | EOE | CDL | Position Number | Personnel Subarea | Bargaining Zone |
|---|---|---|---|---|---|---|
| 52351 | Director-Crew Management Services | ☐ Yes ☐ No | ☐ Yes ☐ No | 50124988 | | D-1 |

| Hire Date | Current Salary/Rate of Pay | New Salary/Rate of Pay | Work Hours (Part Time) |
|---|---|---|---|
| Month  Day  Year | $ 58,500.00 | $ 70,000.00 | |

### Job Assignment

| Cost Center | Function | Work Order No. | PIS Location | Payroll Area | EMP | Work Schedule | Gang | Site Code | Check Sort |
|---|---|---|---|---|---|---|---|---|---|
| 2029 | 1301 | | 4102 | 05 | | | | 041001 | WNO21 |

| Work Phone No. | AFS No. | Original RR Hire Date | Prior RR Code | Personnel Area | Department |
|---|---|---|---|---|---|
| 302/683-2120 | 734-2120 | Month  Day  Year | | NE8 | Sys. Operations |

| Emp Sub Group | Vacation Eligibility Date: Month  Day  Year | Craft Seniority Date: Month  Day  Year | ARSA Hire Date: Month  Day  Year |
|---|---|---|---|

### Performance Evaluation Information

| Last Performance Review Date: Month  Day  Year | Next Performance Review Date: Month  Day  Year |
|---|---|

### Termination Information/Allowances

| Allowances | | |
|---|---|---|
| Vacation Hours Due | Eligible For Rehire? ☐ Yes ☐ No (Explain in Remarks) | |
| Sick Hours Due | Outstanding Advance? ☐ Yes ☐ No (Explain 'Yes' Answer in Remarks) | |
| Severance Pay Due | All Property Collected? ☐ Yes ☐ No (Explain in Remarks) | |
| Notice Pay Due | PHI Vacate Position? ☐ Yes ☐ No | |

Short-Term Disability Benefits
First _____ days at 100% pay
RUIA Benefits at $ _____ per day      Days at 50% pay less RUIA

Extensions
Approved for Benefits:   Yes   No
Level of Benefits:   Tier I   Tier II   Tier III

### Remarks

### Approval Signatures

| Supervisor's Name | Phone No. | Human Resources Approval |
|---|---|---|
| J. S. Teleme | 734-2119 | |
| Signature | Date: 2/2/04 | Date: |
| Department Approval | | Entered By |
| E. V. Weller | Date: 2/2/04 | Date: |

Instructions: Complete form, print and secure department approvals. Retain signed copy for department records and forward original to Human Resources.
NRPC 2000 (02/91) Word Template

FEB-2-2004 MON 16:12  TEL:302-683-2019    NAME:UP TSP DEPT          P. 6

FEB.10.2004 2:05PM    Human Resources              215 349-70 NO.181   P.4   p.5
02/06/04  FRI 18:06 FAX 2029063897    AMTRAK                                    002

CHIEF TRANS OFFICE    3026832325         02/04 '04 11:29 NO.240  02/05
SSS4332: To select the candidate for the position of Director-Crew Management Services   Page 1 of 1

## Staff Summary Sheet - SSS4332

| Requester: MICHAEL KATES | Executive Officer: WILLIAM CROSBIE |
|---|---|
| Title: Sr. Dir.-CMS | Department Head: JON TAINOW |
| Extension: 9-734-3283 | Director/Manager: MICHAEL KATES |
| Date Submitted: 1/29/2004 | Date Approved: |

**Purpose:** To select the candidate for the position of Director-Crew Management Services.

**Discussion:** This position is critical to the Crew Management Services operation. With CMS being a 24/7 operation, this position works closely with the shift managers in CMS to plan and direct proper staffing levels through service disruptions, emergencies and the day-to-day service requirements of the seven divisions throughout the Amtrak system.

**Alternatives:** If we do not fill this position, CMS will not be able to extend the level of service that presently exists throughout Amtrak's national train operation.

**Funding:** This position is funded in the approved FY04 operating budget and is included in the authorized headcount.

**Recommendations:** Approve this request to select the candidate for the position of Director-Crew Management Services.

### Routing Flow

| Routing | Approver | Concur | Non-Concur |
|---|---|---|---|
| 02 | Sr. VP - Operations | | |
| | Chief Engineer | | |
| | Chief Financial Officer | | |
| | Chief Mechanical Officer | | |
| | Chief System Safety and Security | | |
| | General Counsel & Corp. Sec. | | |
| | Inspector General | | |
| | VP - Business Diversity | | |
| | VP - Government Affairs & Policy | | |
| 03 | VP - Human Resources | | |
| | VP - Labor Relations | | |
| | VP Marketing and Sales | | |
| | VP - Planning & Bus. Dev. | | |
| | VP - Procurement & Mat. Mgmt. | | |
| 01 | VP - Transportation | | |

### President and CEO Response

| First Approver | Action Required |
|---|---|
| President and CEO | Awaiting full approval |

http://msaocx01.corp.nrpc/Buyco/render/1GASVD4004UBC                    02/04/2004

02/06/04  FRI 18:07 FAX 2029063897          AMTRAK                    Ø004

CHIEF TRANS OFFICE      3026832325          02/04 '04 11:30 NO.240  04/05

# CANDIDATE SELECTION JUSTIFICATION

**Position:** Director Crew Management

**Posting #:** 50124988

**Location:** WIL

**Band/Zone:** D1

**Interview Process:**  ☒ Panel

**Interview Date:** 1/27/2004

**Interview Participants:**  Patty Karins
                            Michael Kates

**Candidates Interviewed:**    Richard Gadbois          W/M
(include race/sex)            Tina Slapsinski          W/F
                             Teresa Berkey            W/F

**Selected Candidate:**        Teresa Berkey            W/F
(include race/sex)

**Selection Justification:**   The most qualified candidate. Terry is an expert in the field of Crew Management

**Proposed Effective Date:**   2/15/2004               **Proposed Salary:**   $ 70,200

☒ **Salary Increase**          20%                     Increase $ 11,500

**Salary Justification:**      The Director position represents a 2-grade jump from a C1 to a D1. Additionally, the position requires a significant amount of additional duties. The increase to $70,200 will provide equity among the directors in Crew Management. The other two positions pay 10% more than this position based on experience and expertise. *

                              Terry is a top performer and should be compensated accordingly. She consistently exceeded expectations and as a manager and I am confident her commitment to excellence will increase along with her responsibilities.

**Approval Signatures:** _____    **Date:** 2/3/04

\* THIS WAS A POSITION IN WHICH THE PREVIOUS INCUMBENT RECEIVED AN EQUITY ADJUSTMENT. TO ENSURE THAT WE DO NOT CREATE ANOTHER EQUITY ISSUE, THE PROPOSED SALARY INCREASE IS APPROPRIATE.

FEB-2-2004  MON  16:12    TEL:302-683-2819        NAME:VP TSP DEPT              P. 5

A426