## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

ALVIA LACY,                                    *

      Plaintiff,                              *

v.                                             *        Civil Action No.: 1:06-cv-00068-JJF

NATIONAL RAILROAD PASSENGER       *
CORPORATION ("AMTRAK"),
                                               *

      Defendant.                              *

    *    *    *    *    *    *    *    *    *

```
FILED

DEC 11 2006

U.S. DISTRICT COURT
DISTRICT OF DELAWARE
```

BD * Scanned

PLAINTIFF, ALVIA L. LACY REQUEST A MOTION TO SEAL

1.    Plaintiff, Alvia L. Lacy, request a  Motion to Seal
the documents submitted listed as Plaintiffs Response
to Interrogatories, and Plaintiffs Production of
Documents and Things.  The submitted information
contains personal information, to which Plaintiff would
want to protect from public access.  In addition, the
documents also include confidential private information
which gives concern for privacy issues.

Date November 24, 2006                  _Alvia L. Lacy_
                                        Alvia L. Lacy
                                        Plaintiff pro se

OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

## NOTICE REGARDING PERSONAL INFORMATION

DATE: 11/21/06

TO: Alvia Lacy

CA# 06-68

CASE CAPTION: Lacy v. National Railroad Passenger Corporation

D.I.#'s 14 and 15

On March 1, 2005, the United States District Court for the District of Delaware adopted an electronic filing system which makes documents submitted for filing available on the internet. The document identified above appears to contain the kind of personal information you may want to protect from public access on the internet. If you would like this personal information to be treated as confidential, you must file a "Motion to Seal" with the Court, giving your reasons for your privacy concerns. If the Motion to Seal is granted, the Court will remove the electronic link to the document in question from the public docket and mark the entry "sealed". The Court may also require you to file another version of the document that does not contain the private information or that contains only limited personal information.

cc: Assigned Judge

Beth Dura
Deputy Clerk

WILMINGTON DE 197

01 DEC 2006 PM 2 T

ALVIA LACY
1306 JERVIS SQ.
BELCAMP, MARYLAND    21017

OFFICE OF THE CLERK
UNITED STATES DISTRICT COUTR
DISTRICT OF DELAWARE
LOCKBOX 18
U.S. COURTHOUSE
WILMINGTON, DELAWARE    19801

ATTN:    BETH DINAP
DEPTY CLERK


U.S.M
X-RAY

19899+0018    lulllulhhhhhdhhhhhhlhhhhhhll