IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

ALVIA LACY, :
:
    Plaintiff, :
:
v. : Civil Action No. 06-068-JJF
:
NATIONAL RAILROAD PASSENGER :
CORPORATION ("AMTRAK"), :
:
    Defendant. :

### ORDER

WHEREAS, Plaintiff's Motion To Seal(D.I. 20) her response to interrogatories (D.I. 14) and her production of documents and things (D.I. 15) is pending before the Court;

WHEREAS, pursuant to the United States District Court for the District of Delaware's Administrative Procedures Governing Filing and Service By Electronic Means, personal information should not be included in public records and should be sealed;

NOW THEREFORE IT IS HEREBY ORDERED that Plaintiff's Motion To Seal (D.I. 20) is **GRANTED**;

IT IS FURTHER ORDERED that the Clerk of the Court for the District of Delaware be and he is hereby directed to seal Plaintiff's First Response To Interrogatories (D.I. 14) and Plaintiff's First Production of Documents And Things (D.I. 15).

December 13, 2006                              /s/ Joseph J. Farnan
—————————                              ————————————————
DATE                                    UNITED STATES DISTRICT JUDGE