IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

RECEIVED
MAR 28 2007

| | | |
|---|---|---|
| ALVIA LACY, | * | |
| Plaintiff, | * | |
| v. | * | Civil Action No.: 1:06-cv-00068-JJF |
| NATIONAL RAILROAD PASSENGER CORPORATION ("AMTRAK"), | * | Judge: Joseph J. Farnan, Jr. |
| | * | |
| Defendant. | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \*

**PLAINTIFF ALVIA LACY MOTION REQUESTING A
<u>RESCHEDULED PRETRIAL CONFERENCE IN THIS CASE</u>**

Plaintiff, Alvia Lacy Pro se, request the Court consider Plaintiff's Motion for the rescheduling of the pretrial conference. Plaintiff was not aware of documents which were to be submitted prior to the conference. Plaintiff has prepared required documents, and will submit to the Court.

Respectfully submitted,

*Alvia Lacy*
Alvia Lacy Plaintff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 20th day of March, 2007 a copy of the foregoing Motion Requesting a Rescheduled Pretrial Conference date to the court, were mailed first class, postage prepaid to Virginia A. Zake, Counsel for Defendent National Railroad Passenger Corporation, 34382 Carpenters Way P.O. Box 247, Lewes, Delaware 19958.

                                                                _____
                                                                 Alvia Lacy Pro se

ALVIA LACY
1306 JERVIS SQ.
BELCAMP, MD 21017

JUDGE JOSEPH J. FARNAN, JR.
UNITED STATES DISTRICT COURT
844 N. KING STREET, LOCKBOX 27
WILMINGTON, DE 19801-3570

