IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALVIA LACY, | * |
| Plaintiff, | * |
| v. | * Case No. 1:06-CV-00068-UNA |
| NATIONAL RAILROAD PASSENGER CORPORATION, | * Judge: Unassigned |
| | * |
| Defendant. | |
| | * |

\* \* \* \* \* \* \* \* \*

**CONSENT MOTION TO POSTPONE PRETRIAL CONFERENCE**

*Pro Se* Plaintiff Alvia Lacy and Defendant National Railroad Passenger Corporation ("Amtrak"), hereby agree and stipulate as follows:

1. Pursuant to this Court's Scheduling Order dated August 15, 2006, a Pretrial Conference was scheduled for March 8, 2007. The Pretrial Conference was cancelled as no proposed Pretrial Order was filed as required by Local Rule 16.5.

2. On December 7, 2006, Amtrak filed a Motion for Summary Judgment and Opening Brief in Support. Plaintiff filed her Answering Brief in Opposition to Amtrak's Motion for Summary Judgment on December 27, 2006, to which Amtrak submitted a Reply Brief on January 8, 2007.

3. On March 28, 2007 Plaintiff filed a Motion Requesting that the Pretrial Conference be rescheduled.

4. The parties conferred on Tuesday, March 20, 2007. At that time Plaintiff told defense counsel that she had mailed her motion to reschedule the pretrial conference to the Court. After conferring, the parties agreed that it would be an unnecessary waste of judicial resources and the resources of the parties to hold a Pretrial Conference before the Court rules on Amtrak's Motion for Summary Judgment.

5. The parties now jointly respectfully request that the Court not reschedule the Pretrial Conference unless one is necessary after a ruling on Amtrak's Motion for Summary Judgment.

Respectfully submitted,

   */s/* Virginia A. Zrake
Virginia A. Zrake, #4054
Law Office of Virginia A. Zrake, LLC
34382 Carpenters Way
P.O. Box 247
Lewes, DE  19958
(302) 644-6770
vzrake@zrakelaw.com


   */s/* Darrell R. VanDeusen
Darrell R. VanDeusen, #08231 MD
Clifton R. Gray, #27895 MD
Kollman & Saucier, P.A.
Sun Life Building, 8th Floor
20 South Charles Street
Baltimore, MD 21201
(410) 727-4300
dvand@kollmanlaw.com

Counsel for National Railroad
    Passenger Corporation


**CERTIFICATE OF SERVICE**

-2-

      I HEREBY CERTIFY that on this 30th day of March, 2007 a copy of the Consent Motion to Postpone Pretrial Conference was mailed, first class, postage prepaid to Ms. Alvia Lacy, 1306 Jervis Square, Belcamp, Maryland 21017, Plaintiff *pro se*.

                                    */s/* Darrell R. VanDeusen
                                      Darrell R. VanDeusen

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ALVIA LACY, | * | |
| Plaintiff, | * | |
| v. | * | Case No. 1:06-CV-00068-UNA |
| NATIONAL RAILROAD PASSENGER CORPORATION, | * | Judge: Unassigned |
| | * | |
| Defendant. | * | |
| | * | |

\* \* \* \* \* \* \* \* \*

## **ORDER**

The Court having received the Consent Motion to Postpone Pretrial Conference, it is this _____ day of _____, 2007, hereby

ORDERED that the Pretrial Conference will not be scheduled unless it is determined that one is necessary after a decision on Amtrak's Motion for Summary Judgment is rendered.

_____
Joseph J. Farnan, Jr.,
United States District Court Judge