IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALVIA LACY, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 06-068-JJF |
| NATIONAL RAILROAD PASSENGER CORPORATION, | : |
| Defendants. | : |

**O R D E R**

The Court having received Defendant's[1] Motion to Postpone Pretrial Conference (D.I. 27);

IT IS HEREBY ORDERED that the Pretrial Conference will not be scheduled unless it is determined that one is necessary after a decision on Amtrak's Motion for Summary Judgment is rendered.

April 5, 2007
DATE

*Joseph J. Farnan Jr.*
UNITED STATES DISTRICT JUDGE

---

[1] Per Plaintiff's phone call to Chambers, Motion was not consensual.