IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALVIA LACY, | : |
| | : |
|     Plaintiff, | : |
| | : |
| v. | :   Civil Action No. 06-68-JJF |
| | : |
| NATIONAL RAILROAD PASSENGER | : |
| CORPORATION ("AMTRAK"), | : |
| | : |
|     Defendant. | : |

### O R D E R

NOW THEREFORE, for the reasons discussed in the Memorandum Opinion issued this date, IT IS HEREBY ORDERED that the Motion For Summary Judgment filed by Defendant National Railroad Passenger Corporation ("AMTRAK") (D.I. 17) is **GRANTED**.

July 23, 2007
DATE

_____
UNITED STATES DISTRICT JUDGE