IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

ALVIA LACY,                          :
                                     :
        Plaintiff,                   :
                                     :
    v.                               :  Civil Action No. 06-68-JJF
                                     :
NATIONAL RAILROAD PASSENGER          :
CORPORATION ("AMTRAK"),              :
                                     :
        Defendant.                   :

**FINAL JUDGMENT IN A CIVIL CASE**

At Wilmington, this 24 day of July 2007, for the reasons set forth in the Memorandum Opinion and Order issued this date;

IT IS HEREBY ORDERED that judgment is entered in favor of Defendant National Railroad Passenger Corporation ("AMTRAK"), and against Plaintiff Alvia Lacy, with regard to all counts of the Complaint.

_____
UNITED STATES DISTRICT JUDGE

_____
(By) Deputy Clerk