NOTICE OF APPEAL
TO
U.S. COURT OF APPEALS, THIRD CIRCUIT

U.S. District Court for the District of Delaware

CIRCUIT COURT
DOCKET NUMBER: _____ (leave blank)

FULL CAPTION IN DISTRICT COURT AS FOLLOWS:

DISTRICT COURT
DOCKET NUMBER: 06-68-JJF

ALVIA LACY

v.

NATIONAL RAILROAD PASSENGER
CORPORATION (AMTRAK)

DISTRICT COURT
JUDGE: _____

Notice is hereby given that ALVIA LACY
(Named Party)
appeals to the United States Court of Appeals for the Third Circuit from [ ] Judgment, [x] Order,
[x] Other (specify) FINAL JUDGMENT IN A CIVIL CASE

entered in this action on August 6, 2007
(date)

Dated: July 23, 2007

*(signature)* Alvia L. Lacy
(Counsel for Appellant-Signature)

ALVIA LACY, pro se
(Name of Counsel - Typed)
1306 Jervis Sq.
(Address)
Belcamp, MD  21017
(City, State Zip)
(410) 272-4819
(Telephone Number)

Virginia A. Zrake, and Darrel R. VanDeusen
(Counsel for Appellee)
34382 Carpenters way
P.O. Box 247
(Address)
Lewes, DE  19958
(City, State Zip)
(302) 644-6770
(Telephone Number)

NOTE: USE ADDITIONAL SHEETS if all appellants and/or all counsel for appellees cannot be listed on the Notice of Appeal sheet.