IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

ALVIA LACY,                       )
                                  )
    Plaintiff,                    )
                                  )
    v.                            ) Civil Action No. 06-68 JJF
                                  )
NATIONAL RAILROAD PASSENGER       )
CORPORATION,                      )
                                  )
    Defendant.                    )

**ORDER**

At Wilmington this 16 day of November, 2007, the Court having considered the application to proceed without prepayment of fees on appeal under 28 U.S.C. § 1915, D.I. #33, filed on 8/6/2007;

IT IS ORDERED that:

1. The application is DENIED based on plaintiff's reported annual income of $41,995.00.

2. The plaintiff shall pay the $455.00 filing fee within thirty days from the date this order is sent, or the appeal may be dismissed.

                                                                /s/ Joseph J. Farnan
                                                                United States District Judge