IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ALVIA LACY, | * | |
| Plaintiff, | * | |
| v. | * | Civil Action No.:   06-68 JJF |
| NATIONAL RAILROAD PASSENGER CORPORATION ("AMTRAK"), | * | |
| | * | |
| Defendant. | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*



FILED
DEC 17 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

PLAINTIFF, RESPONSE TO ORDER DATED
NOVEMBER 16, 2007, IN REFERENCE TO APPEAL FILING
FEE.

In reference to the order dated November 16, 2007, stating plaintiff shall pay the $455.00 filing fee within thirty days from the date of the order. Plaintiff has provided a copy of the motion to proceed in forma pauperis being granted, and the appeal being submitted to a panel for determination under 28 U.S.C. § 1915(e)(2) or for summary action under Third Circuit L.A.R. 27.4 and I.O.P. 10.6. The notice is dated August 21, 2007. The order from The District of Delaware dated November 16, 2007 is misleading.

_____
ALVIA L. LACY
Plaintiff pro se



IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALVIA LACY, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 06-68 JJF ) |
| NATIONAL RAILROAD PASSENGER CORPORATION, | ) ) ) ) |
| Defendant. | |

### ORDER

At Wilmington this 16 day of November, 2007, the Court having considered the application to proceed without prepayment of fees on appeal under 28 U.S.C. § 1915, D.I. #33, filed on 8/6/2007;

IT IS ORDERED that:

1. The application is DENIED based on plaintiff's reported annual income of $41,995.00.

2. The plaintiff shall pay the $455.00 filing fee within thirty days from the date this order is sent, or the appeal may be dismissed.

                                                                                     United States District Judge

FPS - 526                                                    DATE: August 17, 2007

## UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 07-3374

Lacy v. Natl RR Passenger

To:  Clerk

1) Motion by Appellant for leave to appeal in forma pauperis

---

The foregoing motion to proceed in forma pauperis is granted. The appeal will be submitted to a panel for determination under 28 U.S.C. § 1915(e)(2) or for summary action under Third Circuit L.A.R. 27.4 and I.O.P. 10.6.

For the Court,

/s/Marcia M. Waldron
Clerk

Dated: August 21, 2007
tmm/cc: Ms. Alvia Lacy
        Clifton R. Gray, Esq.
        Darell R. VanDeeusen, Esq.
        Virgina A. Zrake, Esq.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

ALVIA LACY, *

    Plaintiff, *

v. *   Civil Action No.:   06-68 JJF

NATIONAL RAILROAD PASSENGER *
CORPORATION ("AMTRAK"),
 *
    Defendant. 
 *

\* \* \* \* \* \* \* \* \* \*

CERTIFICATE OF SERVICE

    Plaintiff has serviced the responce on this 14 th Day of November 2007, via U.S. Postal service to the following:

Virgina A. Zrake, Esq.
Notrhern Steel Business Center
34382 Carpenters Way
P.O. BOX 247
Lewes, DE  19958

Darrell R. VanDeusen, Esq.
Kollman & Saucier
1823 York Road
Timonium, MD  21093

Alvia Lacy
1306 Jervis Square
Belcamp, MD 21017



U.S. POSTAGE
PAID
BEAR, DE
19701
DEC 14, 07
AMOUNT
$1.14
00040792-07

Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware 19801-3570

